IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

1. Samuel H. Mukasa
PLAINTIFF/PETITIONER

2. _____
PLAINTIFF/PETITIONER

v.  Case No. 1:99cv190

1. Life South Community Blood Systems
DEFENDANT/RESPONDENT
   Halkcivitan Regional Blood Center

2. _____
DEFENDANT/RESPONDENT

_____/

## MOTION TO PROCEED IN FORMA PAUPERIS

I, Samuel H. Mukasa, move to proceed <u>in forma pauperis</u> pursuant to Title 28 U.S.C. § 1915 in the above-entitled action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees.

_____
Signature of Plaintiff/Petitioner

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

(Must Be Completed)

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  Yes ( )   No (X)

If "Yes," state the place of your incarceration: _____

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTH'N FLA.

99 AUG 16 PM 1:44

Revised 2/97

FILED

2. Are you presently employed? Yes (X) No ( )
   a. If the answer is "yes," state the amount of your take-home salary or wages per month and give the name and address of your employer.
   b. If the answer is "no," state the date of last employment and the amount of the take-home salary and wages per month which you received. $1400.00 per mo (gross pay) Regeneration Technologies Inc. One Innovative drive, Alacuna Fl.
3. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other self-employment?
      Yes ( ) No (X)
   b. Rent payments, interest or dividends?
      Yes ( ) No (X)
   c. Pensions, annuities or life insurance payments?
      Yes ( ) No (X)
   d. Disability or workers' compensation payments?
      Yes ( ) No (X)
   e. Gifts or inheritances?
      Yes ( ) No (X)
   f. Any other sources?
      Yes ( ) No (X)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

N/A

4. Do you own any cash, or do you have money in a checking or savings account?
   Yes (X) No ( ) (Include funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

   At the moment, I have approx. $35.00 in my account.

5. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes (X) No ( )
   If the answer is "yes," describe the property and state its approximate value.

   Own a home at 734 NW 89 ST.
   Approx. value is $120,000.00

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   1) Brenda Mukasa - (wife) Support 100%
   2) Kenneth Mukasa (son)     "    "
   3) Jayme Mukasa (daughter)  "    "
   4) Sali Mukasa (son)         "    "

I declare under penalty of perjury that the foregoing is true and correct.

_____        Aug 16, 1999
Signature of Plaintiff/Petitioner      Date

Revised 2/97                      2