UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION.

SAMUEL H. MUKASA,

    Plaintiff,               CASE NO. 1:99CV-190-SPM

v

LIFE SOUTH COMMUNITY
BLOOD SYSTEM, etc.,

    Defendant
_____/

## MOTION RQUESTING SERVICE OF PROCESS

In light of Plaintiff's **pro se** status, Plaintiff is unable to effect service.

Pursuant to Fed. R. Civ. P. 4(c)(2), Plaintiff is requesting the Court to effect

Service of process to Defendant. This relief is requested because Plaintiff

is unable to do so.

WHEREFORE plaintiff is hereby moves the Court for this relief.

                        Samuel H. Mukasa
                        734 NW 89th Street
                        Gainesville, FL. 32607
                        (352) 332-6347

OFFICE OF CLERK
U.S. DISTRICT
NORTHERN
FLA

99 SEP 29 AM II: 03

FILED