# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

Samuel H. Mukasa       *
      *
     *Plaintiff*       *
      *
v.       *    CASE NO: : 1:99-CV-190-SPM
      *
LifeSouth Community Blood System       *
f/k/a Civitan Regional Blood System       *
A Florida Corporation       *
      *
     Defendant       *
      *

---

## DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

The Defendant, LifeSouth Community Blood Centers, Inc.[1] f/k/a Civitan Regional Blood System, Inc. ("LifeSouth" or the "Company") is entitled to summary judgment because the Plaintiff, Samuel Mukasa ("Mukasa" or "Plaintiff") cannot rebut the legitimate, non-discriminatory reason for the termination of his employment and cannot establish that similarly situated employees were treated differently. Moreover, despite LifeSouth's no-harassment policy and opportunity to report the alleged discrimination, Mukasa did not ever complain to anyone in LifeSouth about discrimination.

---

[1] The Complaint incorrectly lists the Defendant as LifeSouth Community Blood Systems.



## 1. INTRODUCTION

LifeSouth is a non-profit corporation whose sole business is the collection and distribution of blood products. The Plaintiff, Sam Mukasa ("Mukasa" or the "Plaintiff") is a former employee of LifeSouth who was state certified in immunohematology (commonly called "blood banking") and, at the time of his hiring, had almost ten years experience. Mukasa's primary duties were split between two types of laboratory testing. Donor testing, sometimes referred to as IBG, is done in a batch process to screen blood and establish or confirm the blood type of donor blood. Patient testing is individualized testing on a blood sample to ensure compatibility with other blood. Standards for laboratory testing are established by the Clinical Laboratory Improvement Act of 1988 ("CLIA"). According to the CLIA, donor testing must have an 80% accuracy rate, except that ABO and Rh typing and patient testing must have 100% accuracy. Errors in ABO and Rh typings and patient testing are potentially life-threatening.

Over the last few decades, public concern over the safety of our blood supply has increased dramatically. Tracking the blood supply and records associated with the supply is absolutely critical. During the last seven months of his employment, Mukasa was written up for errors ten times. The errors established a pattern of inattention to detail that was unacceptable for his position and he was terminated from employment. No other employee made two patient testing, FDA reportable errors in less than a month. The Plaintiff's discrimination claim is based solely on his allegation that he was singled out for more severe discipline compared to other employees who made similar mistakes.

Even though he disagrees with the characterization of the "write ups" as errors, Mukasa admits that all employees were written up in the same manner for similar errors. In other words, there is no claim he was written up for an error while other employees were not. His claim fails because none of the employees he claims were similarly situated were in a comparable position or made a similar number of mistakes in a similar time period. Because his claim is based on an allegation of disparate disciplinary treatment, and no one else had a similar frequency of errors, summary judgment should be granted for the Defendant.

## 2.    STATEMENT OF FACTS

1.    LifeSouth is a not for profit corporation whose sole business is to collect and distribute blood products. (Exh. 1, ¶ 3).[2]

2.    Proficiency standards for laboratory testing are set by the Clinical Laboratory Improvement Act of 1988 ("CLIA"). (Exh. 1, ¶ 5). Per the CLIA, donor testing must have an accuracy of 80%, except ABO and Rh typing and patient testing must be 100% accurate. (Exh. 1, ¶ 5, Att. A). Errors in ABO, Rh typing, and patient testing can be life-threatening. (Exh 1, ¶ 5). The blood supply is federally regulated by the Food and Drug Administration ("FDA"). (Exh. 1, ¶ 5).

3.    Mukasa began working for LifeSouth in 1994.    (M-46:13-18). Through his performance review in August 1996, LifeSouth considered his performance

---

[2] Record citations are as follows:  affidavits and attachments are referred to by Exhibit number, paragraph number, and attachment letter as appropriate. Citations to the Plaintiff's deposition are by the page and line number.  A complete list of the exhibits is included at the end of this memorandum.

acceptable and Mukasa does not believe he was discriminated against. (M-103:25-109:17). He began working for LifeSouth at the Ocala facility. (M-97:1-4). When the Ocala facility closed he transferred to Gainesville. (M-102:16-25). At all times throughout his employment with LifeSouth, he worked on the second shift. (See M-99:18-24; 43:22-24).

4.      LifeSouth had a no harassment policy and grievance procedure in its employee handbook. (Exh. 3, ¶ 5, Att. A).

5.      Mukasa was hired as a Medical Technologist II. (M-96:1-3). This position required state licensure. (Exh. 1, ¶ 7). Mukasa was licensed in only one area – immunohematology (commonly called "blood bank"). (M-8:1-9:11). In large part, Mukasa was hired due to his lengthy and relevant experience. (Exh. 1, ¶ 7). His pay reflected this and was above the normal starting amount for his position. (Exh. 1, ¶ 7).

6.      In the immunohematology field, Mukasa's primary responsibility was performing laboratory testing. This breaks down into two large categories of work – donor testing and patient testing. (M-36:18-46:12; Exh. 1, ¶ 8). Patient testing is individualized, done on an as needed basis, and often does not have any backup testing (meaning LifeSouth is ultimately responsible for the correctness of the test result). (Exh. 1, ¶ 8). Only a medical technologist licensed in immunohematology can perform the patient testing without supervision. (Exh 1, ¶ 8). In LifeSouth's organizational structure, this means the individual must be classified as a Medical Technologist I or II. (Exh 1, ¶ 8). In contrast to patient testing, donor testing is routine testing and screening, done in a batch process (on a production scale), and, in the case of ABO and Rh typing, routinely retested by the end

user, such as a hospital. (Exh. 1, ¶ 8). Donor testing can be performed by a medical laboratory technician or a Medical Technologist I or II. (Exh 1, ¶ 8).

7.     Significantly, the Plaintiff's complaints only begin when Liz Crews f/k/a Bunting became his supervisor. (M-109:6-110:11; 160:3-8). Mukasa admits that before he was supervised by Crews, there was not any discriminatory treatment. (M-109:6-110:11). Crews was hired as Laboratory Director at LifeSouth on July 15, 1996. (Exh. 2, ¶ 3). Mukasa testified that he was not discriminated against by Nancy Eckert, Bruce Haguewood, or Bill Martinez. (M-159:14-160:8)

8.     In 1996 and 1997, there were other significant events taking place in Mukasa's life that were not directly related to his employment at LifeSouth.[3] Mukasa had a tax levy from the IRS. (M-112:16-113:8; Exh 3, ¶ 6, Att. B). Mukasa had another job, also doing immunohematology work at Shands Hospital and was actively involved in an employment discrimination lawsuit against Shands.[4] (M-46:16-48:18). The lawsuit with Shands was so disruptive that Mukasa eventually sought psychological counseling, which continued until his termination from LifeSouth. (M-149:2-11).

9.     Between September 1996 and his termination in April 1997, LifeSouth documented ten errors by Mukasa. (Exh. 2, ¶ 4). The last seven errors occurred over a two and half month period. (Exh. 2, ¶ 5). The errors showed a problem trend with Mukasa's ability to pay attention to detail. (Exh. 2, ¶ 4).

---

[3] Mukasa denied having a lot of stress in his life. (M-112:5-15).

[4] This is case number 1:98-CV-114-SPM.

10.     The errors are documented by a reportable event form. (Exh. 2, ¶ 5). Not all of the errors were testing errors. (Exh. 2, ¶ 5). In some cases, Mukasa caught and corrected his own errors, but failed to document the errors properly. (Exh. 2, ¶ 5). His errors involved both donor testing and patient testing. (Exh. 2, ¶ 5). Three of the errors were so severe, they were required to be reported to the Food and Drug Administration (called "FDA reportable"). (Exh. 2, ¶ 5).

　　　　　　　　*i.　　　First Reportable Event – October 3, 1996 – Donor Testing*

This was an Rh typing discrepancy. (Exh., 1 ¶ 6a, Att. A).

　　　　　　　　*ii.　　　Second Reportable Event – October 10, 1996 – Donor Testing, FDA Reportable*

Mukasa was doing donor blood typing work. Because accuracy is imperative, LifeSouth has implemented its own redundant, safety procedures to ensure accuracy. (Exh. 2, ¶ 6b, Att. B). One of the final checks is to compare prior typing results for the same donor to the current results, to ensure they match. (Exh. 2, ¶ 6b, Att. B). The form requires the technician to write the current results directly under prior results. (Exh. 2, ¶ 6b, Att. B ). These two results are next to each other on the form to assist the technician in making the required comparison. (Exh. 2, ¶ 6b, Att. B). If the current and prior results do not match, additional testing should be done before the sample is released. (Exh. 2, ¶ 6b, Att. B). In this case, Mukasa's test results were correct, but he was recording the results for the wrong blood unit. Mukasa should have noticed this error when his current and the prior results did not match, but he did not. Mukasa wrote the

results of the current testing (O+) directly below different prior results (O-). Instead of doing additional testing, however, he released the units. (Exh. 2, ¶ 6b, Att. B).

The significance of Mukasa's error was his failure at two different stages, each representing a failure to pay attention to basic steps. First he failed to record the results for the correct unit number. (Exh. 2, ¶ 6b, Att. B). Second, he failed to notice the contrary prior results even after he recorded the current results directly below. (Exh. 2, ¶ 6b, Att. B). Not only did he make an initial clerical error, the problem was greatly compounded because he did not pay attention to the fact that his recorded results were different than the prior recorded results displayed just above. (Exh. 2, ¶ 6b, Att. B).

Mukasa disputes that this was an error because after he released the units into the blood supply, he discovered the mistake himself and quarantined the unit in accordance with standard operating procedure ("SOP"). (M-172:3-179:11). There is no dispute, however, about the underlying mistake. (M-172:3-179:11) Mukasa had to quarantine the unit because he recorded the test results incorrectly. (Exh. 2, ¶ 6b, Att. B). This error was FDA reportable. (Exh. 2, ¶ 6b, Att. B).

iii.    *Third Reportable Event – October 16, 1996, Donor Testing*

Mukasa admits that his test results were incorrect but disputes that this should be counted as an error because he followed SOP in holding the unit and having it retested by someone else. (M-179:12-182:8; Exh. 2, ¶ 6c, Att. C).

iv.     *Fourth Reportable Event – February 10, 1997, Donor Testing*

In this case, Mukasa's test results were correct, but he did not follow proper procedures in reporting the error. (Exh. 2, ¶ 6d, Att. D).

To correct the reporting error, Mukasa deleted the sample from the computer records. (Exh. 2, ¶ 6d, Att. D). Mukasa claims deleting the information was not an error because the SOP did not prohibit the deletion. (M-182:8-189:23).This is comparable to the argument of a child who when told to come home for dinner, detours around the block and then claims the detour was okay because he was not told to come straight home. Mukasa admits that there was a standard procedure to correct the reporting error and the SOP did not specify deleting the information. (M-188:5-189:23). Deleting the sample was an additional step he added and it was addition of this step, uncalled for by the SOP, that prompted the write up. (Exh. 2, ¶ 6d, Att. D). The deletion was improper because eliminates the required paper trail associated with the blood supply. (Exh. 2, ¶ 6d, Att. D). All changes are required to be documented and someone with Mukasa's experience should have been aware of the regulatory environment and requirement to maintain a trail for all changes. (Exh. 2, ¶ 6d, Att. D).

v.     *Fifth Reportable Event - February 11, 1997, Donor Testing*

This was the same error described for February 10, 1997.

(Exh. 2, ¶ 6e, Att. E).

vi.     *Sixth Reportable Event - March 6, 1997, Donor Testing*

Mukasa does not dispute this error, but points out that the error occurred because he was training on the labeling machine. (M–190:4-21). While this explanation is

correct, it is incomplete. The error was with labeling red blood cells. (Exh. 2, ¶ 6f, Att. F). The misalignment of the printed label is immediately apparent, yet Mukasa did not notice the misalignment. (Exh. 2, ¶ 6f, Att. F).

     *vii.*  *Seventh Reportable Event – March 27, 1997, Patient Testing, FDA Reportable*

    There is no dispute about this error. (M-191:10-18). Mukasa's test results were incorrect. (Exh. 2, ¶ 6g, Att. G). This was exceptionally serious both because it involved patient testing and because it was required to be reported to the FDA. (Exh. 2, ¶ 6g, Att. G). In addition, the results themselves would normally cause an experienced technician to review them again. (Exh. 2, ¶ 6g, Att. G). Mukasa was testing for the little e antigen. (Exh. 2, ¶ 6g, Att. G). It occurs normally in one of a hundred units. (Exh. 2, ¶ 6g, Att. G). Mukasa's test of twenty units resulted in two positives, a one in ten ratio. (Exh. 2, ¶ 6g, Att. G).

    After this write up, Mukasa wrote a note of apology to his supervisor, Crews, and her boss, Bill Martinez. (M-191:19-192:22, Defendant's Exh. 7). In the letter he apologized for the mistake and took full responsibility. (M-191:19-192:22, Defendant's Exh. 7). The letter acknowledged that it was a critical mistake stating "The reason I am writing this letter is to reassure you that I am a better technologist and I have never made a mistake of that magnitude as long as I can remember." (M-191:19-192:22, Defendant's Exh. 7). In his deposition, Mukasa testified that he wrote this letter because he was afraid of being terminated based on what he acknowledges was a serious and undisputed error.

(M-191:19-192:22, Defendant's Exh. 7). He also claims that he suspected discrimination. (M-191:19-192:22, Defendant's Exh. 7).

> viii.    *Eighth Reportable Event - April 7, 1997, Donor testing*

In this case, Mukasa used the wrong control for the batch testing. (Exh. 2, ¶ 6h, Att. H). He wants to sidestep his responsibility because he merely continued using the wrong control by using the same control from the first shift. (M-193:3-23). Mukasa denies that he was responsible to check the controls, but testified you can determine if the controls are bad at the end of the run. (M-193:3-23; Exh. 2, ¶ 6h, Att. H). He did not find the error and it was not located until the next day. (Exh. 2, ¶ 6h, Att. H).

> ix.    *Ninth Reportable Event – April 8, 1997 – Donor Testing*

This was a clerical error resulting in a Rh discrepancy. (M-194:1-195:8; Exh. 2, ¶ 6i, Att. I).

> x.    *Tenth Reportable Event – April 24, 1997 – Patient Testing,*
*FDA Reportable*

There is also no dispute about the third FDA reportable error. (M-195:9-17). The Plaintiff was cross matching blood, part of patient testing based on a hospital request. (Exh. 2, ¶ 6j, Att. J). The hospital needed five units of compatible A – blood. (Exh. 2, ¶ 6j, Att. J). As part of an established procedure with this hospital, the hospital already had various units of blood available and samples from these same units were at LifeSouth. (Exh. 2, ¶ 6j, Att. J). This allowed the hospital to use the units once LifeSouth did the testing and eliminated the need of transporting those units from LifeSouth to the hospital. (Exh. 2, ¶ 6j, Att. J). LifeSouth maintained a list of the units available to the

hospital. The list showed the hospital had five units of A blood available, but only three units of A – blood. The other two units of A blood were A+. (Exh. 2, ¶ 6j, Att. J).

Mukasa should have tested only the three units of A- available to the hospital to ensure compatibility and, then tried to locate two additional units for testing and shipment to the hospital. (Exh. 2, ¶ 6j, Att. J). Instead, Mukasa tested all five units of A blood and indicated they were compatible. (Exh. 2, ¶ 6j, Att. J). The two units of A+ should not have been tested. (Exh. 2, ¶ 6j, Att. J). Moreover, when he performed the test he came with incorrect results for the A+ positive units. (Exh. 2, ¶ 6j, Att. J). So the decision to test was wrong and the testing itself was incorrect. (Exh. 2, ¶ 6j, Att. J).

After reviewing this incident, Crews formed the opinion that Mukasa documented test results for a test he did not perform. (Exh. 2, ¶ 6j, Att. J).

11.    The only evidence of discrimination in this case is the Plaintiff's allegation that others not in the same protected category were not disciplined as severely for similar offenses. (M-128:15-129:20). Mukasa does not claim that other employees made similar mistakes, but were not written up. (M-205:24-206:12).[5]

12.    As part of the discovery process, Plaintiff was given access to over twenty-seven (27) boxes of material. (Exh. 3, ¶ 11). These boxes included the error reports for other employees. (Exh. 3, ¶ 11).

---

[5] Although he mentions an instance where Rao should have been written up with him for a joint mistake, at the continuation of his deposition, he cited the instance and she was also written up. (M-202:4-17).

13. Mukasa claims six other employees – Earl Lanham, Arlene Soeldner, Shon Heston, Fangzhu Rao, Sylvia Hodge, and Leila Neel - were similarly situated to himself. (M-197:24-208:8).

14. Mukasa claims Lanham was similarly situated because Lanham was written up eight times in a three and a half-year period. (M-198:7-200:14). In the same seven month when Mukasa received ten (10) write-ups, Lanham, who was a Medical Technologist I, (Exh. 1 ¶ 10) had only five errors. (M-198:7-200:14). Three of the write-ups were done before Crews was hired. (M-198:7-200:14).

15. Mukasa claims Soeldner was similarly situated because Soeldner had twelve (12) write-ups in a four and a half-year period. (M-200:15-201:16). Soeldner, was a Medical Technologist I, (Exh. 1, ¶ 11), and her highest frequency of errors was five in an eight-month period. Moreover, only six occurred after Crews was hired.

16. Mukasa claims Heston is similarly situated because she made four errors in a nine-month period. (M-201:17-21). Heston was a Medical Technologist I. (Exh. 1, ¶ 12).

17. Mukasa claims Fangzhu Rao was similarly situated because she made four errors in six months. (M-202:4-17). Rao was a Medical Technologist II. (Exh. 1, ¶ 13).

18. Mukasa claims Sylvia Hodge was similarly situated because she made two errors in a three-month period. (M-202:25-203:6). Hodge was a Medical Technologist I. (Exh. 1, ¶ 14).

19.     Mukasa claims Leila Neel was similarly situated because she had two errors in a two-year period.  (M-203:12-204:13)  Neel was a Medical Technologist II. (Exh. 1, ¶ 15). Both of these errors occurred prior to the hiring of Crews.

20.     No other medical technologist, after Crews was hired, had a similar history of frequent and serious errors.  (Exh. 1, ¶ 19, Exh. 2, ¶ 13).

21.     LifeSouth determined that the number, frequency, and severity of mistakes were unacceptable, especially for someone with ten years experience.  (Exh 2, ¶ 8).

22.     The decision to terminate Mukasa's employment was made by Nancy Eckert, CEO; Liz Crews; and Bruce Haguewood.  (Exh. 2, ¶ 17).  The decision to terminate Mukasa's employment was based on concerns about his performance and was not based on his race or any other protected characteristic.  (Exh. 2, ¶ 9; Exh. 3, ¶ 9).

23.     Rather than be terminated, LifeSouth accepted Mukasa's resignation. (Exh. 2, ¶ 10; Exh. 3, ¶ 8).  Mukasa had complete control over the wording of his resignation letter.  (M-196:3-197:19).

24.     Mukasa also complained that he was not provided adequate assistance and that the errors could have been avoided if LifeSouth had provided more staffing in his area. (M-204:14-205:12).  The immunohematology lab has always had one assigned staff position on the second shift. (Exh. 1, ¶ 16; Exh. 2, ¶ 11, Att. K). Only individuals certified in immunonhematology can work in the lab.  (Exh. 1, ¶ 8).  Usually, other personnel on the second shift had multiple certifications and could assist Mukasa.  (Exh. 2,

¶ 12). Mukasa could also call others for assistance (See M-124:10-125:1). Mukasa could not work in any area other than immunohematology. (M-36:7-13).

    25. While working at LifeSouth, Mukasa discussed his lawsuit against Shands with other LifeSouth employees. (M-65:3-18).

    26. Mukasa received a copy of the employee handbook. (M-92:16-22).

    27. Mukasa never complained to anyone at LifeSouth about discrimination. (M-197:20-23; (Exh. 1, ¶ 17; Exh. 2, ¶ 15; Exh. 3, ¶ 12)..

### 3. STANDARD FOR SUMMARY JUDGMENT

"The plain language of Rule 56(c) mandates the entry of summary judgment after adequate time for discovery and upon motion, against a party who fails to make a showing sufficient to establish the existence of an element essential to that party's case and on which that party shall bear the burden of proof at trial. In such a situation, there can be 'no genuine issue as to any material fact,' since a complete failure of proof concerning an essential element of the non-moving party's case necessarily renders all other facts immaterial." Celotex Corp. v. Catrett, 477 U.S. 317, 322-23 (1986).

### 4. ARGUMENT AND ANALYSIS

To prove a *prima facie* case of discrimination based on disparate discipline, Mukasa must show (1) he is a member of a protected category, (2) he was qualified for his position, (3) that he suffered an adverse employment action, and (4) that he was disciplined more severely than individuals outside the protected class for similar offenses. Holifield v. Reno, 115 F.3d 1555, 1562 (11th Cir. 1997). For the purposes of summary judgment only,

LifeSouth concedes that Mukasa is a member of a protected category and suffered an adverse employment action[6]. Nonetheless, Mukasa cannot establish a *prima facie* case because he cannot identify other employees similarly situated who were not terminated.

If Mukasa establishes a *prima facie* case, LifeSouth has offered a legitimate, non-discriminatory reason for the adverse employment action: based on the Plaintiff's documented errors. To defeat summary judgment, Mukasa must come forth with evidence sufficient for a reasonable fact finder to conclude that LifeSouth's proffered reasons are pretextual and a cover up for illegal discrimination. Mukasa cannot do this.[7] He cannot show he was disciplined more severely than others outside the protected class and he cannot rebut the legitimate non-discriminatory reasons for his termination from employment. Moreover, Mukasa failed to take advantage of LifeSouth's no harassment policy or grievance procedure to report any perceived discrimination. For all of these reasons, summary judgment should be granted for LifeSouth.

### a. No Other Employees Were Similarly Situated to Mukasa

Mukasa identified six employees whom he alleges were similarly situated to him but were not terminated. The comparison fails because none of the six individuals made a similar number of mistakes in a similarly short period of time. Moreover, not all

---

[6] Even though Mukasa officially resigned, for purposes of summary judgment LifeSouth does not contest that resignation was involuntary because it was in response to LifeSouth's decision to terminate Mukasa.

[7] LifeSouth argues further that Mukasa was not qualified for his position. This argument, however, is inextricably intertwined with the reasons for his termination and is not duplicated as an attack on his ability to state a *prima facie* case.

the mistakes made by other employees were comparable in severity or made by people in a similar position to Mukasa. "Where, as here, the issue is employee discipline, other employees are 'similarly-situated' only if their conduct is 'nearly identical' in relevant respects to that of the plaintiff; courts must not second guess employers' reasonable decisions." Bates v. Greyhound Lines, Inc., 81 F. Supp. 2d 1292, 1299 (N.D. Fla. 2000) (quoting, Maniccia v. Brown, 171 F.3d 1364, 1368 (11th Cir. 1999)).

To survive summary judgment, Mukasa must compare himself to others who are "similarly situated in all relevant respects." Holifield, 115 F. 3d. at 1562. To be similarly-situated, Mukasa must show that he and the comparator were (1) dealing with the same supervisor; (2) were subjected to the same standards; and (3) engaged in the same conduct. See Malladi v. Brown, 987 F. Supp. 893, 909-10 (M.D. Ala. 1997). In particular, Plaintiff must establish that others were accused of the same or similar conduct and were disciplined differently. Holifield, 115 F. 3d. at 1562. Mukasa must also establish that the employer was aware of the alleged conduct of the similarly-situated employee at the time the decision regarding his employment was made. See St. Hilaire v. The Pep Boys, 73 F. Supp. 2d 1366, 1371 (S.D.Fla. 1999).

The relevant time period is after Crews was hired on July 5, 1996, and became Mukasa's supervisor, because Mukasa testified that it was only her decisions which were discriminatory.[8] Under the facts of this case, there are four objective criteria that

---

[8] This eliminates from comparison three instances relating to Earl Lanham, six instances for Arlene Soeldner, and all the instances relating to Leila Neel. (See M-197:24-208:8).

should be used to determine if any of the six employees identified as comparable were actually similarly situated to Mukasa. One, the sheer number of write-ups. Two, the frequency of write-ups. Three, the severity of the problems or consequences of the error, i.e. did the problem involve donor or patient testing and was it required to be reported to the FDA? Four, the position level of the person involved.

Based on this criteria, none of the six employees cited by Mukasa are close to him in terms of number, severity, and frequency of errors. The closest comparator, **Lanham**, had a medical technologist I, only five mistakes in an eight-month period, half of the number made by Mukasa. Similarly **Soeldner** also a medical technologist I, was written up only five times after Crews was hired through March of 1998 and is not comparable. Soeldner's errors were spaced out over more than a year's time – easily distinguishable from the seven errors Mukasa had in less than three months.

The reasoning is similar for **Heston,** a medical technologist I, who committed four errors in a period of almost ten months. **Rao**, a medical technologist II, had four errors in six months and **Hodge,** a medical technologist I, who committed two errors in three months. Only Rao[9] was in the same position as Mukasa and no one made seven errors in less than three months. No one made two errors involving patient testing that were required to be reported to the FDA in the same month. Moreover, unlike

---

[9] Neel was also a medical technologist II, but none of her errors were within the relevant time period.

Mukasa, there was no indication that any of these people reported results for a test that was not actually performed.

Beyond this objective criteria, Mukasa contests the merits of each error and whether it was really a mistake. In many cases, he disputes the write up he received because he discovered the error himself and claims to have followed proper corrective procedures. LifeSouth acknowledges that errors Mukasa discovered and corrected himself are somewhat mitigated as compared to making the same error and not catching or correcting the error. Nonetheless, Mukasa's ability to find and correct his own errors does not alter or negate the underlying mistake.

Significantly, there is no dispute that Mukasa had two patient testing errors in one month. These two errors were serious and had to be reported to the FDA, within a month's time. Mukasa was terminated after the second such error. Apart from these two undisputed errors, Mukasa generally admits an underlying error in each of the write-ups. He admits making a clerical error on October 16, 1996 and releasing the units. He admits his test results of October 17, 1996 were incorrect. He admits deleting the sample was not part of the SOP, resulting in the write-up of February 11, 1997. He admits the labeling error.

To compare offenses in a disciplinary context, the Eleventh Circuit requires"[w]e require that the quantity and quality of the comparator's misconduct be nearly identical to prevent courts from second-guessing employers' reasonable decisions and confusing apples with oranges." <u>Maniccia v. Brown</u>, 171 F.3d 1364, 1368-69 (11th

Cir. 1999) (citations omitted). The court specifically noted that "'Title VII does not take away an employer's right to interpret its rules as it chooses, and to make determinations as it sees fit under those rules." Id. at 1369. The Maniccia court affirmed summary judgment for the defendant-employer because it concluded "the misconduct engaged in by . . . comparators is easily distinguished . . .on the basis of both the quantity and the quality of the misconduct." Id. at 1369. The court specifically recognized that the frequency of errors could have been the straw that broke the camel's back.

Mukasa's two errors in patient testing, where accuracy must be 100%, in a period of just under one month, stands alone. There were no other similarly situated. Although Mukasa disputes the "error" classification, this objection is futile since he admits that other employees were written up for the same type of events. In other words, he does not contend that he was written up for things when other employees were not. Therefore, regardless of whether he agrees with the characterization of error, his claims that other employees made similar errors but were not terminated is not supported by the evidence and summary judgment should be granted for LifeSouth.

### b.     There Is No Evidence Of Pretext Or Discrimination

Even if Mukasa is able to establish a *prima facie* case of disparate discipline, he cannot provide sufficient evidence that his termination was a pretext for discrimination. LifeSouth terminated Mukasa because of the high number, severity, and frequency of his errors. Similar to the defendant in Holifield, LifeSouth has "clearly met its burden of presenting legitimate, non-discriminatory reasons" for Mukasa's termination. Therefore,

Mukasa must demonstrate that LifeSouth's "articulated reason for the adverse employment action is a mere pretext for discrimination. Holifield, 115 F.3d at 1564-65. "The inquiry into pretext centers upon the employer's beliefs, and not the employee's own perceptions of his performance." Id. at 1565.

Mukasa has no evidence of discrimination apart from his claim of disparate discipline by Crews. He has no evidence of discriminatory remarks. His termination was based on performance concerns raised by the number, frequency, and severity of his own errors. Mukasa does not believe any one other than Crews discriminated against him, but the decision to terminate him was not made by Crews alone. Nancy Eckert, CEO, and Bruce Haguewood, Director of Facilities, also participated and concurred in the termination decision. Mukasa does not think either Hagewood or Eckert discriminated against him and has no evidence to allow a reasonable fact finder that discrimination was the real reason for his discharge.

### c. Despite LifeSouth's No Harassment Policy, Mukasa Did Not Report The Alleged Discrimination

LifeSouth had a policy against harassment and a grievance procedure published in its employee handbook. At the time he claims the discrimination started, Mukasa had already filed an administrative charge and lawsuit against Shands also claiming employment discrimination. He clearly knew how to complain about discrimination, yet chose not to do so at LifeSouth.

In response to a patient testing error in March 1997, Mukasa drafted an apology letter to his Crews and Martinez. The letter of April 8 stated he has never made

such a serious error before and wanted management to know he was a better technologist than his mistake indicated. At his deposition Mukasa denied the plain meaning of what he had written before, saying he wrote the memo because he knew his job was in jeopardy due to being written up for things that were not really errors.

When he made another serious error in April and was informed that he would be terminated or could resign. Allowed to do so, Mukasa attributed the errors to "having a hard time right now in my life and I cannot concentrate on my work as I am supposed to be." The evidence is clear that there were other distractions in his life, including an IRS tax levy, and his lawsuit with Shands. Mukasa sought mental health counseling because of the stress and pressure in his life. Mukasa drafted the resignation letter himself and had total control over what it said. Now, he wants to deny the truth of what he stated. If Mukasa thought he was being discriminated against, he could have reported his suspicions. Instead, he accepted responsibility for his errors and now want to escape the consequences. His failure to report the discrimination is fatal. Faragher v. City of Boca Raton, 118 S.Ct. 2275, 2292 (1998).

### d.    Mukasa's Errors Are Not Attributable To Understaffing

A careful review of Mukasa's discrimination claims reveals various contradictions and inconsistencies in his own story. At the time he filed his administrative charge and at various points in his deposition, Mukasa argued that he made mistakes because his area was understaffed and he was overworked. This claim is fundamentally at odds with his main argument that other people made similar mistakes and were not

disciplined as severely. On the one hand, he admits the mistake and attributes them to being overworked and, on the other hand, he agrees the documented errors were not really mistakes.

In addition, his claims of understaffing are not supported by any evidence, only his own self-serving claims. The evidence is clear that staffing in Mukasa's area remained constant. On second shift, the immunohematology lab was typically only staffed with one person. Since Mukasa was only licensed in immunohematology, he had to be assigned to this area and could not work in other areas. In contrast, other employees on the second shift had multiple licensures and could assist in immunohematology. Mukasa testified that if he became overworked he could call Bill Martinez who would come in and assist. Therefore, his claims of understaffing are unfounded.

### 5. CONCLUSION

The Plaintiff testified repeatedly that he believes his termination was based on illegal discrimination because other employees made similar mistakes and were not terminated. As discussed above, no other LifeSouth employee is similarly situated to Mukasa because no one had as many errors with similar severity or frequency. Beyond that, however, Mukasa's claims about being understaffed undermine his other testimony that the errors were not really mistakes. Mukasa also failed Mukasa also failed to report

any alleged discrimination. For the foregoing reasons, summary judgment should be granted for LifeSouth and all of Plaintiff's claims dismissed with prejudice.

Respectfully submitted,

_Dabney D. Ware_

**KEVIN E. HYDE, ESQ.**
Florida Bar No: 0768235
**DABNEY D. WARE, ESQ.**
Florida Bar No.: 0095990
**FOLEY & LARDNER**
200 Laura Street
Jacksonville, Florida 32201-0240
Telephone: (904) 359-2000
Facsimile: (904) 359-8700
ATTORNEYS FOR DEFENDANT
LIFESOUTH COMMUNITY BLOOD
CENTERS, INC.

## EXHIBITS

1. Affidavit of Bill Martinez and attachments.

2. Affidavit of Elizabeth Crews and attachments.

3. Affidavit of Bruce Haguewood and attachments.

4. Selected portions of deposition transcript of Samuel Mukasa.

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing has been furnished to the Plaintiff, Samuel Mukasa, 734 N.W. 89th Street, Gainesville, Florida 32607 by United States mail, postage prepaid on this 22nd day of June, 2000.

_____
Attorney

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

Samuel H. Mukasa       *

    *Plaintiff*       *

    *

v.       *    CASE NO: : 1:99-CV-190-SPM

    *

LifeSouth Community Blood System       *

f/k/a Civitan Regional Blood System       *

A Florida Corporation       *

    *

    Defendant       *

## AFFIDAVIT OF BILL MARTINEZ

STATE OF FLORIDA

COUNTY OF ALACHUA

        BEFORE ME, the undersigned authority, personally appeared Bill Martinez, to me known, who after having been duly sworn, did hereby depose and say:

        1.     I am over 21 years of age. I have personal knowledge of all the facts contained in this Affidavit, am competent to testify about the matters contained herein, and am authorized to give this statement on behalf of LifeSouth Community Blood Centers, Inc.[1] f/k/a Civitan Regional Blood System, a Florida Corporation.

        2.     I am voluntarily giving this Affidavit.

---

[1] The Complaint incorrectly lists the Defendant as LifeSouth Community Blood Systems.

OFFICE OF CLERK
U. S. DISTRICT COURT
(illegible)

00 JUN 22 PM 4: 02

FILED

Exhibit 1

3.     LifeSouth is a not for profit corporation whose sole business is to collect and distribute blood products.

4.     I am Technical Director. I am the immediate supervisor of Elizabeth Crews.

5.     Proficiency standards for lab testing are set by the Clinical Laboratory Improvement Act of 1988 ("CLIA"). Per the CLIA, donor testing must have an accuracy of 80% except ABO, Rh typing, and patient (compatibility) testing must be 100% accurate. A true and correct copy of these standards is attached as "A". Errors in ABO, Rh typing, and patient testing can be life threatening.

6.     The blood supply is federally regulated by the Food and Drug Administration ("FDA"). Under specific circumstances, LifeSouth is required to report particular matters to the FDA. FDA reportable mistakes are considered to be very severe.

7.     Mr. Mukasa was hired as a Medical Technologist II. This position required state licensure. In large part, Mr. Mukasa was hired due to his lengthy and relevant experience. His pay reflected this and was above the normal starting amount for his position.

8.     In the immunohematology field, Mr. Mukasa's primary responsibility was performing laboratory test in immunohematology. This breaks down into two large categories of work – donor testing and patient testing. Patient testing is individualized, done on an as needed basis, and often does not have any backup testing (meaning LifeSouth is ultimately responsible for the correctness of the test results). Only a medical technologist licensed in immunohematology can perform the patient testing without supervision. In

LifeSouth's organizational structure, this means the individual must be classified as a Medical Technologist I or II. In contrast to patient testing, donor testing is routine testing and screening, done in a batch process (on a production scale), and, in the case of ABO and Rh typing, required to be re-tested by the end user, such as a hospital. Donor testing can be performed by a medical laboratory technician or a Medical Technologist I or II.

9. To the best of my knowledge, none of the people Mr. Mukasa claims were comparable to himself - Earl Lanham, Arlene Soeldner, Shon Heston, Fangshu Rao, Sylvia Hodge, or Leila Neel - made as many serious mistakes in a similar period of time.

10. Earl Lanham was a Medical Technologist I.

11. Arlene Soeldner was a Medical Technologist I.

12. Shon Heston was a Medical Technologist I.

13. Fangzhu Rao was a Medical Technologist II.

14. Sylvia Hodge was a Medical Technologist I.

15. Leila Neel was a Medical Technologist II.

16. The immunohematology lab has routinely had one assigned staff position on the second shift. Only individuals certified in immunonhematology can work in that part of the lab. Usually, other personnel on the second shift had multiple certifications and could assist Mr. Mukasa.

17. Mr. Mukasa did not complain to me about discrimination and, to the best of my knowledge, did not complain to anyone at LifeSouth about alleged discrimination on the part of LifeSouth or any of its managers.

Further Affiant Saith Not.

_Bill ___ _____

BILL MARTINEZ

STATE OF FLORIDA

COUNTY OF ALACHUA

Sworn to and subscribed before me this _22_ day of June, 2000 by Bill

Martinez.

_Susan G Shewchuk_____

Signature of Notary

_Susan G. Shewchuk_____

Name of Notary (Typed, Printed or Stamped)

Personally Known __✓__ OR Produced Identification _____

Type of Identification Produced _____

Susan G. Shewchuk
MY COMMISSION # CC754613 EXPIRE
June 25, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

# Chapter 4
# Laboratory Legislation and HCFA Reporting

On February 28, 1992, the Secretary of Health and Human Services published the final rules implementing CLIA '88. The CLIA '88 regulations replaced the then current Medicare, Medicaid, and CLIA '67 standards with a single set of requirements that apply to almost all laboratories testing human specimens. Standards for laboratory personnel, quality control, and quality assurance are based on test complexity and risk factors. The regulations also establish application procedures and fees for CLIA certification, as well as enforcement procedures and sanctions applicable when laboratories fail to meet standards.

CLIA '88 applies to all laboratories, physician offices, or other entities performing testing on human specimens for the purpose of providing information for the diagnosis, prevention, or treatment of disease or impairment of human beings. Laboratories that conduct testing for the purpose of assessing the health of individuals are also subject to CLIA '88 (e.g., testing for insurance purposes). Certain laboratories are not subject to CLIA '88 as follows

- Laboratories conducting only forensic testing
- Research laboratories that do not report patient-specific results
- Components or functions of laboratories certified by the Substance Abuse and Mental Health Services Administration (formerly NIDA)
- Laboratories located in a state in which the licensure program is approved by the HCFA as meeting CLIA '88 standards

Under CLIA '88, all clinical laboratories, regardless of location, size, or type must meet standards based on the complexity of the tests they perform. Four levels of testing complexity are defined in the regulations: waived, provider performed microscopy, moderate complexity, and high complexity. Laboratories performing provider performed microscopy, moderate, and/or high complexity testing must meet requirements for PT, patient test management, quality control, quality assurance, and personnel. These specific requirements do not apply to tests in the waived category. The major differences in regulatory requirements between moderate and high complexity testing are in the quality control and personnel standards

The uniform proficiency testing program regulations mandate that your laboratory must enroll in a PT program approved by the Department of Health and Human Services (HCFA's parent regulatory agency) for each of the specialties and subspecialties for which it seeks certification. All analytes that are regulated for proficiency testing appear in bold type in the 1996 Surveys Catalog

Your laboratory must notify HCFA of the approved program(s) in which you choose to participate and authorize the PT program to release all data to HCFA. Your laboratory must participate in an approved PT program for one year before designating a different program. HCFA must be notified before your laboratory changes PT programs. For tests that are not subject to PT in these regulations, your laboratory must still establish the accuracy and reliability of its test procedures at least twice a year

PT specimens must be tested with your laboratory's regular patient workload by personnel who routinely perform testing. Your laboratory's routine testing methods must be used. The individual testing the specimens and the laboratory director must attest to the routine integration of specimens on a form provided by the PT program. Your laboratory must also maintain a copy of all records, including the form used to record the PT results (including the attestation signatures) for a minimum of two years

Your laboratory must successfully participate in a PT program approved by HCFA. "Unsuccessful proficiency testing performance" is a "condition level" deficiency and may result in laboratory sanctions such as suspension of the CLIA certificate and Medicare payments for the specialty, subspecialty, and analyte involved. Failure to achieve a satisfactory overall testing event performance for two consecutive testing events or two out of three consecutive testing events is unsuccessful performance

Failure to attain an overall testing event score of at least 80 percent is unsatisfactory performance for analytes in all specialties and subspecialties except ABO group, D(Rh) typing and compatibility testing where 100 percent score is required. Failure to return PT results for a testing event is unsatisfactory performance and will result in a score of "0." For any unsatisfactory testing event for reasons other than failure to participate, your laboratory must undertake appropriate training and employ the technical assistance necessary to correct the problem. All remedial action must be documented and such documentation kept for two years at your laboratory for possible reference by inspection and accreditation teams

As part of these regulations, criteria have been established by which a PT provider's program may be evaluated for approval by HHS. The CAP has made every

Mukasa1725



effort to ensure that the 1996 Surveys Program has met the requirements set forth by the February 28, 1992, Final Rule.

## HCFA Analyte Selection Report/ HCFA Performance Summaries

To assist you in complying with the requirement that your laboratory results be released to HHS, the CAP will transfer data to HCFA if you have provided a CLIA identification number and forward paper copies of your results to your state department of health acting on behalf of HCFA, if you authorize us to do so. You may obtain this service by indicating your request on the confirmation report sent after your Surveys order is processed or by sending a letter to the CAP. Your Surveys evaluation will then reflect the name of the agency to which the information was provided. Any questions regarding the forwarding of your proficiency testing results may be answered by your state department of health or one of the HCFA regional offices. For your convenience, a list of state and federal telephone numbers is provided with your Order Confirmation Report

In general, it is advisable to consult your state department of health for additional laws or regulations concern-

ing inspection, accreditation, and proficiency testing requirements that may affect the licensing of your laboratory and its personnel

Copies of the February 28, 1992, CLIA regulations can be obtained by contacting the Government Printing Office by telephone 202-512-1800 or by fax 202-512-2250 and requesting CFR Title 42 Parts 400-429 and 430-End. The combined cost of these publications is $61

The information appearing on the performance summary (Figure 4-2) and sent to HCFA electronically is controlled by the HCFA Analyte Selection Report (Figure 4-1), which is sent to you in mid-January prior to your receipt of the 1996 Surveys specimens if you have enrolled in more than one Survey containing the same regulated analyte. A setting of "Yes Report" under the heading "Performance Reported to Regulatory Agency" will direct information regarding that analyte to be sent electronically to HCFA

If you have any questions regarding the HCFA Analyte Selection Report or your Performance Summaries, please contact the College at 800-323-4040 option 3

## Figure 4-1
HCFA Analyte Selection Report

| | | | | | | | PERFORMANCE REPORTED TO REGULATORY AGENCY | | |
|---|---|---|---|---|---|---|---|---|---|

REGULATORY REPORTING REQUIREMENTS FOR  Routine Chemistry    Page 1 of 1
CAP NUMBER    10000-01
CLIA LABORATORY IDENTIFICATION NUMBER  10D0111111    DATE  01/21-96

LABORATORY DIRECTOR    REPORT ID  0000001234-001

JOHN T. SMITH, MD, PHD
GENERAL HOSPITAL
MAIN CLINICAL LABORATORY
123 MAIN ST
PITTSBURGH, PA 11101-1101

| REGULATED ANALYTE | SURVEY | ORDER CODE | MAILING | CAP NUMBER | KIT | CURRENT SETTING | CHANGE TO-- YES REPORT | NO REPORT | CAP USE |
|---|---|---|---|---|---|---|---|---|---|
| ALT | C4 | C4 | A,B,C | 10000-01-03-01 | 01 | REPORT | | ⇨ | 001 |
| | W1 | W | A,B,C | 10000-01-03-01 | 01 | NO | ⇦ | ⇨ | 002 |
| Albumin | C4 | C4 | A,B,C | 10000-01-03-01 | 01 | REPORT | | ⇨ | 003 |
| Alkaline Phosphatase | C4 | C4 | A,B,C | 10000-01-03-01 | 01 | REPORT | | ⇨ | 004 |
| Amylase | C4 | C4 | A,B,C | 10000-01-03-01 | 01 | REPORT | | ⇨ | 005 |
| AST | C4 | C4 | A,B,C | 10000-01-03-01 | 01 | REPORT | | ⇨ | 006 |
| Bilirubin, Total | C4 | C4 | A,B,C | 10000-01-03-01 | 01 | REPORT | | ⇨ | 007 |
| Blood Gas, PO2 | AQ | AQ | A,B,C | 10000-01-03-01 | 01 | NO | | ⇨ | 008 |
| | O | O | A,B,C | 10000-01-03-01 | 01 | REPORT | ⇦ | ⇨ | 009 |

IF YOU DO NOT PERFORM A TEST, PLEASE INDICATE "NO REPORT"

LABORATORY DIRECTOR SIGNATURE
(REQUIRED TO AUTHORIZE CHANGE)    _____

PLEASE PRINT NAME    _____    DATE  _____

Mukasa1726

## Figure 4-2

HCFA PERFORMANCE SUMMARY FOR ANALYTES REGULATED UNDER THE CLINICAL LABORATORY IMPROVEMENT AMENDMENTS OF 1988

CLIA ID# 10D0111111    CAP# 100000-01-01 ④    KIT 01     SUBSPECIALTY CHEMISTRY

| | PROFICIENCY EVENT N/A | | | | PROFICIENCY EVENT 1996 #1 | | | | PROFICIENCY EVENT 1996 #2 | | | | |
| | TEST EVENT | SUMMARY OF YOUR RESPONSES | | | TEST EVENT | SUMMARY OF YOUR RESPONSES | | | TEST EVENT | ⑥ SUMMARY OF YOUR RESPONSES | | | ⑦ CURRENT EVENT PERFORMANCE INTERPRETATION | ⑧ CUMULATIVE CLIA '88 PERFORMANCE INTERPRETATION |
| ② REGULATED ANALYTE | | ACCEPT | TOTAL | % | ③ | ACCEPT | TOTAL | % | ⑤ | ACCEPT | TOTAL | % | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALT | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Albumin | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Alkaline Phosphatase | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Amylase | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| AST | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Bilirubin, Total | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Blood Gas, PO2 | | | | | O A | 5 | 5 | 100 | O B | | | PND | PENDING | PENDING |
| Blood Gas, PCO2 | | | | | O A | 5 | 5 | 100 | O B | | | PND | PENDING | PENDING |
| Blood Gas, pH | | | | | O A | 5 | 5 | 100 | O B | | | PND | PENDING | PENDING |
| Calcium, Total | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Chloride | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Cholesterol, Total | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Cholesterol, HDL | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Creatine Kinase | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| CK Isoenzymes | | | | | EC A | 10 | 10 | 100 | EC B | | | PND | PENDING | PENDING |
| Creatinine | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Glucose | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| LDH | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| LDH Isoenzymes | | | | | EC A | 10 | 10 | 100 | EC B | | | PND | PENDING | PENDING |
| Magnesium | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Potassium | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Sodium | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Total Protein | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Triglycerides | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Urea Nitrogen | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Uric Acid | | | | | C3 A | 5 | 5 | 100 | C3 B | 5 | 5 | 100 | SATISFACTORY | SUCCESSFUL |
| Routine Chemistry | N/A | | | | | 140 | 140 | 100 | | 105 | 105 | PND | PENDING | PENDING |

1. Date lists the date the summary report was printed

2. Regulated Analyte lists all regulated tests included in the specialty/subspecialty as defined by the CLIA regulations for the modules in which you are enrolled.

3. Summary of Your Previous Responses: lists the total number of specimens you have tested and the number of acceptable responses for previous testing events.

4. CAP Number and Kit: defines the CAP number and kit.

5. Test Event identifies the program and shipment.

6. Summary of Your Current Responses: lists the total number of specimens you have tested and the number of acceptable responses for that testing event. If you provided a result and complete method information, you will be given credit for participating in the testing event even if we are unable to evaluate your responses (Code 10)

7. Current Event Performance Interpretation: indicates either satisfactory (≥80 percent) or unsatisfactory (<80 percent) performance for each analyte and the overall performance for the specialty/subspecialty. For ABO group, D (Rho) type, and compatibility testing, a 100 percent score is required. "Test Not Performed (TNP)," "Pending (PND)," "Not Applicable (N/A)," "Waived (W)," or "Late (LTE)" may also appear in this column

when appropriate. "Pending" may appear when results have not yet been received from your laboratory for a given mailing. "Not Applicable" will appear when no responses were received on the test result form, but you have indicated results are to be forwarded to HCFA. "Waived" will appear if you have provided a method that is considered waived and therefore not usable to comply with regulatory requirements. "Late" will appear if no results are received by the College 60 days after the in-house cut off date for return of results.

8. Cumulative Performance Interpretation indicates successful (≥80 percent) or unsuccessful (<80 percent) performance for each analyte and for the specialty/subspecialty. For ABO group, D (Rho) type, and compatibility testing, a 100 percent score is required. A <1> symbol denotes that your performance is successful, however, because you had less than 80 percent on the previous mailing, you are still at risk to be unsuccessful for the next mailing. A <2> denotes you are currently successful but at risk for the next two mailings as you were unsatisfactory for this mailing. These codes are applicable to both the analyte and the overall specialty/subspecialty scores. A <3> denotes unsuccessful performance



| | | |
|---|---|---|
| Samuel H. Mr. Mukasa | * | |
| | * | |
| *Plaintiff* | * | |
| | * | |
| v. | * | CASE NO: : 1:99-CV-190-SPM |
| | * | |
| LifeSouth Community Blood System | * | |
| f/k/a Civitan Regional Blood System | * | |
| A Florida Corporation | * | |
| | * | |
| Defendant | * | |
| | * | |

## AFFIDAVIT OF ELIZABETH CREWS

STATE OF FLORIDA

COUNTY OF ALACHUA

BEFORE ME, the undersigned authority, personally appeared Elizabeth Crews, to me known, who after having been duly sworn, did hereby depose and say:

1.    I am over 21 years of age.  I have personal knowledge of all the facts contained in this Affidavit, am competent to testify about the matters contained herein, and am authorized to give this statement on behalf of LifeSouth Community Blood Centers, Inc.[1] f/k/a Civitan Regional Blood System, a Florida Corporation.

2.    I am voluntarily giving this Affidavit.

---

[1] The Complaint incorrectly lists the Defendant as LifeSouth Community Blood Systems.

Exhibit 2

3.     I was hired by LifeSouth as the Laboratory Manager on July 15, 1996, and became the direct supervisor of the Plaintiff, Sam Mr. Mukasa at that time. I continued as his direct supervisor until his termination.

4.     Between September 1996 and his termination in April 1997, LifeSouth documented ten (10) errors by Mr. Mukasa.

5.     The errors are documented by a reportable event form. Not all of the errors were testing errors. In some cases, Mr. Mukasa caught and corrected his own errors, but failed to document the errors properly. His errors involved both donor testing and patient testing. Three of the errors were so severe, they were required to be reported to the Food and Drug Administration (called "FDA reportable"). The last seven errors occurred over a two and a half month period. The errors showed a problematic trend with Mr. Mukasa's ability to pay attention to detail.

6.     A description of the reportable events are as follows:

     a.     *First Reportable Event – September 29, 1996 – Donor Testing*

     This was an Rh typing discrepancy. A true copy of the reportable event form is attached as "A."

     Mr. Mukasa was doing donor blood typing work. LifeSouth has implemented its own redundant, safety procedures to ensure accuracy. One of the final checks is to compare prior typing results for the same donor to the current results, to ensure they match. The form requires the technologist not to write the current results directly under prior results. These two results are located next to each other on the form to assist the technologist in making the required comparison. If the current and prior results do not match, additional testing should be done before the sample is released. In this case, Mr. Mukasa's test results were correct, but he

was recording the results for the wrong blood unit. Mr. Mukasa should have noticed this error when the current and prior results did not match. Mr. Mukasa wrote the results of the current testing (O+) directly below different prior results (O-). Instead of doing additional testing, however, he released the units.

The significance of Mr. Mukasa's error was his failure at two different stages, each representing a failure to pay attention to basic steps. First, he failed to record the results for the correct unit number. Second, he failed to notice the current and prior results did not match even after he recorded the current results directly below the prior results. Not only did he make an initial clerical error, the problem was greatly compounded because he did not pay attention to the fact that his recorded results were different than the prior recorded results displayed just above.

      *b.*     *Second Reportable Event – October 10, 1996 – Donor Testing, FDA Reportable*

This was a clerical error that was FDA reportable. A true copy of the reportable event form and associated documents, if any, is attached as "B."

      *c.*     *Third Reportable Event – October 16, 1996, Donor Testing*

This was an Rh typing discrepancy. A true copy of the reportable event form and associated documents, if any, is attached as "C."

      *d.*     *Fourth Reportable Event – February 10, 1997, Donor Testing*

In this case, Mr. Mukasa's test results were correct, but he did not follow proper procedures in reporting the error. To correct the reporting error, Mr. Mukasa deleted the sample form the computer records. There was a standard procedure to correct the reporting error and the SOP did not specify deleting the information. LifeSouth must be able

to provide a paper trail documenting all changes to records of the blood supply. The deletion was improper because it eliminated part of the required paper trail associated with the blood supply. All changes are required to be documented and someone with Mr. Mukasa's experience should have been aware of the regulatory environment and requirement to maintain a trail for all changes. A true copy of the reportable event form and associated documents, if any, is attached as "D."

e.    *Fifth Reportable Event - February 11, 1997, Donor Testing*

This was the same error described for February 10, 1997. A true copy of the reportable event form and associated documents, if any, is attached as "E."

f.    *Sixth Reportable Event - March 6, 1997, Donor Testing*

This was an error with labeling red blood cells. The misalignment of the printed label was immediately apparent, yet Mr. Mukasa did not notice the misalignment. A true copy of the reportable event form and associated documents, if any, is attached as "F."

g.    *Seventh Reportable Event – March 27, 1997, Patient Testing, FDA Reportable*

Mr. Mukasa's test results were incorrect. This was exceptionally serious both because it involved patient testing and because it was required to be reported to the FDA. In addition, the results were very unusual and, in my opinion, would normally cause an experienced technologist to review them again. Mr. Mukasa was testing for the little e antigen. It occurs normally in one of a hundred units. Mr. Mukasa's test of twenty units resulted in two positives, a one in ten ratio. A true copy of the reportable event form and associated documents, if any, is attached as "G."

h.     *Eighth Reportable Event - April 7, 1997, Donor testing*

In this case, Mr. Mukasa used the wrong control for the batch testing. Mr. Mukasa did not find his error until the next day. The error should have been noticed the same day it occurred, at the end of the batch testing. A true copy of the reportable event form and associated documents, if any, is attached as "H."

i.     *Ninth Reportable Event – April 8, 1997 – Donor Testing*

This was a clerical error resulting in a Rh discrepancy. A true copy of the reportable event form and associated documents, if any, is attached as "I."

j.     *Tenth Reportable Event – April 24, 1997 – Patient Testing, FDA Reportable*

Mr. Mukasa was cross matching blood, part of patient testing based on a hospital request. The hospital needed five units of compatible A negative blood. As part of an established procedure with this hospital, the hospital already had various units of blood available and samples from these same units were at LifeSouth. This allowed the hospital to use the units once LifeSouth did the testing and eliminated the need to transport those units from LifeSouth to the hospital. LifeSouth maintained a list of the units available to the hospital. The list showed the hospital had five units of A blood available, but only three units of A negative blood. The other two units of A blood were A positive.

Mr. Mukasa should have tested only the three units of A negative available at the hospital to ensure compatibility and, then tried to locate two additional units for testing and shipment to the hospital. Instead, Mr. Mukasa tested all five units of A blood and indicated they were compatible. The two units of A positive should not have ever been tested. Moreover, when he performed the test his test results for the A positive units were incorrect.

So the decision to test was wrong and the test results were wrong. A true copy of the reportable event form and associated documents, if any, is attached as "J."

After reviewing this incident, I formed the opinion that Mr. Mukasa documented results for a test he did not perform. Accordingly, I no longer had confidence in his work and consulted with Bruce Haguewood and Nancy Eckert about how to proceed.

7.     The decision to terminate Mr. Mukasa was made jointly by Nancy Eckert, CEO of LifeSouth; Bruce Haguewood; and me.

8.     LifeSouth determined that the number, frequency, and type of errors represented unacceptable performance for a technologist with over ten years experience.

9.     The decision to terminate Mr. Mukasa was based on concerns about his performance, not his race or any other protected characteristic.

10.     Rather than be terminated, Mr. Mukasa's resignation was accepted.

11.     On the second shift, the immunohematology lab has been routinely staffed with only one full time position. A true copy of the lab schedules is attached as "K."

12.     On most days, from the time I became Mr. Mukasa's supervisor until his termination, other personnel on the second shift was licensed in immunohematology and could have assisted Mr. Mukasa.

13.     To the best of my knowledge, none of the people Mr. Mukasa claims were comparable to himself - Earl Lanham, Arlene Soeldner, Shon Heston, Fangshu Rao, Sylvia Hodge, or Leila Neel - made as many serious mistakes in a similar period of time.

14.     Mr. Mukasa did not complain to me about discrimination and, to the best of my knowledge, did not complain to anyone at LifeSouth about alleged discrimination on the part of LifeSouth, any of its managers, or me.

Further Affiant Saith Not.

_Elizabeth Crews_
ELIZABETH CREWS

STATE OF FLORIDA

COUNTY OF ALACHUA

Sworn to and subscribed before me this 22 day of June, 2000 by Elizabeth

Crews.

_Susan G Shewchuk_
Signature of Notary

_SUSAN G SHEWCHUK_
Name of Notary (Typed, Printed or Stamped)

Personally Known ____ OR Produced Identification _____
Type of Identification Produced _____

Susan G. Shewchuk
MY COMMISSION # CC754613 EXPIRES
June 25, 2002
BONDED THRU TROY FAIN INSURANCE INC.

004.212119.1

**Reportable Event Form**
**Civitan Regional Blood System**

Location _Gainesville_    Log Number: _1996-10-023_

Reported By: _____    Date: _____

Completed By: _Ed Bunting_    Date: _10-3-96_

Unit Number: _04T69834-2_    Product: _PC, Plat, FFP_

Date Occurred: _9-29-96_    Date Discovered: _____

Individuals involved: _Laboratory - Sam Mukasa_

Procedure Name: _____

TYPE                          AREA
☑ Technical                   ☐ Donor Registration
☐ Clerical                    ☑ Laboratory
☐ Labeling                    ☐ Components
☐ Computer                    ☐ Inventory/Shipping
☐ Other _____               ☐ Donor Collection
                              ☐ Other _____

DESCRIPTION: _Unit #04T69834-2 was typed by the_
_IBG System as O Positive. Previous blood type of_
_the donor was O negative. When writing types on_
_SOK Sam did not notice the typing discrepancy. The_
_discrepancy was caught at the labeling stage._

Initials: _EB_    Date: _10-3-96_

ACTION TAKEN: _Units were quarantined at Birmingham_
_pending investigation. Unit segment was typed as_
_O negative. Sample tubes were pulled and ABO's was_
_performed again. Both tubes typed as O negative_

Initials: _EB_    Date: _10-3-96_    _Computer problem report_
_submitted for ABO/Rh change_

NEEDS TO BE COMPLETED: _Continued monitoring of IBG System_
_Rh typing._
_Gave copy to P.Q. Pardo to be reported to FDA. (10/21/96)_
_Not reportable. Units were not mislabeled._

Ⓐ

FINAL DISPOSITION OF UNIT: *Units quarantined until dfor unit Rh type changed*

ANALYSIS

Was SOP followed?   Yes ☐        No ☑  If No, why not?

*Failed to note and follow up on Rh Discrepancy.*

What can be done to prevent re-occurrence?

*Pay closer attention to previous blood type when recording on SOR's.*
*Sam will use a ruler to mark the unit and ABO/Rh is transcribed*
*(Discrepancy was discussed with staff member involved)*

SEND COPIES TO:

_____        _____
_____        _____
_____        _____
_____        _____

PERSONNEL INVOLVED AND NOTIFIED:

*Bill Cut*                          *10/17/96*
Signature                          Date
*Samuel H. Mukasa*                  *10/17/96*
Signature                          Date

Signature                          Date

Signature                          Date

Signature                          Date

Follow-up Completed by _____        Date _____

Reviewed by _____        Date _____

FDM REPORTABLE on 10/17

## Reportable Event Form
## Civitan Regional Blood System

Location __Gainesville__    Log Number: __1991(-10)-137__

Reported By: _____    Date: _____

Completed By: __Elizabeth Bunting__    Date: __10-16-96__

---

Unit Number: __04M161229-4 & 04M111229-7__    Product: _____

Date Occurred: __10-10-96__    Date Discovered: __10-10-96__

Individuals involved: __Sam Mukasa - Laboratory__
__error discovered on 10-15-96 !__

Procedure Name: __Du testing__

**TYPE**    **AREA**

☑ Technical    ☐ Donor Registration
☑ Clerical    ☑ Laboratory
☐ Labeling    ☐ Components
☐ Computer    ☐ Inventory/Shipping
☐ Other _____    ☐ Donor Collection
    ☐ Other _____

*Control tubes were switched accidentally and confirmed by tube testing*

DESCRIPTION: During Du tube testing on Rh negative (IB6) donors, Sam made a clerical error in recording Du results for donor #s 04M111229-4 and 04M111229-7. Donor 04M111229-4 was previously typed by RBB in 1993 as an A neg Du neg. This donation testing from both sample tube and unit segment to be Du positive. When recording results on Du worksheet, Sam

Initials: __SB__    Date: __10-16-96__

recorded the Du positive results under donor # 04M111229-4.→

ACTION TAKEN: Unit # 04M111229-7 was recalled from Birmingham hospital and all components quarantined. Unit # 04M111229-4 was in house and all components quarantined pending resolution

Initials: __SB__    Date: __10-16-96__

Computer Problem reports filed 10-16-96, for ABO/Rh correction for each unit.

NEEDS TO BE COMPLETED: __ff.BW 10/21/96__

P.O. Pardo given copy for FDA report on 10/21/96. BW

*(right margin vertical text:)* Donor # 04M111229-7 is a first time donor with CRBS and had ...



DEFENDANT'S
EXHIBIT NO. 1
FOR IDENTIFICATION
Mukasa
DATE: 5/1/00  RPTR: JD

Mukasa000198

FINAL DISPOSITION OF UNIT: _*units currently quarantined.*_ _____

_____

_____

_____

ANALYSIS

Was SOP followed?    Yes  ☐          No  ☑  If No, why not?

_____

_____

What can be done to prevent re-occurrence?

*Since numerous mobiles are currently collecting donors with*
*m'alpha series, Techs must use the either the entire donor*
*# or include the check digit with the last 3 numbers of series*
*when labeling tubes.*

SEND COPIES TO:

_____          _____

_____          _____

_____          _____

PERSONNEL INVOLVED AND NOTIFIED:

*Bill Ai*                                      10/17/96

Signature                              Date

*Samuel Mukasa.*                       10-17-96

Signature                              Date

_____       _____

Signature                              Date

_____       _____

Signature                              Date

_____       _____

Signature                              Date

Follow-up Completed by _____     Date _____

Reviewed by _____     Date _____

Mukasa000199

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C 67838 | O | O | ✓ | | | 10/10/96 | |
| | O | O | ✓ | | | | |
| | O | O | ✓ | | | | |
| | O | O | | | | | |
| | O | O | ✓ | | | | |
| C 70173 | O | O | ✓ | | | | |
| C 70186 | tw | 3t | | O | ✓ | | |
| C 70190 | O | O | ✓ | | | | |
| C 70192 | O | O | ✓ | | | | |
| M 12867 | O | O | ✓ | | | | |
| M 12878 | O | O | ✓ | | | | |
| M 35245 | O | O | ✓ | | | | |
| M 61216 | O | O | / | | | | |
| M 61217 | O | O | | | | | |
| M 61228 | O | O | / | | | | |
| M 61229 | O | O | / | | | | |
| M 61232 | O | O | ✓ | | | | |
| M 62378 | O | O | / | | | | |
| M 62383 | O | O | / | | | | |
| M 62384 | O | O | / | | | | |
| M 62385 | O | O | / | | | | |
| M 65428 | O | O | / | | | | |
| M 65430 | O | 9 | | | | | |
| M 65432 | O | 8 | / | | | | |
| M 65433 | O | O | | | | | |

Mukasa000319

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M 65447 | | | O | ✓ | | 10-10-96 SBM | |
| | | ) | | O | ✓ | | |
| | | O | | O | ✓ | | |
| | | O | | O | ✓ | | |
| | | O | | 2+ | | O | ✓ ) x2 |
| M 65251 | | O | | O | ✓ | | |
| M 66293 | | O | | O | ✓ | | |
| M 66295 | | | | O | ✓ | | |
| M 66300 | | | | O | ✓ | | |
| M 66304 | | O | | O | ✓ | | |
| P 03767 | | O | | O | ✓ | | |
| P 03768 | | O | | O | ✓ ) | | |
| S 57931 | | O | | O | ✓ | | |
| S 57932 | | O | | O | ✓ | | |
| S 57933 | | O | | O | ✓ | | |
| S 57934 | | O | | O | ✓ | | |
| S 58322 | | O | | O | ✓ | | |
| W 22003 | | O | | O | ✓ | | |
| W 22008 | | O | | O | ✓ | | |
| X 00001 SBM | | O | | O | ✓ | | |
| Y 05509 | | O | | O | ✓ | | |
| Y 05511 | | O | | O | ✓ | | |
| Y 05518 | | O | | O | ✓ | | |
| Y 05521 | | O | | O | ✓ | | |

Mukasa000323

**Reportable Event Form**
**Civitan Regional Blood System**

Location _Gainesville_

Log Number: _1996-10-127_

Reported By: _____  Date: _____

Completed By: _Elizabeth Bunting_  Date: _10-16-96_

Unit Number: _04M61229-4 & 04M66229-7_  Product: _____

Date Occurred: _10-10-96_  Date Discovered: _10-10-96_

Individuals involved: _Sam Mukasa - Laboratory_
_error discovered on 10-15-96 !_

Procedure Name: _Du testing_

TYPE                          AREA
☑ Technical                   ☐ Donor Registration
☑ Clerical                    ☑ Laboratory
☐ Labeling                    ☐ Components
☐ Computer                    ☐ Inventory/Shipping
☐ Other _____              ☐ Donor Collection
                              ☐ Other _____

*Control tubes were switched accidentally and confirmed by tube testing*

DESCRIPTION: _During Du tube testing on Rh negative (Ibb) donors,_
_Sam made a clerical error in recording Du results for_
_donor #s 04M61229-4 and 04M66229-7. Donor 04M61229-4_
_was previously typed by CRBC in 1993 as an A neg Du neg. This_
_donation testing from both sample tube and unit segment to be_
_Du positive. When recording results on Du worksheet, Sam_
_recorded the Du positive results under donor #04M66229-4._ →

Initials: _EB_  Date: _10.16.96_

ACTION TAKEN
_Unit #04M66229-7 was recalled from Birmingham_
_hospital and all components quarantined._
_Unit #04M61229-4 was in house and all components_
_quarantined pending resolution._

Initials: _EB_  Date: _10-16-96_

_Computer Problem reports filed 10-16-96, for ABO/Rh correction_
_for each unit._

NEEDS TO BE COMPLETED: _____
_EIN 10/21/96_

_P.O. Pardo given copy for FDA report on 10/21/96. EIN_

*(right margin, vertical):* Donor #04M66229-7 is a first time donor with crda and had various donations as an A positive. Du will no sample tube for this donor donated.

# Civitan

## REGIONAL BLOOD SYSTEM

### 1221 N.W. 13th Street • Gainesville, Florida 32601 • (352) 334-1000

| | SSN | SEX | ETHNIC | STUDENT | NEW CARD | DATE DRAWN |
|---|---|---|---|---|---|---|
| | 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 | F | | | | 10/09/96 |

| CALL DX? | BIRTHDATE | | PREV. DONATIONS | PREVIOUS REACTION |
|---|---|---|---|---|
| | | | | |

| CALL STATUS | HLA TYPING |
|---|---|
| | |

| CALL DX? | HLA TYPING DATE | | LAST DONATION DATE |
|---|---|---|---|
| | | | 10/29/93 |

### DONOR ROOM ONLY

| EXAMINER | HLA | PULSE 44 | TEMP 45 | ARM INSPEC 46 |
|---|---|---|---|---|
| | | | °F | |

| BAG TYPE | CuSO₄ 42 | HGB/HEMAT 42 | B/P 43 |
|---|---|---|---|
| | | | |

Central Florida Community College-Lecanto Campus

CPDA I
ADDITIVE

1
2
3 ☑
4
5

#### FIRST STICK

| BAG PREP | VP | START TIME |
|---|---|---|
| | 021 | 1208 |

| FRONT DESK | OC | AMOUNT DRAWN | END TIME |
|---|---|---|---|
| ENTERED | | ML | |

#### SECOND STICK

| DONATION RESULTS | BAG PREP | VP | START TIME |
|---|---|---|---|
| | | | |

| | OC | AMOUNT DRAWN | END TIME |
|---|---|---|---|
| | | | |

| CMV | CMV DATE | BLOOD TYPE | FIRST UNIT NUMBER |
|---|---|---|---|
| | | | 04 M 61229 |

| LAB CMV | | INITIALS | LAB TYPE | INITIALS |
|---|---|---|---|---|
| | | A Pos | Scm | |

| BAG LOT NUMBER | | SECOND UNIT NUMBER (SECOND STICK ONLY) |
|---|---|---|
| DONORMATIC ☐ FENWAL ☐ | | |
| SCALE NUMBER | | |

COMMENTS

DU = Pos X 2

## Unit Quarantined

### LAB ONLY

| | MADE | QUAR | DISCARD |
|---|---|---|---|
| RPFP | ☐ | ☐ | ☐ |
| RPL | ☐ | ☐ | ☐ |
| RPF | ☑ | ☐ | ☐ |
| XFFP | ☐ | ☑ | ☐ |
| FFP | ☐ | ☐ | ☐ |
| CRYO | ☐ | ☐ | ☐ |
| LEUK | ☑ | ☐ | ☐ |
| PLAT | ☐ | ☐ | ☐ |
| XPC | ☐ | ☐ | ☐ |
| PC | ☑ | ☐ | ☐ |
| WB | ☐ | ☐ | ☐ |

INITIALS:

Mukasa000317

**Reportable Event Form**
**Civitan Regional Blood System**

Location: _Gainesville_

Log Number: 1996-10-15

Reported By: _Jeff Faux_     Date: _10-17-96_

Completed By: _Ed Bunting_     Date: _10-17-96_

Unit Number: _04Y05429-3_     Product: _Packed cell, Plat, RPF_

Date Occurred: _10-16-96_     Date Discovered: _10-17-96_

Individuals involved: _Sam Mukasa_

Procedure Name: _____

**TYPE**
- [x] Technical
- [ ] Clerical
- [ ] Labeling
- [ ] Computer
- [ ] Other _____

**AREA**
- [ ] Donor Registration
- [x] Laboratory
- [ ] Components
- [ ] Inventory/Shipping
- [ ] Donor Collection
- [ ] Other _____

_Sam repeated Du type._
_Unit tested negative for Du._
_Sam quarantined it._
_Sam feels sure the unit_
_number was accurate._ _Sm_

DESCRIPTION: _04Y05429-3_
_Unit # was typed as an O negative Du negative_
_on 10-16-96. Typing discrepancy from previous donation, donor_
_was typed as an O positive with a very weak Du. Donor_
_comment was entered in computer on 2-27-91. Donor had 28_
_previous donations as an O positive. Sam did not detect the_
_weak du during testing._

Initials: _BB_     Date: _10-17-96_

ACTION TAKEN: _Unit is quarantined. Rh typing was repeated_
_on the sample and is 1+W (positive)_

_Computer report submitted for change in Rh type for_
_this unit._

Initials: _BB_     Date: _10-17-96_

NEEDS TO BE COMPLETED: _Computer change. unit → inventory_
_Segment Rh typing_
_Gave P.O. Port 10 B copy to be reported to_
_FDA. (10/21/96) NOT FDA reportable. Unit did not_
_leave our facility._

DEFENDANT'S
EXHIBIT NO. 2
FOR IDENTIFICATION
Mukasa
DATE 5/11/10 RPTR: JW

Mukasa000196

FINAL DISPOSITION OF UNIT: _Currently quarantined awaiting computer change_

_____

_____

_____

## ANALYSIS

Was SOP followed?   Yes ☐          No ☐   If No, why not?

_____

_____

What can be done to prevent re-occurrence?   _Sam did the thing appropriately_

_Sam needs to pay closer attention to his work. There_
_have been several errors committed by him in the past_
_couple weeks. Sam's technique should be observed to detect_
_weakness to facilitate retraining._

SEND COPIES TO:

_____          _____

_____          _____

_____          _____

PERSONNEL INVOLVED AND NOTIFIED:

_Bill _____     10/17/96_
Signature                          Date
_Samuel Mukasa._                   10-17-96
Signature                          Date

_____          _____
Signature                          Date

_____          _____
Signature                          Date

_____          _____
Signature                          Date

Follow-up Completed by _____          Date _____

Reviewed by _____          Date _____



# Civitan

## REGIONAL BLOOD SYSTEM

### 1221 N.W. 13th Street • Gainesville, Florida 32601 • (352) 334-1000

CREDIT FOR: C185-7 Clairson International
Ocala

COMMENTS: SHU:no BC Du is very
weak 2-27-91 JHH BC525
CMV 93-7

REMARKS: Donations This Year : 3

| REFERRAL REASON: | NUMBER | NEXT DONATION DATE. | INITIALS |
|---|---|---|---|
| | | 12/11/96 | |

| EXAMINER: | HLA: | PULSE: 44 | TEMP: 45 | ARM INSPEC: 48 |
|---|---|---|---|---|
| DW | | 62 | 98.6 °F | OK |

BAG TYPE: CuSO: 42 PASS   HGS/HEMAT 42   B/P 43 108/78

FRONT DESK: ENTERED: YHH   AMOUNT DRAWN: 465 ML   END TIME: 1155

BLOOD TYPE: O POS   FIRST UNIT NUMBER: 04 Y 05629

LAB TYPE: ONeg   INITIALS: Sam

COMMENTS:
Du = Neg X2 (no seg) unit in
Ocala when sample
was tested AU

| LAB ONLY | MADE | QUAR. | DISCARD |
|---|---|---|---|
| RPFP | ☐ | ☐ | ☐ |
| RPL | ☐ | ☐ | ☐ |
| RPF | ☐ | ☐ | ☐ |
| XFFP | ☑ | ☐ | ☐ |
| FFP | ☐ | ☐ | ☐ |
| CRYO | ☐ | ☐ | ☐ |
| LEUK | ☐ | ☐ | ☐ |
| PLAT | ☑ | ☐ | ☐ |
| XPC | ☑ | ☐ | ☐ |
| PC | ☑ | ☐ | ☐ |
| WB | ☑ | ☐ | ☐ |
| INITIALS | | | |

Mukasa000308

Mukasa000312

# REGIONAL BLOOD CENTER COMPATIBILITY TESTING RECORD

**Name** 04Y 05629-3
Last          First          Middle

**Hosp** CRBC
**Type** Donor

**SSN #** 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-5
CRBC Log #

## Cell Typing

| Anti A | Anti B | Anti A,B | Anti D | Rh Cont | D^u Cont | D^u | INTERP |
|--------|--------|----------|--------|---------|----------|-----|--------|
| 0 | 0 | 0 | 4+ | 0 | 0 | | |

## Reverse Grouping

| A1 Cells | B Cells |
|----------|---------|
| | |

## ABO/Rh Interpretation
O pos
D pos

Over Dpos w/rom segment

Date/Tech
GW 10/10/96

Over Dpos w/rom segment

### Legend / Abbreviations
- A – No Hemolysis or Agglutination
- H – Hemolysis
- R – Rouleaux
- + – Graded Control
- MF – Mixed Field
- W – Weak Reaction
- S – Strong Reaction
- I – ...
- (subscripts represent Agglutination)
- Comp – Compatible
- Incomp – Incompatible
- IAT – Indirect AHG
- Cont – Control
- CK – Check Cells
- Neg – Negative
- Pos – Positive

Donor Number
1
2
3
4
5
6
7
8

RETYPE
Anti A | Anti B | Anti A,B | check cells | Type

SPECIAL ANTIGEN
Anti | Anti | Anti | Anti Du

## ANTIBODY SCREEN

| | 37° | LISS | IAT | CK |
|--|-----|------|-----|-----|
| CELL 1 | | | | |
| CELL 2 | | | | |
| CELL 3 | | | | |

Interpretation | Date/Tech
NEG □
POS □

## DIRECT ANTIGLOBULIN TEST

| | Poly | Anti IgG | Anti C3 |
|--|------|----------|---------|

Interpretation | Date/Tech
NEG □
POS □

## ANTIBODY IDENTIFICATION

**COMMENTS:** Donor is weak D positive

Rev by: _____

Date: _____

Unit Number  :  04 Y05029-3

```
------------------------------------------------------------------------------------
        Status : 3   Station : 4 Lab Results              Passin : 2
     Components : TRIPLE - PC25 - PLAT - RPF
Found in Unit File : Current                          DLY Code : 6
            SSN :   54123                                  ASA : N          HLA : N
Drawing Information : When : 10/16/1996 11:55 Where : 2   Unused Bags : 3   Expt / Bags : 3
      Blood Type : O ==                               Bagtype : 3      Mod. Flag :
   Anticoagulant : 5 = CPD - 1                         Volume : 0 ml
Cholesterol Results Mailed : N
 Antibody Screen : =         RPR (Syphilis) : =          HBsAg : =
            HIV :                Core : =                  ALT : =
            CMV :               HTLV-I : =          Cholesterol : 186
    ALT—Numeric :  12             HCV :                    3HCV : =
          HIV-2 :              HIV-1/2 : =          ABO-RH-DU : =
         HIVAg : =
  Quarantine Flag : Y                       Quarantine Reason : 10 Blood Type Descrepancy
 Station 1 Time Stamp : ID :   AFN 793 Date : 10/16/1996  Time : 13:52
Lab Results Time Stamp : ID :   TTN 1056 Date : 10/17/1996  Time : 00:57
====================================================================================
Product Code              84250 PCA5        12001 PLAT        19001 RPF
Found in Product File     Current           Current           Current
Where Made / Stored       Q / C             Q / C             Q / C
Volume                    0 ml              0 ml              235 ml
Status / Reason           1 / 0             1 / 0             1 / 0
ASA / CMV                 N /               N /               N /
    Unite Code            53                6                 0
    Logous Flag           0                 0                 0
Quarantine / Reason       Y / 10            Y / 10            Y / 10
Station2 ID               AFN 793           AFN 793           AFN 793
Station2 Date             10/16/1996 16:35  10/16/1996 16:36  10/16/1996 16:37
Labeling ID               ---  0            ---  0            ---  0
Labeling Date             00/00/0000 00:00  00/00/0000 00:00  00/00/0000 00:00
------------------------------------------------------------------------------------
  Product Status : 1 = Product Made at Station 2,     2 = Product Moved to Inventory,   6 = Assigned to Pool Bottle
  Codes Legend  : 7 = Pool Bottle Moved to Inventory.                                  9 = Discarded
====================================================================================
```

| Entered | Where Transaction | Dest. | Stat. | Rsn | Disposition | Discard | File | Quarantine |
|---|---|---|---|---|---|---|---|---|
| 10/00/00 00:00 | 0-1996-10-0169 C090 | 17 | 0 | AFN 10/15/96 21:11 | --- 00/00/00 00:00 | History | Y Blood Type |
| 00/00/00 00:00 | 0-1996-10-2106 C090 | 17 | 0 | VSC 10/17/96 04:51 | --- 00/00/00 00:00 | History | Y Blood Type |
| 00/00 00 00 | 0-1996-10-2171 C090 | 17 | 0 | AFN 10/15/96 21:25 | --- 00/00/00 00:00 | History | Y Blood Type |
| 00/00 00 00 | 0-1996-10-1087 C090 | 17 | 0 | VSC 10/17/96 00:00 | --- 00/00/00 00:00 | History | Y Blood Type |
| 00/00 00 00 | 0-1996-10-0071 C090 | 17 | 0 | AFN 10/15/96 13:55 | --- 00/00 00 00:00 | History | Y Blood Type |
| 00/00 00 00 | 0-1996-10-0107 C090 | 17 | 0 | VSC 10/17/96 00:00 | --- 00/00/00 00:00 | History | Y Blood Type |

```
------------------------------------------------------------------------------------
  ... Legend ...                    2 = Registered Inventory            4 = Changed to Another Component
  Trans Legend  : 5 = Peol on Shipped   9 = Discarded          10 = Product Clipped as a Discard
                 11 = Shipment Pending   12 = Replied from a Pending Shipment
------------------------------------------------------------------------------------
```

Mukasa000309

CH  Y056QC0-3

---

mm/dd/yy  hh:mm:ss.hh  Who  Type  Rslt  Updt   Description

---

Anti body
    10/16/96  22:57:10.24  1056       =  =  19961016225710241856N=  Updated as NEGATIVE

RPR
    10/16/96  22:57:10.29  1056       =  =  19961016225710291856N=  Updated as NEGATIVE

HBsAg
    10/15/96  22:55:01.27  700   C    =  =  8A03A2   6 1 22:37  Updated as NEGATIVE

Core
    10/16/96  23:15:40.67  700   C    =  =  CA0863   6 1 21:57  Updated as NEGATIVE

ALT
    10/16/96  23:44:17.42  806   C    =  =  3301  Updated as NEGATIVE

HTLV-I
    10/16/96  22:49:11.12  691   C    =  =  10/16/9620:55:01D2  Updated as NEGATIVE

Cholesterol
    10/16/96  23:44:17.42  806   C   186      3301  Result (numeric value) updated

    --Numeric
    10/16/96  23:44:17.42  806   C    12      3301  Result (numeric value) updated

HCV
    10/15/96  22:55:01.44  700   C    =  =  DC8562   6 1 22:07  Updated as NEGATIVE

HTLV-I/II
    10/15/96  22:48:14.71  691   C    =  =  10/16/9620:32:04C5  Updated as NEGATIVE

ABO-RH-DU
    12/17/96  20:09:43.41  1056  C   O  =  10/16/9600094341856N=   Updated as O =
    12/17/96  20:57:40.53  1056  C   O  =  10/16/96005743531856N=  Blood type (O =) previously entered

    ...
    12/15/96  22:55:01.55  700   C    =  =  C9020S   6 1 22:21  Updated as NEGATIVE

SN : 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-5
Name : Albert, Donna Marie
10793 SE 129th St.
Belleview                    FL  34420
(352) 288-3164
Clairson
(352) 351-6100  Ext :

DOB : 04/18/1957   Sex : F   Ethnic : 1   Blood Type : O +   CMV : = 06/07/96
Comment : +-------------------------------+   By : 676 on 07/34/96 at 14:05
           |SAU:no BC Du is very           |
           |weak 2-27-91 JHR BC525         |
           |INV 93-7                       |
           |                               |
           |                               |
           |                               |
           |                               |
           +-------------------------------+

| #  | Unit Number | Date     | Group  | Site   | Where | Credit | Type | Status        | Registration Date | ID  | Results Date | ID  |
|----|-------------|----------|--------|--------|-------|--------|------|---------------|-------------------|-----|--------------|-----|
| 1. | 01 Y55541-6 | 06/07/90 |        | 0185-7 | 0     | 1      | 1    | 3 Good        | 06/07/90          | 309 | 00/00/00     | 0   |
| 2. | 01 Y59412-8 | 01/16/91 | 0185-7 | 0185-7 | 0     | 3      | 1    | 3 Good        | 01/16/91          | 425 | 01/16/91     | 425 |
|    | 01 057563-9 | 10/12/91 | 0185-7 | 7007-9 | 1     | 3      | 1    | 3 Good        | 10/12/91          | 414 | 00/00/00     | 0   |
|    | 01 059071-1 | 02/25/92 |        | 7007-9 | 1     | 1      | 1    | 3 Good        | 02/25/92          | 309 | 00/00/00     | 0   |
| 5. | 01 061497-1 | 06/01/92 |        | 7007-9 | 1     | 1      | 1    | 3 Good        | 06/01/92          | 414 | 00/20/00     | 0   |
|    | 01 Y77536-8 | 11/24/92 | 0185-7 | 0185-7 | 0     | 3      | 1    | 3 Good        | 11/24/92          | 511 | 00/00/00     | 0   |
|    | 01 Y75144-8 | 02/03/93 |        | 0185-7 | 0     | 1      | 1    | 3 Good        | 02/03/93          | 511 | 00/00/00     | 0   |
|    | 01 Y77795-2 | 24/28/93 | 0185-7 | 0185-7 | 0     | 3      | 1    | 3 Good        | 24/28/93          | 511 | 00/00/00     | 0   |
|    | 01 063712-7 | 07/13/93 |        | 7007-9 | 1     | 1      | 1    | 3 Good        | 07/13/93          | 425 | 00/00/00     | 0   |
| 12.| 01 069555-7 | 09/24/93 |        | 7007-9 | 0     | 1      | 1    | 3 Good        | 09/24/93          | 222 | 00/00/00     | 0   |
|    | 01 Y73079-4 | 11/26/93 | 0183-4 | 0183-4 | 0     | 3      | 1    | 3 Good        | 11/26/93          | 343 | 00/00/00     | 0   |
| 12.| 01 Y94207-1 | 02/01/94 | 0185-7 | 0185-7 | 0     | 3      | 1    | 3 Good        | 02/01/94          | 222 | 00/00/00     | 0   |
|    | 01 Y96028-7 | 04/13/94 | 0185-7 | 0185-7 | 0     | 3      | 1    | 3 Good        | 04/13/94          | 425 | 00/00/00     | 0   |
|    | 01 074773-0 | 06/29/94 |        | 7007-9 | 0     | 1      | 1    | 3 Good        | 06/29/94          | 222 | 00/00/00     | 0   |
|    | 01 077076-3 | 09/06/94 |        | 7007-9 | 1     | 1      | 1    | 3 Good        | 09/06/94          | 222 | 00/00/00     | 0   |
|    | 01 Y00252-2 | 11/23/94 |        | 0185-7 | 0     | 0      | 0    | 3 Good        | 11/23/94          | 770 | 11/23/94     | 770 |

| :roplate | Sample No. | Pattern | Result | | Status | Comments |
|---|---|---|---|---|---|---|
| 341755 | Y 04554 | +- -R -+ | A | PENDING | | |
| 341755 | Y 05600 | +- +R -+ | A | POS | | |
| 341755 | Y 05601 | +- +R -+ | A | POS | | |
| 341755 | Y 05602 | +- +R -+ | A | POS | | |
| 341755 | Y 05603 | -+ +R +- | B | POS | | |
| 341755 | Y 05604 | -- +R ++ | O | POS | | |
| 341755 | Y 05606 | +- +R -+ | A | POS | | |
| 341755 | Y 05599 | -- -R ++ | O | PENDING | | |
| 341755 | Y 05610 | +- +R -+ | A | POS | | |
| 341755 | Y 05611 | +- -R -+ | A | PENDING | | |
| 341755 | Y 05612 | +- +R -+ | A | POS | | |
| 341755 | Y 05614 | -- +R ++ | O | POS | | |

| 341800 | Y 05615 | -- +R ++ | O | POS | | |
| 341800 | Y 05616 | -- +R ++ | O | POS | | |
| 341800 | Y 05618 | +- -R -+ | A | PENDING | | |
| 341800 | Y 05619 | +- +R -+ | A | POS | | |
| 341800 | Y 05620 | -- +R ++ | C | POS | | |
| 341800 | Y 05621 | -+ +R +- | B | POS | | |
| 341800 | Y 05623 | +- +R -+ | A | POS | | |
| 341800 | Y 05625 | +- +R -+ | A | POS | | |
| 341800 | Y 05627 | +- +R -+ | A | POS | | |
| 341800 | Y 05631 | -- +R ++ | O | POS | | |
| 341800 | Y 05633 | -- +R ++ | O | POS | | |
| 341800 | Y 05636 | -- +R -+ | A | POS | | |

| 341811 | Y 05637 | -- -R -+ | O | PENDING | | |
| 341811 | Y 05638 | +- +R -- | O | POS | | |
| 341811 | Y 05639 | -- +R ++ | O | POS | | |
| 341811 | Y 05640 | +- +R -+ | A | POS | | |
| 341811 | Y 05607 | -- +R ++ | C | POS | | |
| 341811 | Y 05628 | +- +R -+ | A | POS | | |

Mukasa000313

| ...ple No. | Anti D | D Ctrl | Du | AHG Ctrl | DAT | AHG Ctrl | Comments |
|-----------|--------|--------|----|----------|-----|----------|----------|
| ...29 | O | | O | ✓ | | | 10-16-96 Sam |
| ...5670 | O | | O | ✓ | | | |
| ...5677 | O | | O | ✓ | | | |

Mukasa000314

CLINTON PHYSICAL BLOOD CENTER, Inc.

Complete Unit Disposition Listing
By : McCullough, Rebecca J.

RUN DATE : 11/05/1996
RUN TIME : 14:23
PAGE # :    1

## Unit Number : 04 Y056229-3

```
              Status : D   Station : 0 V Lab Results)              Reason : 0
          Components : TRIPLE - PC35 - PLAT - RPF
    Blood In Unit File : History                        CLK Code : 5
                  SSN :   54123                              ABR : N        MLR : N
 Drawing Information : When : 10/15/1996 11:55 Where : 0    Unused Bags : 0    Empty Bags : 0
            Blood Type : O +                               Bagtype : 3    Mod. Flag :
        Anticoagulant : 5 = CP2 - 1                         Volume : 0 ml
  Current Results Mailed : Y
        Antibody Screen : =                RPR (Syphilis) : =              HBsAg : =
                  HIV :                      Core : =                       ALT : =
                  CMV :                    HTLV-I : =               Cholesterol : 186
        ALT--Numeric :   12                   HCV :                       BHCV : =
                HIV-2 :                   HIV-1/2 : =              GBO-RH-DU : =
                HIVAg : =
      Quarantine Flag : N              Quarantine Reason : 10 Blood Type Descrepancy
  Station 1 Time Stamp : ID :   AFM 793 Date : 10/16/1996  Time : 13:52
  Results Time Stamp : ID :     JAR 535 Date : 10/18/1996  Time : 09:47
```

```
Product Code             24250 PC25        12001 PLAT         19001 RPF
   in Product File        History           History           History
  e Made / Stored          O / C             O / C             O / C
  FP Quantity                 1                 0                 0
                           0 ml              0 ml             225 ml
    Reason                 2 / 0             9 / 59            2 / 0
    CMV                     N /               N /               N /
  Satellite Code             53                6                 0
  Shipout Flag                0                0                 0
  Quarantine / Reason      N / 10            N / 10            N / 10
    ID                     AFM 793           AFM 793           AFM 793
    Date              10/16/1996 16:35   10/16/1996 16:36  10/16/1996 16:37
    ID                     DMS 155            --- 0           AUTO 100
    Date              11/04/1996 12:24   00/00/0000 00:00  11/04/1996 18:14
    ID                     --- 0            BMB 383            --- 0
    Date              00/00/0000 00:00   10/23/1996 09:09  00/00/0000 00:00
  ents                                    product expired
```

```
Product Status  : 1 = Product Made at Station 2,      2 = Product Moved to Inventory,    5 = Assigned to Pool Bottle
Codes Legend    : 7 = Pool Bottle Moved to Inventory,                                    9 = Discarded
```

| Expires | Where Transaction | Dest. | Stat. | Rsn | Disposition | Discard | File | Quarantine |
|---|---|---|---|---|---|---|---|---|
| 11/27/96 23:59 | C  -  -  - | | 2 | 0 | DMS 11/24/96 12:24 | --- 00/00/00 00:00 | Current | N |
| 10/16/97 23:59 | C  -  -  - | | 2 | 0 | --- 00/00/00 00:00 | --- 00/00/00 00:00 | Current | N |
| 00/00/00 00:00 | C  0-1996-10-2129 CRBC | | 17 | 0 | AFM 10/15/96 21:11 | --- 00/00/00 00:00 | History | N |
| 00/00/00 00:00 | C  0-1996-10-2126 CRBC | | 17 | 0 | NSC 10/17/96 04:51 | --- 00/00/00 00:00 | History | N |
| 00/00/00 00:00 | c  0-1996-10-2171 CRBC | | 17 | 0 | AFM 10/15/96 21:55 | --- 00/00/00 00:00 | History | Y |
| 00/00/00 00:00 | C  0-1996-10-2083 CRBC | | 17 | 2 | NSC 10/17/96 00:03 | --- 00/00/00 00:00 | History | N |
| 00/00/00 00:00 | c  0-1996-10-017- CRBC | | 17 | 0 | AFM 10/15/96 13:55 | --- 00/00/00 00:00 | History | N |
| 00/00/00 00:00 | C  0-1996-10-2127 CRBC | | 17 | 0 | NSC 10/17/96 05:55 | --- 00/00/00 00:00 | History | N |

```
  Unit Status   : 1 = Pre-Days,               2 = Available Inventory,     4 = Changed to Another Product
  Codes Legend  : 5 = Product Shipped          9 = Discarded               10 = Product Shipped as a Discard
                  11 = Shipment Pending        12 = Recalled from a Pending Shipment
```

```
DSPOSE INFORMATION :
  Products : All Products      Status : 0 = Released       Reason : 10 Blood Type Descrepancy
  Quarantined By :    DMS 753 10/16/1996 23:37    Quarantine Comment : RH DESC.
```

Mukasa000315

1221 NW 13ᵗʰ Street
Gainesville, FL 32601

## Reportable Event Form

Location _____ OBC _____     Log Number: 1997-02-067

Reported By: _____     Date: _____

Completed By: _EdBunting_     Date: _2-14-97_

Unit Number: _04R08110-X_     Product: _____

Date Occurred: _2-10-97_     Date Discovered: _2-11-97_

Individuals involved: _Lab Tech (Sam Mukasa)_

Procedure Name: _TBG_

**TYPE**

❏ Technical    ❏ Computer
❏ Clerical    ❏ Other _____
❏ Labeling

**AREA**

❏ Donor Registration    ❏ Inventory/Shipping
❏ Laboratory    ❏ Donor Collection
❏ Components    ❏ Other

DESCRIPTION: _Could be a tech error inadequate resuspension_
_Unit #04R08110-X was typed by the TBG as AA a B positive -_
_Previous type Bnegative. After discovering discrepancy Tech edited TBG -_

ACTION TAKEN: _Unit was manually typed to confirm ABO/Rh type._
_Reviewed discrepancy with tech.   TBG To be monitored for_
_further discrepancies._

NEEDS TO BE COMPLETED: _____

FINAL DISPOSITION OF UNIT: _moved to inventory_

**ANALYSIS**

Was SOP followed?    Yes ❏    No ☑    If No, why not?

_____

What can be done to prevent re-occurrence?

_____

SEND COPIES TO: _____     _____

PERSONNEL INVOLVED AND NOTIFIED:

_Bill Lia-B_        _2/19/97_
Signature                    Date

_____        _____
Signature                    Date

Follow-up Completed by _____     Date _____

Reviewed by _____     Date _____



DEFENDANT'S 3
EXHIBIT NO. _____
FOR IDENTIFICATION
Mukasa
DATE: 5/1/08    RPTR: _____

Mukasa000080



results by adding a "Pending" and a "RH negative" comment to the sample on the IBG. Tech had resuspended the originally read IBG plate and manually observed. He determined that it was Rh negative thus entering the above comments.

The "pending" comment is given by IBG for all Rh negative samples because a final interpretation is not made until weak D testing has been performed. By adding the comment, "pending", The IBG reports appears as though even that the sample was "read" in by the IBG as "+" the "pending" comment still appears on the report.
                    Rh

Tech discarded the original print-out indicating type B Pos from reading reactions

Mukasa000081

Microplate   Sample ID   Pattern        Result        Status        Comments

Comment
entered by tech

Button
not fully resuspended
on microplate per tech.
EB
2-11-91
Retested manually
See attached.

Batch: GM021097   page: C

Mukasa000300

# CIVITAN REGIONAL BLOOD CENTER COMPATIBILITY TESTING RECORD

Name

Last _____  First _____  Middle _____  Hosp. _____

SSN # _____

CRBC Log **104208160-X**

| | Donor Number | ABO Rh | RETYPE | | | | Type | SPECIAL ANTIGEN | | | | | INTERP | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Anti A | Anti B | Anti A,B | A cells | B cells | | Anti | Anti | Anti | IS | IAT | CR | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |

## Cell Typing / Reverse Grouping / ABO/Rh Interpretation

| | Cell Typing | | | | Reverse Grouping | | ABO/Rh Interpretation | Date/Tech |
|---|---|---|---|---|---|---|---|---|
| | Anti A | Anti B | Anti D | D^U Cont | A Cells | B Cells | | |
| | 04 | 0 | 0 | 0 | 3+ | 0 | B NEG | |

## ANTIBODY SCREEN

| | LISS | | | Interpretation | Date/Tech |
|---|---|---|---|---|---|
| | IS | IAT | CR | NEG ☐  POS ☐ | |
| CELL 1 | | | | | |
| CELL 2 | | | | | |
| AUTO | | | | | |

## DIRECT ANTIGLOBULIN TEST

| Poly | Anti IgG | Anti C3 | Interpretation | Date/Tech |
|---|---|---|---|---|
| | | | NEG ☐  POS ☐ | |

## ANTIBODY IDENTIFICATION
COMMENTS:

Rev by: _____  Date _____

KEY TO SYMBOLS:
0 No hemolyze or

CRBC Form 409 6/92



N : 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-8

Name : Dickson, Belinda (Andelmo)
       14461 Southeast 98th Court
       Summerfield          FL   34491
       (352) 288-5994
Work : Wecare Nursing Center          n
       (352) 748-3322  Ext : 0000

*Previous donor B neg.*

DOB : 12/07/1962    Sex : F    Ethnic : 1    Blood Type : B ==    CMV : + 10/06/92

| # | Unit Number | Date | Group | Site | Where | Credit | Type | Status | Registration Date | ID | Results Date | ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01 Y67933-3 | 04/07/92 | | 7007-9 | 0 | 1 | -1 | 3 Good | 04/07/92 | 474 | 00/00/00 | 0 |
| 2. | 01 062600-X | 08/07/92 | | 7007-9 | 0 | 1 | 1 | 3 Good | 08/07/92 | 222 | 00/00/00 | 0 |
| 3. | 01 063266-3 | 10/06/92 | | 7007-9 | 0 | 1 | 1 | 3 Good | 10/06/92 | 222 | 00/00/00 | 0 |
| 4. | 01 064173-9 | 12/07/92 | | 7007-9 | 0 | 1 | 1 | 3 Good | 12/07/92 | 503 | 00/00/00 | 0 |
| 5. | 01 065992-7 | 02/11/93 | | 7007-9 | 0 | 1 | 1 | 3 Good | 02/11/93 | 343 | 00/00/00 | 0 |
| 6. | 01 067767-X | 04/13/93 | | 7007-9 | 0 | 1 | 1 | 3 Good | 04/13/93 | 222 | 00/00/00 | 0 |
| 7. | 01 W63510-7 | 06/04/93 | | 7007-9 | 0 | 1 | 2 | 3 Good | 06/04/93 | 367 | 00/00/00 | 0 |
| 8. | 01 069546-5 | 09/02/93 | | 7007-9 | 0 | 1 | 1 | 3 Good | 09/02/93 | 222 | 00/00/00 | 0 |
| 9. | 01 W66287-6 | 11/11/93 | | 7007-9 | 0 | 1 | 1 | 3 Good | 11/11/93 | 620 | 00/00/00 | 0 |
| 10. | 01 Y84996-5 | 02/24/94 | Q334-1 | Q334-1 | 0 | 3 | 1 | 3 Good | 02/24/94 | 378 | 00/00/00 | 0 |
| 11. | 01 075800-7 | 09/16/94 | | 7007-9 | 0 | 1 | 1 | 3 Good | 09/16/94 | 710 | 07/22/94 | 648 |
| 12. | 01 W76122-8 | 01/05/95 | | 7001-3 | 0 | 1 | 2 | 3 Good | 01/05/95 | 730 | 00/00/00 | 0 |
| | 31 Q82924-X | 03/05/95 | | 7007-9 | 0 | 1 | 1 | 3 Good | 05/05/95 | 681 | 11/07/91 | 304 |
| 14. | 04 W87242-1 | 12/15/95 | | 7007-9 | 0 | 1 | 2 | 3 Good | 12/15/95 | 857 | 00/00/00 | 0 |
| 15. | 04 N05629-5 | 02/12/96 | V173-6 | V173-6 | 0 | 3 | 1 | 11 Deferral 48 | 02/12/96 | 1019 | 02/12/96 | 1019 |
| 16. | 04 W14232-3 | 06/28/96 | | 7007-9 | 0 | 2 | 2 | 3 Good | 06/28/96 | 730 | 00/00/00 | 0 |
| 17. | 04 085008-3 | 07/05/96 | | 7007-9 | 0 | 2 | 1 | 9 Discarded | 07/05/96 | 681 | 07/05/96 | 681 |
| 18. | 04 085011-4 | 07/05/96 | | 7007-9 | 0 | 2 | 1 | 3 Good | 07/05/96 | 681 | 07/05/96 | 681 |
| 19. | 04 W14601-X | 09/05/96 | | 7007-9 | 0 | 1 | 2 | 3 Good | 09/06/96 | 681 | 00/00/00 | 0 |
| 20. | 04 W14753-9 | 10/04/96 | | 7007-9 | 0 | 1 | 2 | 3 Good | 10/04/96 | 343 | 00/00/00 | 0 |
| 21. | 04 W24039-0 | 01/31/97 | | 7007-9 | 0 | 1 | 2 | 3 Good | 01/31/97 | 1233 | 00/00/00 | 0 |
| 22. | 04 R08160-X | 02/09/97 | Q152-0 | Q152-0 | 0 | 3 | 1 | 3 Good | 02/09/97 | 498 | 00/00/00 | 0 |

Mukasa000302

REGIONAL BLOOD CENTER, Inc.

Listing of Decision Table Entries

RUN DATE: 02/14/1997
RUN TIME: 12:00
PAGE #:    1

04  R08160-X

| Test | mm/dd/yy | hh:mm:ss.hh | Who | Type | Rslt | Updt | Description |
|------|----------|-------------|-----|------|------|------|-------------|

**Antibody**
02/10/97 21:36:43.71 383 * = 199702102136437383 Updated as NEGATIVE

**RPR**
02/10/97 21:36:43.82 383 * = 199702102136438383 Updated as NEGATIVE

**HBsAg**
02/10/97 21:58:06.88 1056 C * = BH0010 C 9 21:57 Updated as NEGATIVE

**Core**
02/10/97 21:58:06.44 1056 C * = CR0366 C 9 21:22 Updated as NEGATIVE

**ALT**
02/10/97 20:28:09.35 1159 C * = 13717 Updated as NEGATIVE

**HTLV-I**
02/10/97 20:53:08.55 691 C * = 02/10/9719:31:33A3 Updated as NEGATIVE

**Cholesterol**
02/10/97 20:28:09.35 1159 C 178 13717 Result (numeric value) updated

**ALT--Numeric**
02/10/97 20:28:09.35 1159 C 33 13717 Result (numeric value) updated

**2HCV**
02/10/97 21:58:06.61 1056 C * = DC8410 C 9 21:38 Updated as NEGATIVE

**HIV-1/2**
02/10/97 20:33:04.41 691 C * = 02/10/9719:10:36A1 Updated as NEGATIVE

**ABO-RH-DU**
02/10/97 21:57:44.53 763 C B == 02/10/9721574453763 Updated as B =

**HIVAg**
02/10/97 21:58:06.72 1056 C * = JA0951 C 9 21:30 Updated as NEGATIVE

Mukasa000303

COMPLETE BLOOD CENTER, Inc.

Complete Unit Disposition Listing
By : Bunting, Elizabeth A.

RUN DATE : 02/14/1997
RUN TIME : 12:00
PAGE # : 1

# Unit Number : 04 R0816U-X

| | |
|---|---|
| Status : 3 Station 1 & Lab Results | Reason : 0 |
| Components : TRIPLE - PCR5 - PLAT - FFP | |
| Found In Unit File : History | CLX Code : 6 |
| SSN : 14283 | ASA : N    HLA : N |
| Drawing Information : When : 02/09/1997 11:04 Where : Q | Unused Bags : 0    Empty Bags : 0 |
| Blood Type : B == | Bagtype : 3    Mod. Flag : |
| Anticoagulant : 5 = CP0 - 1 | Volume : 0 ml |
| Cholesterol Results Mailed : N | |

| | | |
|---|---|---|
| Antibody Screen : = | RPR (Syphilis) : = | HBsAg : = |
| HIV : | Core : = | ALT : = |
| CMV : | HTLV-I : = | Cholesterol : 178 |
| ALT—Numeric : 33 | HCV : | 2HCV : = |
| HIV-2 : | HIV-1/2 : = | ABO-RH-DU : = |
| HIVAg : = | | |

| | |
|---|---|
| Station 1 Time Stamp : ID :    PJB 1168 Date : 02/09/1997 Time : 14:07 | |
| Lab Results Time Stamp : ID :    CAS1 700 Date : 02/10/1997 Time : 22:03 | |

| Product Code | 04250 PCR5 | 12001 PLAT | 18201 FFP |
|---|---|---|---|
| Found in Product File | History | History | History |
| Where Made / Stored | Q / C | Q / C | Q / C |
| XFFP Quantity | 1 | 1 | 1 |
| Volume | 0 ml | 0 ml | 200 ml |
| Status / Reason | 2 / 0 | 2 / 0 | 2 / 0 |
| ASA / CMV | N / | N / | N / |
| Satellite Code | 53 | 6 | 0 |
| Autologous Flag | 0 | 0 | 0 |
| Station2 ID | PJB 1168 | PJB 1168 | PJB 1168 |
| Station2 Date | 02/09/1997 15:52 | 02/09/1997 15:38 | 02/09/1997 15:46 |
| Labeling ID | BMB 388 | BMB 388 | BMB 388 |
| Labeling Date | 02/11/1997 08:23 | 02/11/1997 14:32 | 02/11/1997 09:39 |

Product Status : 1 = Product Made at Station 2,     2 = Product Moved to Inventory,     6 = Assigned to Pool Bottle
Codes Legend : 7 = Pool Bottle Moved to Inventory,     9 = Discarded

| Prod. Expires | Where Transaction | Dest. | Stat. | Rsn | Disposition | Discard | File | Quarantine |
|---|---|---|---|---|---|---|---|---|
| 04250 03/23/97 23:59 | L L-1997-02-0169 SVC88 | | 2 | 0 | MSD 02/12/97 08:45 | — 00/00/00 00:00 | Current | |
| 12001 02/14/97 23:59 | C - - - | | 2 | 0 | BMB 02/11/97 14:32 | — 00/00/00 00:00 | Current | |
| 18201 02/14/98 23:59 | C - - - | | 2 | 0 | BMB 02/11/97 09:39 | — 00/00/00 00:00 | Current | |
| 04250 00/00/00 00:00 | c Q-1997-02-0079 CR8C | | 17 | 0 | PJB 02/09/97 16:27 | — 00/00/00 00:00 | History | |
| 04250 00/00/00 00:00 | C C-1997-02-1251 CR8C | | 17 | 0 | ALH 02/11/97 04:40 | — 00/00/00 00:00 | History | |
| 04250 03/23/97 23:59 | C - - - | | 2 | 0 | BMB 02/11/97 08:23 | — 00/00/00 00:00 | History | |
| 04250 03/23/97 23:59 | 1 C-1997-02-1207 SVC88 | | 5 | 0 | TWE 02/11/97 17:01 | — 00/00/00 00:00 | History | |
| 12001 00/00/00 00:00 | c Q-1997-02-0075 CR8C | | 17 | 0 | PJB 02/09/97 16:30 | — 00/00/00 00:00 | History | |
| 12001 00/00/00 00:00 | C C-1997-02-1160 CR8C | | 17 | 0 | CAL1 02/10/97 16:35 | — 00/00/00 00:00 | History | |
| 18201 00/00/00 00:00 | c Q-1997-02-0074 CR8C | | 17 | 0 | PJB 02/09/97 16:31 | — 00/00/00 00:00 | History | |
| 18201 00/00/00 00:00 | C C-1997-02-1271 CR8C | | 17 | 0 | YLG 02/11/97 08:28 | — 00/00/00 00:00 | History | |

Inventory Status : 1 = Pre-Cryo     2 = Available Inventory     4 = Changed to Another Product
Codes Legend : 5 = Product Shipped     9 = Discarded     10 = Product Shipped as a Discard
11 = Shipment Pending     12 = Recalled from a Pending Shipment

Mukasa000304

# CIVITAN REGIONAL BLOOD CENTER, Inc.

Triplate Unit Disposition Listing  
By : Nikolajski, Rebecca J.

RUN DATE : 02/17/1997  
RUN TIME : 15:48  
PAGE # :

Number : 04 R0816D-4

---

Status : 3   Station 1 & Lab Results                         Reason : 0  
Components : TRIPLE - PCR5 - PLAT - FFP  
Found In Unit File : History                                 CLX Code : 6  
SSN :      14283                                             GSA : N          HLA : N  
Drawing Information : When : 02/09/1997 11:04 Where : Q      Unused Bags : 0    Empty Bags : 0  
Blood Type : B ==                                           Bagtype : 3       Mod. Flag :  
Anticoagulant : 5 = CPD - 1                                 Volume : 0 ml  
Abnorml Results Mailed : N  

Antibody Screen : =          RPR (Syphilis) : =             HBsAg : =  
HIV :                        Core : =                       ALT : =  
CMV :                        HTLV-I : =                     Cholesterol : 178  
ALT—Numeric : 33             HCV :                          2HCV : =  
HIV-2 :                      HIV-1/2 : =                    ABO-RH-DU : =  
HIVAg : =  

Station 1 Time Stamp : ID :   PJB 1168 Date : 02/09/1997 Time : 14:07  
Results Time Stamp : ID :     CAS1 700 Date : 02/10/1997 Time : 22:03  

===================================================================================

| | 04250 PCR5 | 12001 PLAT | 18201 FFP |
|---|---|---|---|
| duct Code | 04250 PCR5 | 12001 PLAT | 18201 FFP |
| nd in Product File | History | History | History |
| re Made / Stored | Q / C | Q / C | Q / C |
| Quantity | 1 | 1 | 1 |
| | 0 ml | 0 ml | 200 ml |
| bu. / Reason | 2 / 0 | 2 / 0 | 2 / 0 |
| CMV | N / | N / | N / |
| ellibe Code | 53 | 5 | 0 |
| ologous Flag | 0 | 0 | 0 |
| tion2 ID | PJB 1168 | PJB 1168 | PJB 1168 |
| tion2 Date | 02/09/1997 15:52 | 02/09/1997 15:38 | 02/09/1997 15:46 |
| ling ID | BMB 388 | BMB 388 | BMB 388 |
| ling Date | 02/11/1997 08:23 | 02/11/1997 14:32 | 02/11/1997 09:39 |

rduct Status : 1 = Product Made at Station 2,   2 = Product Moved to Inventory,   6 = Assigned to Pool Bottle  
odes Legend  : 7 = Pool Bottle Moved to Inventory,                              9 = Discarded

===================================================================================

| Expires | Where Transaction | Dest. | Stat. | Rsn | Disposition | Discard | File | Quarantine |
|---|---|---|---|---|---|---|---|---|
| 03/10/97 23:59 | J J-1997-03-0211 ATL | | 2 | 0 | LSB 03/07/97 20:45 | --- 00/00/00 00:00 | Current | |
| 02/09/98 23:59 | C - - - | | 2 | 0 | BMB 02/11/97 09:39 | --- 00/00/00 00:00 | Current | |
| 03/10/00 00:00 | c G-1997-02-0079 CRBC | | 17 | 0 | PJB 02/09/97 16:27 | --- 00/00/00 00:00 | History | |
| 00/00/00 00:00 | C C-1997-02-1251 CRBC | | 17 | 0 | ALW 02/11/97 04:40 | --- 00/00/00 00:00 | History | |
| 03/10/97 23:59 | C - - - | | 2 | 0 | BMB 02/11/97 08:23 | --- 00/00/00 00:00 | History | |
| 03/10/97 23:59 | 1 C-1997-02-1287 SVCBB | | 5 | 0 | TME 02/11/97 17:01 | --- 00/00/00 00:00 | History | |
| 02/10/97 23:59 | L L-1997-02-0169 SVCBB | | 2 | 0 | MSD 02/12/97 08:45 | --- 00/00/00 00:00 | History | |
| 03/10/97 23:59 | c L-1997-03-0029 CRBC | | 5 | 0 | MSD 03/03/97 18:11 | --- 00/00/00 00:00 | History | |
| 03/10/97 23:59 | C C-1997-03-0252 CRBC | | 2 | 0 | TME 02/03/97 21:26 | --- 00/00/00 00:00 | History | |
| 03/10/97 23:59 | j C-1997-02-0937 ATL | | 5 | 0 | LIV 03/07/97 12:13 | --- 00/00/00 00:00 | History | |
| 02/10/00 00:00 | c G-1997-03-0075 CRBC | | 17 | 0 | EJS 02/09/97 16:20 | --- 00/00/00 00:00 | History | |
| 02/20/00 00:00 | C C-1997-02-1150 CRBC | | 17 | 0 | CAL1 02/10/97 16:55 | --- 00/00/00 00:00 | History | |
| 03/10/97 23:59 | C - - - | | 2 | 0 | BMB 02/11/97 14:32 | --- 00/00/00 00:00 | History | |
| 02/14/97 23:59 | C - - - | | 4 | 1100 | ALW 02/17/97 07:26 | --- 00/00/00 00:00 | History | N |
| 00/00/00 00:00 | c G-1997-02-0074 CRBC | | 17 | 0 | PJB 02/09/97 16:31 | --- 00/00/00 00:00 | History | |
| 02/20/00 00:00 | C C-1997-02-1271 CRBC | | 17 | 0 | MLG 02/11/97 08:18 | --- 00/00/00 00:00 | History | |
| 02/14/97 23:59 | C - - - | | 3 | 61 | ALW 02/17/97 07:08 | ALW 23 04/97 04:00 | History N | |
| 02/14/97 23:59 | 4 C-1997-02-2135 AUTO | | 11 | 3 | MLG 02/13/97 10:05 | ALW 23 04/97 04:00 | History | N |
| 02/14/97 23:59 | c C-1997-02-2135 AUTO | | 3 | 3 | TME 02/13/97 07:02 | --- 00/00/00 04:00 | History | N |

Mukasa000305

Mukasa000306

**Reportable Event Form**

Location _____ CRBC _____          Log Number: _1997-02-068_ -

Reported By: _____          Date: _____

Completed By: _EHBinting_          Date: _2-14-97_

Unit Number: _04P05754-7_          Product: _RPF, Plat, PC_

Date Occurred: _2-11-97_          Date Discovered: _2-13-97_

Individuals involved: _____Laboratory (Sam Mukasa)_____

Procedure Name: _____IB6_____

TYPE
☑ Technical     ☐ Computer
☐ Clerical      ☐ Other _____
☐ Labeling

AREA
☐ Donor Registration     ☐ Inventory/Shipping
☑ Laboratory            ☐ Donor Collection
☐ Components            ☐ Other _____

DESCRIPTION: _Unit #04P05754-7 was typed by the IB6 as an O Positive - Previous blood type O neg. After manual typing - Tech deleted the sample →_

ACTION TAKEN: _Tech repeated the type manually and confirmed ABO/Rh as an O negative. Reviewed discrepancy with tech and proper procedure for discrepant results._

NEEDS TO BE COMPLETED: _To be monitored for further Ata. Computer problem report submitted. Correction of discrepancies._ _Decision table Entry of ABO/Rh._

FINAL DISPOSITION OF UNIT: _released to inventory._

ANALYSIS
Was SOP followed? IB6 Yes ☐   No ☑   If No, why not? _Original typing results should not be deleted from the processing runs so performance of the typing machine may be monitored. (blood)_

What can be done to prevent re-occurrence? _____

_____

_____

SEND COPIES TO: _____          _____

_____          _____

PERSONNEL INVOLVED AND NOTIFIED: _____

_Bill ___ _          _2/14/97_
Signature          Date

_____          _____
Signature          Date

Follow-up Completed by _____          Date _____

Reviewed by _____          Date _____

DEFENDANT'S
EXHIBIT NO. 4
FOR IDENTIFICATION
Mukasa
DATE: 5/1/00   RPTR: JCD

Mukasa000082

number from the plate, but did not delete the sample from the batch, thus the O Positive blood type was transferred to CRBUS. (He had previously entered the manual typing results using manual ABO/Rh entry.)

The Tech should not have deleted the sample from the IB6 testing run, and notified supervisory personnel of the discrepancy prior to completing the run.

Mukasa000083

Mukasa000288

---

Date/Time Transaction Who Tube Result User Description

---

02/11/97 11:24:13.75 1056 = = 1997021210433751056A= Updated as NEGATIVE

02/11/97 11:24:25.58 1056 = = 1997021210423501056A= Updated as NEGATIVE

02/11/97 22:15:52.51 383 C = = 3H0015 0 5 13:18 Updated as NEGATIVE

02/11/97 22:15:30.17 383 C = = CAO371 0 5 21:36 Updated as NEGATIVE

02/11/97 21:39:58.93 806 C = = 14135 Updated as NEGATIVE

02/11/97 11:30:13.51 326 C = = 02/11/9713:52:25J5 Updated as NEGATIVE

02/11/97 21:05:36.52 1159 C = = 02/11/9719:29:53A3 Updated as NEGATIVE

( lesterol )
02/11/97 21:39:38.93 806 C 178 14135 Result (numeric value) updated

Auto-Chemistry
02/11/97 21:29:38.93 806 C 26 14135 Result (numeric value) updated

02/11/97 22:15:30.54 383 C = = DC0415 0 5 21:55 Updated as NEGATIVE

02/11/97 20:57:44.49 1159 C = = 02/11/9719:07:16A1 Updated as NEGATIVE

Blood Group
02/11/97 11:55:03.58 763 O == 1997021210550038763 Updated as O =
02/11/97 11:55:12.55 763 O == 1997021210550155763 Blood type O = previously entered
02/11/97 13:23:05.14 763 O O = 02/11/9713320504763 Blood type mismatch - NOTIFY SUPERVISOR

02/11/97 22:15:30.45 383 C = = CA0455 0 5 21:48 Updated as NEGATIVE

Mukasa000289

05/05/1954   Sex : M   Ethnic : 1   Blood Type : O #

| # | Unit Number | Date | Group | Site | Where | Credit | Type | Status | Registration Date | ID | Results Date | ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01-43048-1 | 07/25/93 | PRES-4 | PRES-4 | 0 | 3 | 1 | 3 Good | 07/25/93 | 577 | 00/00/00 | 0 |
| 2. | 01-67018-0 | 04/27/94 | PRES-4 | PRES-4 | 0 | 3 | 1 | 3 Good | 04/27/94 | 577 | 00/00/00 | 0 |
| 3. | 02-54755-9 | 02/02/95 | | 2008-0 | 1 | 1 | 1 | 3 Good | 02/02/95 | 554 | 00/00/00 | 0 |
| 4. | 04-28573-7 | 11/15/95 | | 2008-0 | 1 | 1 | 1 | 3 Good | 11/15/95 | 588 | 00/00/00 | 0 |
| 5. | 04-28053-5 | 08/12/96 | | PRES-4 | 0 | 3 | 1 | 3 Good | 08/12/96 | 1033 | 00/00/00 | 0 |
| 6. | 04-08927-6 | 12/14/96 | PRES-4 | PRES-4 | 0 | 3 | 1 | 3 Good | 12/14/96 | 914 | 00/00/00 | 0 |
| 7. | 04-05754-7 | 02/10/97 | | PRES-4 | 0 | 1 | 1 | 3 Good | 02/10/97 | 577 | 00/00/00 | 0 |

Mukasa000290

# CIVITAN REGIONAL BLOOD CENTER COMPATIBILITY TESTING RECORD

Name: Last ___ First ___ Middle ___ Hosp ___

SSN # ___ CRBC Log # P06754-7

| Com pleted | Exp Date | Donor Number | | AB/Rh | Anti A | Anti B | Anti A,B | Du | RETYPE A Cells | B Cells | Type Rh |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | | | | | | | | | |
| | | 2 | | | | | | | | | |
| | | 3 | | | | | | | | | |
| | | 4 | | | | | | | | | |
| | | 5 | | | | | | | | | |
| | | 6 | | | | | | | | | |
| | | 7 | | | | | | | | | |
| | | 8 | | | | | | | | | |

## Cell Typing

| Anti A | Anti B | Anti A,B | Rh D | Du | Du Con Cells | Rs Con Cells | Reverse Grouping | ABO/Rh Interpretation | Date/Tech |
|---|---|---|---|---|---|---|---|---|---|
| 100 | 000 | 03 | 3+ | 3+ | | | | O neg | |

Enered Results wrong as R+I+.
Manually entered.

| SPECIAL ANTIGEN | Anti | Anti | Anti | Anti | LISS 37c | IAT | CK | INTERP | Tech / Date |
|---|---|---|---|---|---|---|---|---|---|

INTERP: R4+.

### KEY TO SYMBOLS
O No Hemolysis or Agglutination
H Hemolysis
H Hemolysis
+ Complete Control
C Clot / Agglutination
M Microscopic
S Weak Reaction
S Strong Reaction
I Site s
subsequent length of Agglutination
Abbreviations
Control
LISS Saline Indirect
IAT Indirect Anti Test
CK Cell Control
W Weak
Pos Positive
Neg Negative
See Daily QC Sheet
For Reagent Lot No.s
Exp Date

## ANTIBODY SCREEN

| | LISS 37c | IAT | CK |
|---|---|---|---|
| CELL 1 | | | |
| CELL 2 | | | |
| AUTO | | | |

## DIRECT ANTIGLOBULIN TEST

| Poly | Anti IgG | Anti C3 | Interpretation | Date/Tech |
|---|---|---|---|---|
| | | | NEG ☐ | |
| | | | POS ☐ | |

NEG ☐
POS ☐
Interpretation / Date/Tech

## ANTIBODY IDENTIFICATION
### COMMENTS

Rev by. ___ Date ___

Mukasa000292

1    75-17 482-9--0L    D == Updated to D =
2   13575-17 430-9--0L    D == Blood type  D =. previously entered

Mukasa000293

| # Number | Test | Result |
|---|---|---|
| ?? ??-???-? | ABO-RH-DU | A + Updated as A + |
| ?? ??????-? | ABO-RH-DU | ? + Updated as A + |
| ?? ??????-? | ABO-RH-DU | ? + Updated as A + |
| ?? M99717-4 | ABO-RH-DU | A == Updated as A = |
| 04 M99718-2 | ABO-RH-DU | A + Updated as A + |
| ?? M99069-8 | ABO-RH-DU | AB+ Updated as AB+ |
| 04 M99070-5 | ABO-RH-DU | A + Updated as A + |
| ?? M99071-7 | ABO-RH-DU | AB+ Updated as AB+ |
| ?? M99073-2 | ABO-RH-DU | A + Updated as A + |
| ?? M99074-7 | ABO-RH-DU | A == Updated as A = |
| 04 M99075-4 | ABO-RH-DU | O + Updated as O + |
| ?? M99607-2 | ABO-RH-DU | O + Updated as O + |
| ?? M99509-? | ABO-RH-DU | O + Updated as O + |
| 04 M99510-7 | ABO-RH-DU | A + Updated as A + |
| 04 M99511-5 | ABO-RH-DU | O + Updated as O + |
| ?? M99612-0 | ABO-RH-DU | A + Updated as A + |
| ?? M99613-2 | ABO-RH-DU | O + Updated as B + |
| ?? M99614-4 | ABO-RH-DU | O + Updated as O + |
| ?? M??16-? | ABO-RH-DU | A == Updated as A = |
| ?? M??18-3 | ABO-RH-DU | A + Updated as A + |
| ?? M99517-? | ABO-RH-DU | O + Updated as O + |
| ?? M99519-3 | ABO-RH-DU | O + Updated as O + |
| ?? M???01-7 | ABO-RH-DU | O + Updated as O + |
| ?? M9?997-8 | ABO-RH-DU | O + Updated as O + |
| ?? M?8??3-? | ABO-RH-DU | A + Updated as A + |
| ?? M8?8?9-0 | ABO-RH-DU | AB+ Updated as AB+ |
| ?? ????104-? | ABO-RH-DU | O + Updated as O + |
| ?? ??97??-? | ABO-RH-DU | O + Updated as O + |
| ?? ??97??-3 | ABO-RH-DU | O + Updated as O + |
| ?? ??97??-? | ABO-RH-DU | O == Updated as O = |
| ?? ??????-? | ABO-RH-DU | O + Blood Type Discrepancy -  | ***Entered wrong Rh as positive.*** |
| ?? ??9?55-? | ABO-RH-DU | A + Updated as A + |
| ?? ??????-? | ABO-RH-DU | A + Updated as A + |
| ?? ?????-? | ABO-RH-DU | O + Updated as O + |
| ?? ??9?-? | ABO-RH-DU | O + Updated as O + |
| ?? ?????-? | ABO-RH-DU | O + Updated as O + |
| ?? ?????-? | ABO-RH-DU | ? + Updated as ? + |
| ?? ?????-? | ABO-RH-DU | ? + Updated as ? + |
| ?? ??9183-9 | ABO-RH-DU | O == Updated as A = |
| ?? ??9??-? | ABO-RH-DU | O + Updated as O + |
| ?? ??9?5-? | ABO-RH-DU | O + Updated as O + |
| ?? ??9705-? | ABO-RH-DU | AB+ Updated as AB+ |
| ?? ??9?7-8 | ABO-RH-DU | A + Updated as A + |
| ?? ??9??-? | ABO-RH-DU | O + Updated as O + |
| ?? ??9?0-? | ABO-RH-DU | A + Updated as A + |
| ?? ??9??-? | ABO-RH-DU | A + Updated as A + |
| ?? ??9??-0 | ABO-RH-DU | B + Updated as B + |
| ?? ?????-? | ABO-RH-DU | A + Updated as A + |
| ?? ?9?707?-0 | ABO-RH-DU | B + Updated as B + |
| ?? ??9?71-8 | ABO-RH-DU | B + Updated as O + |
| ?? ??9?72-4 | ABO-RH-DU | O + Updated as O + |
| ?? ??9?7?-? | ABO-RH-DU | A + Updated as O + |

Mukasa000294

Results in microplate order.                    batch:- SM021197    page:- 4

| Microplate | Sample No. | Pattern | Result | Status | Comments |
|---|---|---|---|---|---|

Handwritten: *11 samples*
*PositO deleted*

Mukasa000295



*printed in AM.*
*2-12-97*
*Sample not deleted*
*from batch*

Mukasa000296

# CIVITAN REGIONAL BLOOD CENTER, Inc.

Unit Number = 04 F05784-7

---

```
                    Status : 3  Station 1 & Lab Results          Reason : 0
                Components : TRIPLE - PC  - PLAT - RPF
       Found In Unit File : Current                           CLT Code : 6
                       SSN :   52390                             ASA : N         HLA : N
       Drawing Information : When : 02/10/1997 13:35 Where : 0  Unused Bags : 0    Empty Bags : 0
                Blood Type : O =                               Bagtype : 3    Mod. Flag :
             Anticoagulant : 6 = CPDA - 1                       Volume : 0 ml
     Lasterol Results Mailed : Y
           Antibody Screen : =           RPR (Syphilis) : =          HBsAg : =
                       HIV :                    Core : =              ALT : =
                       CMV : =               HTLV-I : =        Cholesterol : 178
               ALT-Numeric : 26                  HCV :                2HCV : =
                     HIV-2 : =              HIV-1/2 : =          ABO-RH-DU : +
                     HIVAg : =
            Quarantine Flag : N                       Quarantine Reason : 10 Blood Type Descrepancy
    Station 1 Time Stamp : ID :   HPD 914 Date : 02/10/1997 Time : 15:57
    Results Time Stamp : ID :   SHM 763 Date : 02/11/1997 Time : 22:22
```

---

| | 84060 PC | 12001 PLAT | 19001 RPF |
|---|---|---|---|
| duct Code | 84060 PC | 12001 PLAT | 19001 RPF |
| nd in Product File | Current | Current | Current |
| ere Made / Stored | P / C | P / C | P / P |
| r | 0 ml | -0 ml | 128 ml |
| st . Reason | 1 / 0 | 9 / 59 | 1 / 0 |
| - / CMV | N / = | N / = | N / = |
| allite Code | 63 | 6 | 0 |
| ologous Flag | 0 | 0 | 0 |
| rantine / Reason | N / 10 | N / 10 | N / 10 |
| tion2 ID | HPD 914 | HPD 914 | HPD 914 |
| tion2 Date | 02/10/1997 16:52 | 02/10/1997 16:50 | 02/10/1997 16:53 |
| eling ID | — 0 | — 0 | — 0 |
| eling Date | 00/00/0000 00:00 | 00/00/0000 00:00 | 00/00/0000 00:00 |
| card ID | — 0 | BMB 388 | — 0 |
| card Date | 00/00/0000 00:00 | 02/19/1997 09:33 | 00/00/0000 00:00 |
| ents | | product expired | |

```
 Product Status  : 1 = Product Made at Station 2,      2 = Product Moved to Inventory,    6 = Assigned to Pool Bottle
 Codes Legend    : 7 = Pool Bottle Moved to Inventory.                                    9 = Discarded
```

---

| . Expires | Where Transaction | Dest. | Stat. | Rsn | Disposition | Discard | | File | Quarantine |
|---|---|---|---|---|---|---|---|---|---|
| 0 00/00/00 00:00 | c P-1997-02-0122 CRBC | 17 | 0 | TLS1 02/11/97 14:36 | --- 00/00/00 00:00 | | History | N |
| 0 00/00/00 00:00 | C C-1997-02-1335 CRBC | 17 | 0 | CAL1 02/11/97 17:02 | --- 00/00/00 00:00 | | History | N |
| 0 00/00/00 00:00 | c P-1997-02-0123 CRBC | 17 | 0 | TLS1 02/11/97 14:43 | --- 00/00/00 00:00 | | History | N |
| 0 00/00/00 00:00 | C C-1997-02-1334 CRBC | 17 | 0 | TWE 02/11/97 15:49 | --- 00/00/00 00:00 | | History | N |

```
 Inventory Status  : 1 = Pre-Cryo            2 = Available Inventory        4 = Changed to Another Product
 Codes Legend      : 5 = Product Shipped      9 = Discarded                  10 = Product Shipped as a Discard
                     11 = Shipment Pending    12 = Recalled from a Pending Shipment
```

---

```
 R   E INFORMATION :
 Products  : All Products       Status : 2 = Released      Reason : 10 Blood Type Descrepancy
 Quarantined By :    SHM 763 02/11/1997 22:55      Quarantine Comment : PBO DISCP.
   Released By :     BMB 399 02/20/1997 16:32        Release Comment : b o discrpt resolved
```

---

Mukasa000297

Gainesville, FL 32601

**Reportable Event Form**

Location: _CRBC_

Reported By: _Jack Noel_

Completed By: _Jack Noel_

Log Number: _1997-03-031_

Date: _3/7/17_

Date: _3/7/97_

*(handwritten margin, top right):* Talk with Sam Mukasa / Please see note on back → /04250 (R)

Unit Number:
| 04 R 18487 ☒ | 04 R 18498 ☒ | 04 M 73247 ☒ | 04 M 73326 ☒ |
| 04 R 18489 ☒ | 04 M 73246 ☒ | 04 R 18494 ☒ | 04 R 18486 ☒ |

Date Occurred: _3/6/97_

Individuals Involved: _SHM_

Procedure Name: _LABELING_

Date Discovered:

**TYPE**

Technical
~~Clerical~~
(Labeling)
Computer
Other _____

**AREA**

~~Donor Registration~~
(Laboratory)
Components
Inventory/Shipping
Donor Collection
Other _____

DESCRIPTION: _P RBCS found in distribution inventory refrigerator expiration date is "cert ??", 17 Apr 1997 appear as 7 Apr 1997, etc._

ACTION TAKEN: _Computer Problem Report written for relabeling. Attempted first to re-label → unit record is in history file - "you may not relabel" resulted. Units are in MIS problem bin in refrigerator #10._

__S TO BE COMPLETED: _All RBC in inventory were checked, as well as platelets & TCP. Unknown whether any product were shipped out unnoticed._

FINAL DISPOSITION OF UNIT:

**ANALYSIS**

Was SOP followed? YES (NO) If NO, why not? _Label alignment was not checked before proceeding to labeling RBCs._

What can be done to prevent re-occurrence? _Follow SOP._

SEND COPIES TO: _Liz Bunting, PJP, JTN_

PERSONNEL INVOLVED AND NOTIFIED:

| Signature | Date |
|-----------|------|
|           |      |
|           |      |

Follow-up Completed by _____ Date _____

Reviewed by _____ Date _____



**DEFENDANT'S**
EXHIBIT NO. _5_
FOR IDENTIFICATION
_Mukasa_
DATE: _5/1/00_ RPTR: _SW_

Mukasa000190

Talked with Tech involved (Sam Mukasa) on 3-10 97. He indicated that he originally followed SOP by aligning the printer at the beginning of Labeling. During the course of the Labeling process, The alignment "moved" causing the discrepancy in the Expiration date. He did not notice the problem until the alignment was such that the barcode portion of the label was affected and the computer would not accept the Label expiration date. He checked the alignment of the labels again to correct the problem, however he did not check the units that were Labeled prior to noticing the problem.

℘ 3-11-97

# CIVITAN REGIONAL BLOOD CENTER, INC
Gainesville, FL
## COMPUTER PROBLEM REPORT

| Reported by: _Jack Neel_ | Date: _3/7/97_ |
|---|---|
| Computer In Use: _labeling_ | Return Code: |

Program In Use: _LABELING_

Summary/Error Message: _"Unit record is in history file - you may not relabel unit"_

Description: _8 RBC - 04R18487-0, 04R18498-6, 04M73247-6 04M73326+4 04R18489-4 04M73246-4, 04R18494-9 04R18486A/ 04250 have "cut off" expiration dates. 17 April 1997 appears as 7 April 1997. Units are in computer problem bin in #10 unprocessed refrigerator._

_Needs correction today - Thanks, Jack N_

---

**** FOR MIS DEPT USE   DO NOT WRITE BELOW THIS LINE ****

| Sequence Number: | Problem Type: U / S / H |
|---|---|

Resolution:

UnResolvable:

| Date | Status | Who Assigned |
|---|---|---|

| Branch: | Dept: | Time : |
|---|---|---|

Mukasa000276

CIVITAN REGIONAL BLOOD CENTER, Inc.

Complete Unit Disposition Listing
By : Neel, Jack T.

RUN DATE : 03/07/1997
RUN TIME : 13:08
PAGE # :    1

Unit  Number  =  04  R18487-0

---

|  |  |  |
|---|---|---|
| Status : 3  Station 1 & Lab Results | | Reason : 0 |
| Components : TRIPLE - PCRS - PLAT - FFP | | |
| Found In Unit File : Current | | CLI Code : 6 |
| SSN : 62031 | | ASA : N        HLA : N |
| Drawing Information : When : 03/06/1997 11:14 Where : C | | Unused Bags : 0    Empty Bags : 0 |
| Blood Type : 0 + | | Bagtype : 3      Mod. Flag : |
| Anticoagulant : 5 = CPD - 1 | | Volume : 0 ml |
| Cholesterol Results Mailed : N | | |
| Antibody Screen : = | RPR (Syphilis) : = | HBsAg : = |
| HIV : | Core : = | ALT : = |
| CMV : | HTLV-I : = | Cholesterol : 201 |
| ALT—Numeric : 24 | HCV : | 2HCV : = |
| HIV-2 : | HIV-1/2 : = | ABO-RH-DU : = |
| HIVAg : = | | |

Station 1 Time Stamp :  ID :    AET 1188 Date : 03/06/1997  Time : 14:38
Lab Results Time Stamp :  ID :   JNK1 1159 Date : 03/06/1997  Time : 22:47

---

| Product Code | 04250 PCRS | 12001 PLAT | 18201 FFP |
|---|---|---|---|
| Found in Product File | Current | Current | Current |
| Where Made / Stored | C / C | C / C | C / C |
| IFFP Quantity | 1 | 1 | 0 |
| Volume | 0 ml | 0 ml | 198 ml |
| Status / Reason | 2 /  0 | 2 /  0 | 1 /  0 |
| ASA / CMV | N / | N / | N / |
| Satellite Code | 53 | 6 | 0 |
| Autologous Flag | 0 | 0 | 0 |
| Station2 ID | VAC 612 | VAC 612 | VAC 612 |
| Station2 Date | 03/06/1997 15:45 | 03/06/1997 15:42 | 03/06/1997 15:44 |
| Labeling ID | SHM 763 | VM1 443 | —  0 |
| Labeling Date | 03/06/1997 23:25 | 03/07/1997 00:03 | 00/00/0000 00:00 |

Product Status  : 1 = Product Made at Station 2,      2 = Product Moved to Inventory,      6 = Assigned to Pool Bottle
Codes Legend   : 7 = Pool Bottle Moved to Inventory,                                  9 = Discarded

---

| Prod. Expires | Where | Transaction — Dest. | Stat. | Rsn | Disposition | Discard | File | Quarantine |
|---|---|---|---|---|---|---|---|---|
| 04250 04/17/97 23:59 | C - | - - | 2 | 0 | SHM 03/06/97 23:25 | — 00/00/00 00:00 | Current | |
| 12001 03/11/97 23:59 | C - | - - | 2 | 0 | VM1 03/07/97 00:03 | — 00/00/00 00:00 | Current | |

Inventory Status : 1 = Pre-Cryo          2 = Available Inventory       4 = Changed to Another Product
Codes Legend   : 5 = Product Shipped     9 = Discarded               10 = Product Shipped as a Discard
                 11 = Shipment Pending   12 = Recalled from a Pending Shipment

Mukasa000277

# CIVITAN REGIONAL BLOOD CENTER, Inc.

Complete Unit Disposition Listing
By : Neel, Jack T.

RUN DATE : 03/07/1997
RUN TIME : 13:08
PAGE # :     1

# Unit Number = 04 R18489-4

| | | | |
|---|---|---|---|
| Status : 3   Station 1 & Lab Results | | Reason : 0 | |
| Components : TRIPLE - PCRS - PLAT - RPF | | | |
| Found In Unit File : History | | CLI Code : 6 | |
| SSN : 54123 | | RSA : N | HLA : N |
| Drawing Information : When : 03/06/1997 11:36 Where : C | | Unused Bags : 0   Empty Bags : 0 | |
| Blood Type : A + | | Bagtype : 3   Mod. Flag : | |
| Anticoagulant : 5 = CPD - 1 | | Volume : 0 ml | |
| Cholesterol Results Mailed : N | | | |
| Antibody Screen : = | RPR (Syphilis) : = | HBsAg : = | |
| HIV : | Core : = | ALT : = | |
| CMV : | HTLV-I : = | Cholesterol : 214 | |
| ALT-Numeric : 13 | HCV : | 2HCV : = | |
| HIV-2 : | HIV-1/2 : = | ABO-RH-DU : = | |
| HIVAg : = | | | |
| Station 1 Time Stamp : ID : QEI 1108 Date : 03/06/1997 Time : 14:40 | | | |
| Lab Results Time Stamp : ID : JMKI 1459 Date : 03/06/1997 Time : 22:47 | | | |

| Product Code | 04250 PCRS | 12001 PLAT | 19001 RPF |
|---|---|---|---|
| Found in Product File | History | History | History |
| Where Made / Stored | C / C | C / C | C / C |
| IFFP Quantity | 1 | 1 | 0 |
| 'ume | 0 ml | 0 ml | 185 ml |
| status / Reason | 2 / 0 | 2 / 0 | 2 / 0 |
| RSA / CMV | N / | N / | N / |
| Satellite Code | 53 | 6 | 0 |
| Autologous Flag | 0 | 0 | 0 |
| Station2 ID | VRC 612 | VRC 612 | VRC 612 |
| Station2 Date | 03/06/1997 15:46 | 03/06/1997 15:42 | 03/06/1997 15:49 |
| Labeling ID | SHM 763 | VM1 443 | AUTO 100 |
| Labeling Date | 03/06/1997 23:22 | 03/07/1997 00:04 | 03/07/1997 02:11 |

Product Status  : 1 = Product Made at Station 2,        2 = Product Moved to Inventory,      6 = Assigned to Pool Bottle
Codes Legend    : 7 = Pool Bottle Moved to Inventory,                                        9 = Discarded

| Prod. Expires | Where | Transaction | Dest. | Stat. | Rsn | Disposition | Discard | File | Quarantine |
|---|---|---|---|---|---|---|---|---|---|
| 04250 04/17/97 23:59 | C - | - - | | 2 | 0 | SHM 03/06/97 23:22 | — 00/00/00 00:00 | Current | |
| 12001 03/11/97 23:59 | C - | - - | | 2 | 0 | VM1 03/07/97 00:04 | — 00/00/00 00:00 | Current | |
| 19001 03/06/98 23:59 | C - | - - | | 2 | 0 | — 00/00/00 00:00 | — 00/00/00 00:00 | Current | |

Inventory Status : 1 = Pre-Cryo                2 = Available Inventory     4 = Changed to Another Product
Codes Legend     : 5 = Product Shipped         9 = Discarded              10 = Product Shipped as a Discard
                  11 = Shipment Pending        12 = Recalled from a Pending Shipment

Mukasa000278

# CIVITAN REGIONAL BLOOD CENTER, Inc.

## Unit Number : 04 R18498-6

---

Status : 3   Station 1 & Lab Results     Reason : 0
Components : TRIPLE - PCRS - PLAT - RPF
Found In Unit File : History     CLX Code : 6
SSN : 14283     ASA : N     HLA : N
Drawing Information : When : 03/06/1997 12:40 Where : C    Unused Bags : 0   Empty Bags : 0
Blood Type : A +     Bagtype : 3     Mod. Flag :
Anticoagulant : 5 = CPD - 1     Volume : 0 ml
Cholesterol Results Mailed : N

Antibody Screen : =     RPR (Syphilis) : =     HBsAg : =
HIV :     Core : =     ALT : =
CMV :     HTLV-I : =     Cholesterol : 194
ALT—Numeric : 24     HCV :     2HCV : =
HIV-2 :     HIV-1/2 : =     ABO-RH-DU : =
HIVAg : =

Station 1 Time Stamp : ID :    AET 1188 Date : 03/06/1997 Time : 14:37
Lab Results Time Stamp : ID :    JMK1 1159 Date : 03/06/1997 Time : 22:47

---

| Product Code | 04250 PCRS | 12001 PLAT | 19001 RPF |
|---|---|---|---|
| Found in Product File | History | History | History |
| Where Made / Stored | C / C | C / C | C / C |
| IFFP Quantity | 1 | 1 | 0 |
| lume | 0 ml | 0 ml | 177 ml |
| .atus / Reason | 2 / 0 | 2 / 0 | 2 / 0 |
| ASA / CMV | N / | N / | N / |
| Satellite Code | 53 | 6 | 0 |
| Autologous Flag | 0 | 0 | 0 |
| Station2 ID | WAC 612 | WAC 612 | WAC 612 |
| Station2 Date | 03/06/1997 15:45 | 03/06/1997 15:41 | 03/06/1997 15:47 |
| Labeling ID | SHM 763 | WM1 443 | AUTO 100 |
| Labeling Date | 03/06/1997 23:24 | 03/07/1997 00:04 | 03/07/1997 02:11 |

---

Product States : 1 = Product Made at Station 2,    2 = Product Moved to Inventory,    6 = Assigned to Pool Bottle
Codes Legend : 7 = Pool Bottle Moved to Inventory,     9 = Discarded

---

| Prod. Expires | Where | Transaction — Dest. | Stat. | Rsn | Disposition | Discard | | File | Quarantine |
|---|---|---|---|---|---|---|---|---|---|
| 04250 04/17/97 23:59 | C | - - - . | 2 | 0 | SHM 03/06/97 23:24 | — 00/00/00 00:00 | | Current | |
| 12001 03/11/97 23:59 | C | - - - | 2 | 0 | WM1 03/07/97 00:04 | — 00/00/00 00:00 | | Current | |
| 19001 03/06/98 23:59 | C | - - - | 2 | 0 | — 00/00/00 00:00 | — 00/00/00 00:00 | | Current | |

Inventory Status : 1 = Pre-Cryo     2 = Available Inventory     4 = Changed to Another Product
Codes Legend : 5 = Product Shipped     9 = Discarded     10 = Product Shipped as a Discard
    11 = Shipment Pending     12 = Recalled from a Pending Shipment

Mukasa000279

# CIVITAN REGIONAL BLOOD CENTER, Inc.

Complete Unit Disposition Listing
By : Neel, Jack T.

RUN DATE : 03/07/1997
RUN TIME : 13:08
PAGE # : 1

## Unit Number : 04 M73246-4

```
                    Status : 3   Station 1 & Lab Results              Reason : 0
                Components : TRIPLE - PCR5 - PLAT - RPF
       Found In Unit File : Current                                  CLX Code : 6
                      SSN :   94848                                       ASA : N              HLA : N
     Drawing Information : When : 03/05/1997 16:00 Where : P          Unused Bags : 0   Empty Bags : 0
               Blood Type : A +                                       Bagtype : 3   Mod. Flag :
            Anticoagulant : 5 = CPD - 1                                Volume : 0 ml
Cholesterol Results Mailed : N
         Antibody Screen : *          RPR (Syphilis) : *                   HBsAg : *
                     HIV :                    Core : *                      ALT : *
                     CMV :                  HTLV-I : *            Cholesterol : 183
            ALT--Numeric : 32                 HCV : *                     2HCV : *
                   HIV-2 : *              HIV-1/2 : *               ABO-RH-DU : *
                  HIVAg : *
     Station 1 Time Stamp : ID :     SMM1 1040 Date : 03/05/1997  Time : 16:41
    Lab Results Time Stamp : ID :     SMM 763 Date : 03/05/1997  Time : 23:00
```

```
Product Code               04250 PCR5          12001 PLAT         19001 RPF
Found in Product File      Current             Current            Current
Where Made / Stored         P / C               P / C              P / P
IFFP Quantity               1                 ,  255                0
   'use                       0 ml               0 ml             231 ml
 ..atus / Reason            2 /  0              2 /  0             1 /  0
ASA / CMV                   N /                 N /                N /
Satellite Code             53                  6                  0
Autologous Flag            0                   0                  0
Station2 ID                SMM1 1040           SMM1 1040          SMM1 1040
Station2 Date              03/05/1997 17:11    03/05/1997 17:11   03/05/1997 17:11
Labeling ID                SMM 763             CAS1 700            —  0
Labeling Date              03/06/1997 23:21    03/07/1997 00:11   00/00/0000 00:00
```

```
Product Status : 1 = Product Made at Station 2,     2 = Product Moved to Inventory,   6 = Assigned to Pool Bottle
Codes Legend  : 7 = Pool Bottle Moved to Inventory,                                  9 = Discarded
```

| Prod. Expires | Where | Transaction | Dest. | Stat. | Rsn | Disposition | Discard | | File | Quarantine |
|---|---|---|---|---|---|---|---|---|---|---|
| 04250 04/16/97 23:59 | C | - - - | | 2 | 0 | SMM 03/06/97 23:21 | — 00/00/00 00:00 | | Current | |
| 12001 03/10/97 23:59 | C | - - - | | 2 | 0 | CAS1 03/07/97 00:11 | — 00/00/00 00:00 | | Current | |
| 04250 00/00/00 00:00 | c | P-1997-03-0065 CRBC | | 17 | 0 | HPO 03/06/97 15:47 | — 00/00/00 00:00 | | History | |
| 04250 00/00/00 00:00 | C | C-1997-03-0721 CRBC | | 17 | 0 | TWE 03/06/97 17:21 | — 00/00/00 00:00 | | History | |
| 12001 00/00/00 00:00 | c | P-1997-03-0063 CRBC | | 17 | 0 | HPO 03/06/97 15:22 | — 00/00/00 00:00 | | History | |
| 12001 00/00/00 00:00 | C | C-1997-03-0724 CRBC | | 17 | 0 | EBT 03/06/97 17:25 | — 00/00/00 00:00 | | History | |

```
Inventory Status : 1 = Pre-Cryo           2 = Available Inventory      4 = Changed to Another Product
Codes Legend    : 5 = Product Shipped     9 = Discarded               10 = Product Shipped as a Discard
                 11 = Shipment Pending   12 = Recalled from a Pending Shipment
```

Mukasa000280

# CIVITAN REGIONAL BLOOD CENTER, Inc.

Complete Unit Disposition Listing
By : Neel, Jack T.

RUN DATE : 03/07/1997
RUN TIME : 13:08
PAGE # :    1

## Unit Number  =  04  M73247-6

| | | |
|---|---|---|
| Status : 3   Station 1 & Lab Results | | Reason : 0 |
| Components : TRIPLE - PCR5 - PLAT - RPF | | |
| Found In Unit File : Current | | CLX Code : 6 |
| SSN :   90978 | | ASA : N          HLA : N |
| Drawing Information : When : 03/05/1997 16:00 Where : P | | Unused Bags : 0   Empty Bags : 0 |
| Blood Type : A + | | Bagtype : 3   Mod. Flag : |
| Anticoagulant : 5 = CPD - 1 | | Volume : 0 ml |
| Cholesterol Results Mailed : N | | |

| | | |
|---|---|---|
| Antibody Screen : = | RPR (Syphilis) : = | HBsAg : = |
| HIV : | Core : = | ALT : = |
| CMV : = | HTLV-I : = | Cholesterol : 235 |
| ALT—Numeric :  14 | HCV : | 2HCV : = |
| HIV-2 : | HIV-1/2 : = | ABO-RH-DU : = |
| HIVAg : = | | |

Station 1 Time Stamp : ID :    SMM1 1040 Date : 03/05/1997  Time : 16:42
Lab Results Time Stamp : ID :    SHM 763 Date : 03/05/1997  Time : 23:00

| | | | |
|---|---|---|---|
| Product Code | 04250 PCR5 | 12001 PLAT | 19001 RPF |
| Found in Product File | Current | Current | Current |
| Where Made / Stored | P / C | P / C | P / P |
| IFFP Quantity | 1 | 255 | |
| luse | 0 ml | 0 ml | 190 ml |
| .atus / Reason | 2 /  0 | 2 /  0 | 1 /  0 |
| ASA / CMV | N / = | N / = | N / = |
| Satellite Code | 53 | 6 | 0 |
| Autologous Flag | 0 | 0 | 0 |
| Station2 ID | SMM1 1040 | SMM1 1040 | SMM1 1040 |
| Station2 Date | 03/05/1997 17:11 | 03/05/1997 17:10 | 03/05/1997 17:12 |
| Labeling ID | SHM 763 | CRS1 700 | — 0 |
| Labeling Date | 03/06/1997 23:22 | 03/07/1997 00:11 | 00/00/0000 00:00 |

Product Status  : 1 = Product Made at Station 2,        2 = Product Moved to Inventory,   6 = Assigned to Pool Bottle
Codes Legend   : 7 = Pool Bottle Moved to Inventory,                                     9 = Discarded

| Prod. Expires | Where | Transaction — Dest. | Stat. | Rsn | Disposition | Discard | | File | Quarantine |
|---|---|---|---|---|---|---|---|---|---|
| 04250 04/16/97 23:59 | C | - - - | 2 | 0 | SHM 03/06/97 23:22 | — 00/00/00 00:00 | | Current | |
| 12001 03/10/97 23:59 | C | - - - | 2 | 0 | CRS1 03/07/97 00:11 | — 00/00/00 00:00 | | Current | |
| 04250 00/00/00 00:00 | C | P-1997-03-0065 CRBC | 17 | 0 | HPD 03/06/97 15:47 | — 00/00/00 00:00 | | History | |
| 04250 00/00/00 00:00 | C | C-1997-03-0721 CRBC | 17 | 0 | TWE 03/06/97 17:21 | — 00/00/00 00:00 | | History | |
| 12001 00/00/00 00:00 | C | P-1997-03-0063 CRBC | 17 | 0 | HPD 03/06/97 15:22 | — 00/00/00 00:00 | | History | |
| 12001 00/00/00 00:00 | C | C-1997-03-0724 CRBC | 17 | 0 | EBT 03/06/97 17:25 | — 00/00/00 00:00 | | History | |

Inventory Status  : 1 = Pre-Cryo          2 = Available Inventory        4 = Changed to Another Product
Codes Legend    : 5 = Product Shipped     9 = Discarded                  10 = Product Shipped as a Discard
                  11 = Shipment Pending   12 = Recalled from a Pending Shipment

Mukasa000281

# CIVITAN REGIONAL BLOOD CENTER, Inc.

Complete Unit Disposition Listing
By : Neel, Jack T.

RUN DATE : 03/07/1997
RUN TIME : 13:08
PAGE # :    1

# Unit Number : 04 R18494-9

```
                    Status : 3  Station 1 & Lab Results          Reason : 0
                Components : TRIPLE - PCR5 - PLAT - FFP
       Found In Unit File : Current                        CLI Code : 6
                      SSN :    31436                            RSA : N          HLA : N
    Drawing Information : When : 03/06/1997 12:16 Where : C   Unused Bags : 0   Empty Bags : 0
               Blood Type : A +                          Bagtype : 3    Mod. Flag :
            Anticoagulant : 5 = CPD - 1                   Volume : 0 ml
 Cholesterol Results Mailed : N
          Antibody Screen : =         RPR (Syphilis) : =          HBsAg : =
                      HIV :                  Core : =             ALT : =
                      CMV :              HTLV-I : =       Cholesterol : 141
           ALT-Numeric :  11                HCV :              2HCV : =
                    HIV-2 :            HIV-1/2 : =         ABO-RH-DU : =
                  HIVAg : =
       Station 1 Time Stamp : ID :   AET 1100 Date : 03/06/1997  Time : 14:39
 Lab Results Time Stamp : ID :   JMK1 1159 Date : 03/06/1997  Time : 22:47
```

```
Product Code              04250 PCR5        12001 PLAT        18201 FFP
Found in Product File     Current           Current           Current
Where Made / Stored       C / C             C / C             C / C
XFFP Quantity             1                 1                 0
Tune                      0 ml              0 ml              235 ml
Status / Reason           2 /  0            2 /  0            1 /  0
RSA / CMV                 N /               N /               N /
Satellite Code            53                6                 0
Autologous Flag           0                 0                 0
Station2 ID               VRC 612           VRC 612           VRC 612
Station2 Date             03/06/1997 15:46  03/06/1997 15:42  03/06/1997 15:47
Labeling ID               SHM 763           VM1 443           — 0
Labeling Date             03/06/1997 23:23  03/07/1997 00:03  00/00/0000 00:00
```

```
Product Status  : 1 = Product Made at Station 2,      2 = Product Moved to Inventory,   6 = Assigned to Pool Bottle
Codes Legend    : 7 = Pool Bottle Moved to Inventory,                                   9 = Discarded
```

| Prod. Expires | Where | Transaction | Dest. | Stat. | Rsn | Disposition | Discard | File | Quarantine |
|---|---|---|---|---|---|---|---|---|---|
| 04250 04/17/97 23:59 | C | - - - | | 2 | 0 | SHM 03/06/97 23:23 | — 00/00/00 00:00 | Current | |
| 12001 03/11/97 23:59 | C | - - - | | 2 | 0 | VM1 03/07/97 00:03 | — 00/00/00 00:00 | Current | |

```
Inventory Status : 1 = Pre-Cryo          2 = Available Inventory      4 = Changed to Another Product
Codes Legend     : 5 = Product Shipped    9 = Discarded               10 = Product Shipped as a Discard
                   11 = Shipment Pending  12 = Recalled from a Pending Shipment
```

Mukasa000282

Complete Unit Disposition Listing
By : Neel, Jack T.

RUN DATE : 03/07/1997
RUN TIME : 13:08
PAGE # :     1

## Unit Number = 04 M73326-4

```
                    Status : 3   Station 1 & Lab Results        Reason : 0
                Components : DOUBLE - PCR5 - RPF
     Found In Unit File : History                               CLI Code : 2
                       SSN : 78627                                   ASA : Y          HLA : N
     Drawing Information : When : 03/06/1997 09:36 Where : P    Unused Bags : 0     Empty Bags : 0
             Blood Type : A =                                     Bagtype : 2        Mod. Flag :
           Anticoagulant : 5 = CPD - 1                            Volume : 0 ml
Cholesterol Results Mailed : N
         Antibody Screen : =             RPR (Syphilis) : =               HBsAg : =
                     HIV :                        Core : =                  ALT : =
                     CMV :                      HTLV-I : =           Cholesterol : 218
            ALT—Numeric : 25                        HCV :                  2HCV : =
                  HIV-2 :                       HIV-1/2 : =            ABO-RH-DU : =
                  HIVAg : =
     Station 1 Time Stamp : ID :    HPD 914 Date : 03/06/1997 Time : 11:02
    Lab Results Time Stamp : ID :    JMK1 1159 Date : 03/06/1997 Time : 22:47
```

```
Product Code              04250 PCR5         19001 RPF
Found in Product File     History            History
Where Made / Stored       P / C              P / C
IFFP Quantity             1                  0
   lume                   -0 ml              266 ml
 ..atus / Reason          2 /  0             2 /  0
ASA / CMV                 Y /                Y /
Satellite Code            52                 2
Autologous Flag           0                  0
Station2 ID               HPD 914            HPD 914
Station2 Date             03/06/1997 11:20   03/06/1997 11:20
Labeling ID               SHM 763            AUTO 100
Labeling Date             03/06/1997 23:18   03/07/1997 02:08
```

```
  Product Status  : 1 = Product Made at Station 2,      2 = Product Moved to Inventory,    6 = Assigned to Pool Bottle
   Codes Legend   : 7 = Pool Bottle Moved to Inventory,                                    9 = Discarded
```

| Prod. Expires | Where Transaction Dest. | Stat. | Rsn | Disposition | Discard | File | Quarantine |
|---|---|---|---|---|---|---|---|
| 04250 04/17/97 23:59 | C - - - . | 2 | 0 | SHM 03/06/97 23:18 | — 00/00/00 00:00 | Current | |
| 19001 03/06/98 23:59 | C - - - | 2 | 0 | — 00/00/00 00:00 | — 00/00/00 00:00 | Current | |
| 04250 00/00/00 00:00 | c P-1997-03-0065 CRBC | 17 | 0 | HPD 03/06/97 15:47 | — 00/00/00 00:00 | History | |
| 04250 00/00/00 00:00 | C C-1997-03-0722 CRBC | 17 | 0 | TME 03/06/97 17:22 | — 00/00/00 00:00 | History | |
| 19001 00/00/00 00:00 | c P-1997-03-0064 CRBC | 17 | 0 | HPD 03/06/97 15:41 | — 00/00/00 00:00 | History | |
| 19001 00/00/00 00:00 | C C-1997-03-0723 CRBC | 17 | 0 | EBT 03/06/97 17:29 | — 00/00/00 00:00 | History | |

```
  Inventory Status : 1 = Pre-Cryo              2 = Available Inventory        4 = Changed to Another Product
   Codes Legend    : 5 = Product Shipped       9 = Discarded                 10 = Product Shipped as a Discard
                   11 = Shipment Pending      12 = Recalled from a Pending Shipment
```

Mukasa000283

# CIVITAN REGIONAL BLOOD CENTER, Inc.

Complete Unit Disposition Listing
By : Neel, Jack T.

RUN DATE : 03/07/1997
RUN TIME : 13:08
PAGE # :      1

## Unit Number = 04  R18486-9

```
               Status : 3  Station 1 & Lab Results          Reason : 0
            Components : TRIPLE - PCR5 - RPF
    Found In Unit File : History                          CLX Code : 2
                   SSN : 88243                                 ASA : N           HLA : N
   Drawing Information : When : 03/06/1997 11:12 Where : C   Unused Bags : 0    Empty Bags : 1
            Blood Type : AB+                              Bagtype : 3       Mod. Flag :
          Anticoagulant : 5 = CP0 - 1                      Volume : 0 ml
Cholesterol Results Mailed : N
        Antibody Screen : =              RPR (Syphilis) : =              HBsAg : =
                    HIV :                         Core : =                ALT : =
                    CMV :                      HTLV-I : =          Cholesterol : 163
           ALT-Numeric : 17                       HCV :                   2HCV : =
                 HIV-2 :                    HIV-1/2 : =           ABO-RH-DU : =
                 HIVAg : =
   Station 1 Time Stamp : ID :     RET 1188 Date : 03/06/1997 Time : 14:44
  Lab Results Time Stamp : ID :     JMK1 1159 Date : 03/06/1997 Time : 22:47
```

| | | |
|---|---|---|
| Product Code | 04250 PCR5 | 19801 RPF |
| Found in Product File | History | History |
| Where Made / Stored | C / C | C / C |
| IFFP Quantity | 1 | 0 |
| lume | 0 ml | 300 ml |
| ..atus / Reason | 2 / 0 | 2 / 0 |
| ASA / CMV | N / | N / |
| Satellite Code | 53 | 0 |
| Autologous Flag | 0 | 0 |
| Station2 ID | WAC 612 | WAC 612 |
| Station2 Date | 03/06/1997 15:45 | 03/06/1997 15:43 |
| Labeling ID | SHM 763 | AUTO 100 |
| Labeling Date | 03/06/1997 23:25 | 03/07/1997 02:11 |

```
  Product States  : 1 = Product Made at Station 2,     2 = Product Moved to Inventory,    6 = Assigned to Pool Bottle
  Codes Legend    : 7 = Pool Bottle Moved to Inventory,                                   9 = Discarded
```

| Prod. Expires | Where | Transaction | Dest. | Stat. | Rsn | Disposition | Discard | | File | Quarantine |
|---|---|---|---|---|---|---|---|---|---|---|
| 04250 04/17/97 23:59 | C - | - - | | 2 | 0 | SHM 03/06/97 23:25 | — 00/00/00 00:00 | | Current | |
| 19801 03/06/98 23:59 | C - | - - | | 2 | 0 | — 00/00/00 00:00 | — 00/00/00 00:00 | | Current | |

```
  Inventory Status : 1 = Pre-Cryo          2 = Available Inventory      4 = Changed to Another Product
  Codes Legend     : 5 = Product Shipped     9 = Discarded              10 = Product Shipped as a Discard
                    11 = Shipment Pending   12 = Recalled from a Pending Shipment
```

Mukasa000284

*Previous Reportable Event Form Submitted from Alabama*

**Reportable Event Form**

Location _CRBS_                                Log Number: _1997-C7-CC5_

Reported By: _Ken McCoy_                       Date: _4-1-97_

Completed By: _EA Bunting_                     Date: _4-9-97_

Unit Number: _04R20894-0, 04R15581-3_         Product: _Antigen typed RBCs_

Date Occurred: _4-7-97   3-27-97_             Date Discovered: _4-7-97_

Individuals Involved: _Sam Mukasa._

Procedure Name: _ē Antigen typing_

**TYPE**
- ☑ Technical
- ☐ Clerical
- ☐ Labeling
- ☐ Computer
- ☐ Other _____

**AREA**
- ☐ Donor Registration
- ☑ Laboratory
- ☐ Components
- ☐ Inventory/Shipping
- ☐ Donor Collection
- ☐ Other _____

DESCRIPTION: _Above units were antigen typed as ē negative for a patient at Brookwood Hospital. Units were tagged and sent to (CRBS) Hospital. Units were confirmed at Hospital and Birmingham Branch_

ACTION TAKEN: _as ē positive._
↳ _Units were returned to ACBB._

NEEDS TO BE COMPLETED: _See previous report attached._

FINAL DISPOSITION OF UNIT:

**ANALYSIS**
Was SOP followed?     Yes ☐     No ☐     If No, why not?

What can be done to prevent re-occurrence? _Incident was discussed with staff member involved. Tech possibly omitted the anti-sera in the testing tubes for the above 2 units. Discussed ways to ~~bett~~ ensure addition of anti-sera and to confirm by repeat testing in these instances._

SEND COPIES TO: _when antigen negative frequency is low._
_Barbara Spears, Birmingham     PJ Pardo_

PERSONNEL INVOLVED AND NOTIFIED:

Signature _____   Date _4/10/67_

Signature _____   Date _____

Follow-up Completed by _____   Date _____

Reviewed by _____   Date _____

DEFENDANT'S EXHIBIT NO. 6
FOR IDENTIFICATION
Mukasa
DATE: 5/1/08 RPTR: JW

# CIVITAN REGIONAL BLOOD CENTER, INC.
## Gainesville, Florida 32601
## ANTIGEN SCREENING WORKSHEET

Key: RXN = Reaction Strength   Interp = Interpretation

Date  3-27-97   Tech  SW7

| Antiserum | Anti- P | Anti- | Anti- | Anti- | Anti- | Anti- |
|---|---|---|---|---|---|---|
| Manufacturer | Ortho | | | | | |
| Lot # | SEB324A | | | | | |
| Expiration Date | 4-8-98 | | | | | |

| Unit Number | RXN/INTERP | RXN/INTERP | RXN/INTERP | RXN/INTERP | RXN/INTERP | RXN/INTERP |
|---|---|---|---|---|---|---|
| 04 R 24143 ⑧ | 0   neg | | | | | |
| 04 R 25557 ② | 0   neg | | | | | |
| 04 R 24038 ⑥ | 4+ - Pos | | | | | |
| 04 R 19676 ④ | 4+ Pos | | | | | |
| 04 R 24097 ⑧ | 4+ Pos | | | | | |
| 04 R 24008 ⑤ | 4+ Pos | | | | | |
| 04 R 10936 ⓪ | 4+ Pos | | | | | |
| 04 R 12982 ⓪ | 4+ - Pos | | | | | |
| 04 R 10962 ④ | 4+ - Pos | | | | | |
| 04 R 10245 ① | 4+ - Pos | | | | | |
| 04 R 10222 ⑨ | 4+ - Pos | | | | | |
| 04 R 20575 ③ | 4+ - Pos | | | | | |
| 04 L 07274 ⑧ | 4+ - Pos | | | | | |
| 04 R 25469 ② | 4+ - Pos | | | | | |
| 04 R 20226 ⑦ | 4+ - Pos | | | | | |
| 04 R 15581 ③ | 0 - Neg | | | | | |
| 04 R 12973 ⑨ | 4+ Pos | | | | | |
| 04 R 26003 ⑤ | 4+ Pos ⍺ | | | | | |
| 04 R 20894 ⓪ | 0 - Neg | | | | | |
| 04 R 30438 ⑥ | 4+ Pos | | | | | |
| 04 R 13012 ④ | 4+ - Pos | | | | | |
| Positive Control | 3+ Pos | | | | | |
| Control cells No. | Immucor #6 | | | | | |
| Lot #/Exp. Date | 13543  4-27-97 | | | | | |
| Negative Control | 0   Neg | | | | | |
| Control cells No. | Immucor #2 | | | | | |
| Lot #/Exp. Date | 13543  4-27-97   SW7 | | | | | |

Mukasa000264

Civitan Regional Blood System
1221 NW 13ᵗʰ Street
Gainesville, FL 32601

**Reportable Event Form**

Location **Birmingham**　　　　　　Log Number: _____

Reported By **Ken McCoy**　　　Date: **8 4-7-97**

Completed By **Ken McCoy**　　Date **4/7/97**

Unit Number **04K20894-0, 04R15581-3**　Product: **Antigen Typed Packed Cells**

Date Occurred: **4-7-97**　　Date Discovered: **4-7-97**

Individuals involved _____ _____

Procedure Name: _____

TYPE
(◯ Technical)　　'' Computer
'' Clerical　　　'' Other _____
'' Labeling

AREA
'' Donor Registration　　'' Inventory/Shipping
'' Laboratory　　　　　'' Donor Collection
'' Components　　　　　'' Other _____
　　　　　　　　　　　　to Brookwood.

DESCRIPTION: **Units were shipped as Antigen Negative for c̄ A. Units were typed and Blue-tagged at CRBS. Hospital returned them.**

ACTION TAKEN: **Retested Antigen typing. Both units were c̄ positive. Units placed into Quarantine. Two more ordered.**

NEEDS TO BE COMPLETED: **Antigen typing needs to be corrected in computer to positive.**

FINAL DISPOSITION OF UNIT **Returned c̄ placed into inventory as c̄ +**

ANALYSIS
Was SOP followed?　　Yes　''　　No ''　If No, why not?

_____

What can be done to prevent re-occurrence?
**Hospital suggested units confirmed in B'ham.**

SEND COPIES TO: **Jim Bunting**　_____
**PJ Pardo**　　_____

PERSONNEL INVOLVED AND NOTIFIED:

_____
Signature　　　　　　　　Date

_____
Signature　　　　　　　　Date

Follow-up Completed by _____　Date _____

Reviewed by _____　Date _____

Mukasa000266

# CIVITAN REGIONAL BLOOD CENTER, INC.
### Gainesville, Florida 32601
## ANTIGEN SCREENING WORKSHEET

Civitan Regional Blood Syst.
Alabama Division
2151 Highland Avenue
Birmingham, AL 35205

Key:   RXN = Reaction Strength   Interp = Interpretation

Date ___4-7-97___   Tech __CKSMSGL__

| Antiserum | Anti- ē | Anti- | Anti- | Anti- | Anti- | Anti- |
|---|---|---|---|---|---|---|
| Manufacturer | Bio Clone | | | | | |
| Lot # | SEB320A | | | | | |
| Expiration Date | 4-11-97 | | | | | |
| Unit Number | RXN/INTERP | RXN/INTERP | RXN/INTERP | RXN/INTERP | RXN/INTERP | RXN/INTERP |
| 04 R 20894-01 | 3+ /Pos | | | | | |
| 54 R 15581-3 | 3+ /Pos | | | | | |

*Testing performed after receipt*
*@ Birmingham from Brookwood Hosp.*

| Positive Control | 3+ /Pos | | | | | |
|---|---|---|---|---|---|---|
| Control cells No. | Comm. ScCI | | | | | |
| Lot #/Exp. Date | 031813 4-23-97 | | | | | |
| Negative Control | 0 /Neg | | | | | |
| Control cells No. | Comm. ScCII | | | | | |
| Lot #/Exp. Date | 031813 4-23-97 | | | | | |

(F rev 1/8)

Mukasa000267

CIVITAN REGIONAL BLOOD CENTER, INC.
Gainesville, Florida 32601
ANTIGEN SCREENING WORKSHEET

Civitan Regional Blood Syst
Alabama Division
2151 Highland Avenue
Birmingham, AL 35205

Key:   RXN = Reaction Strength   Interp = Interpretation
Date  4-7-97              Tech  CV SYSGL

| Antiserum | Anti- e | Anti- | Anti- | Anti- | Anti- | Anti- |
|---|---|---|---|---|---|---|
| Manufacturer | Bio Clone | | | | | |
| Lot # | SEB320A | | | | | |
| Expiration Date | 4-11-97 | | | | | |

| Unit Number | RXN/INTERP | RXN/INTERP | RXN/INTERP | RXN/INTERP | RXN/INTERP | RXN/INTERP |
|---|---|---|---|---|---|---|
| 04 R 208940 | 3+ /Pos | | | | | |
| 04 R 15581-3 | 3+ /Pos | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Positive Control | 3+ /Pos | | | | | |
|---|---|---|---|---|---|---|
| Control cells No. Lot #/Exp. Date | ScCI 03,8/3 4-23-97 | | | | | |
| Negative Control | 0 / Neg | | | | | |
| Control cells No. Lot #/Exp. Date | ScCII 03,8/3 4 23-97 | | | | | |

Mukasa000269

PHENOTYPING RESULTS ENTRY PROGRAM

| | Test | Result | Test | Result |
|---|---|---|---|---|
| Unit Number : 04 R15581-3 | 01 : C | | 17 : JsA | |
| | 02 : _c | | 18 : JsB | |
| | 03 : E | | 19 : KpA | |
| | 04 : _e | = | 20 : KpB | |
| Enter the Unit Number then the | 05 : K | | 21 : LuA | |
| result of each test performed | 06 : FyA | | 22 : LuB | |
| on that unit. | 07 : FyB | | 23 : BgA | |
| | 08 : JkA | | 24 : A1 | |
| | 09 : JkB | | 25 : _k | |
| (+) for a Positive Result | 10 : M | | 26 : U | |
| (-) for a Negative Result | 11 : N | | 27 : V | |
| (leave blank if the test | 12 : S | | 28 : | |
| was not performed) | 13 : _s | | 29 : | |
| | 14 : P1 | | 30 : | |
| | 15 : LeA | | 31 : | |
| | 16 : LeB | | 32 : | |

(Esc) to Clear and Restart        (F6) to Enter        (F9) to Exit

PHENOTYPING RESULTS ENTRY PROGRAM

```
------------------------------|  Test    Result  |  Test    Result
                              |  01 :  L         |  17 : JSH
Unit Number : 04 K20094-0     |  02 :   C        |  18 : JSb
                              |  03 :  E         |  19 : KpH
                              |  04 :  _e    =   |  20 : KpB
Enter the Unit Number then the|  05 :  K         |  21 : LuH
result of each test performed |  06 : FyH        |  22 : Lub
on that unit.                 |  07 : FyB        |  23 : BgA
                              |  08 : JkA        |  24 : Al
                              |  09 : JkB        |  25 :  _k
  (+) for a Positive Result   |  10 :  M         |  26 :  U
  (-) for a Negative Result   |  11 :  N         |  27 :  V
  (leave blank if the test    |  12 :  S         |  28 :
  was not performed)          |  13 :  _s        |  29 :
                              |  14 :  P1        |  30 :
                              |  15 : LeA        |  31 :
                              |  16 : LeB        |  32 :
```

(Esc) to Clear and Restart       (F6) to Enter       (F9) to Exit

Mukasa000271

Template Unit & Configuration Listing                                RUN DATE :
                                                                     PAGE

---

Status ID : Station 2 & Lab Results                    Reason : 0
Component : DOUBLE - PC35 - RBC
                                                       Division : 0
SSN :    94243                                         GSS : N            PL3 : N
Drawing Information : When : 02/26/1997 13:47 Where :  Unused Bags : 0    Conn Bags : 0
    Blood Type : O-                                    Bag/Unc : 0    VL Flag
    Phlebotomist : 7 = 000 : 1                         Volume : 0 ml
Lab ID Results Verified : Y
    Antibody Screen : =          RPR (Syphilis) : =                  HBsAg : =
              HIV :              Core : =                            ALT : =
              CMV :              HTLV-I : =              Cholesterol : 240
    ALT-Numeric : 05             HCV : =                 2HCV : =
          HIV-2 :                HIV-1/2 : =             ABO-RH-DU : =
          HTGAg : =

Station / Time Stamp : ID :    LAC 362 Date : 02/26/1997  Time : 15:18
Results Time Stamp : ID :      LAC 437 Date : 02/27/1997  Time : 13:44

=========================================================================

Unit Code              04250 PC35        19801 RPF
In Line Product File     History           History
Made / Stored            H / H             H / H
Quantity                 1                 255
Use                      0 ml              301 ml
Units / Reason           0 / 0             2 / 0
CMV                      N /               N /
Bottle Code              52                0
Logical Flag             0                 0
ID                       LAC 362           LAC 362
Date                     02/26/1997 13:17  02/26/1997 15:15
ID                       LAC 362           CAB 583
Date                     02/27/1997 17:07  02/27/1997 20:16

---

Product Status : 1 = Product Made at Station 2,    2 = Product Moved to Inventory,    6 = Assigned to Pool Bottle
Legend         : 7 = Pool Bottle Moved to Inventory,                                  9 = Discarded

=========================================================================

| Date | Prod Transaction | Dest. | Stat. | Rsn | Disposition | Discard | File | Quarantine |
|---|---|---|---|---|---|---|---|---|
| | 0-1997-01-8133 RBC | 1 | 0 | | 0J7 04/28/97 23:46 | --- 00.00.00 00:00 | Current | |
| | H | 2 | 0 | | LAC 02/27/97 17:07 | --- 00.00.00 00:00 | History | |
| | 0-1997-00-2047 RBC | 5 | 0 | | LAC 03/04/97 17:57 | --- 00/00/00 00:00 | History | |
| | 0-1997-00-3444 RBC | 2 | 0 | | ALH 03/05/97 02:48 | --- 00.00.00 00:00 | History | |
| | 0-1997-00-0070 RBC | 5 | 0 | | EBT 04/05/97 16:29 | --- 00/00/00 00:00 | History | |
| | 0-1997-00-0128 RBC | 5 | 0 | | RPJ 04/05/97 22:58 | --- 00.00.00 00:00 | History | |
| | 0-1997-00-0157 RBC | 5 | 0 | | VGF 04/26/97 16:59 | --- 00/00/00 00:00 | History | |
| | H | 5 | 0 | | 0JG 04/27/97 23:15 | --- 00/00.00 00.00 | History | |
| | 0-1997-00-0455 RBC | 1 | 0 | | OSS 04/27/97 10:11 | --- 00.00/00 00.00 | History | |
| | 0-1997-00-0170 RBC | 1 | 0 | | 0LM 04/28/97 04:00 | --- 00.00.00 00:00 | History | |
| | 0-1997-00-7800 RPF | 11 | 0 | | THE 04/13/97 10:00 | --- 00.00.00 00:00 | History | |
| | 0-1997-00-0200 RPF | 11 | 0 | | MKM 03/13/97 10:11 | --- 00.00.00 00:00 | History | |

---

| | | 2 = Available Inventory | 4 = Changes to Another Product |
| | | 3 = Discarded | 10 = Product In does as a Discard |
| | | 12 = Recalled from a Pending Shipment |

Mukasa000273

**Reportable Event Form**

Location _____CRBC_____　　　Log Number: _1997-04-CC16_

Reported By: _____　　　Date: _____

Completed By: _FHBunting_　　　Date: _4-9-97_

Unit Number: _____　　　Product: _____

Date Occurred: _4-7-97_　　　Date Discovered: _4-8-97_

Individuals involved: _Lab staff Sam Mukasa, Fangshu Rao_

Procedure Name: _IBG - ABO/Rh typing_

TYPE
- ☒ Technical
- ☐ Clerical
- ☐ Labeling
- ☐ Computer
- ☐ Other _____

AREA
- ☐ Donor Registration
- ☒ Laboratory
- ☐ Components
- ☐ Inventory/Shipping
- ☐ Donor Collection
- ☐ Other _____

DESCRIPTION: _On 4-7-97 donor sample tubes used for ABo/Rh controls the IBG were changed after the pm processing run. ——→_

ACTION TAKEN: _a new AgB positive control sample was pulled and both Am + PM processing run sample were repeated._

~~NEEDS TO BE COMPLETED:~~ _Two sample discrepancies were investigated and resolved._

FINAL DISPOSITION OF UNIT: _All appropriate units were made available to inventory._

ANALYSIS
Was SOP followed? Yes ☐ No ☒ If No, why not? _Inappropriate sample was used for a control._

What can be done to prevent re-occurrence? _increased staff attention to proper procedure and review of work._

SEND COPIES TO: _____　　　_____

_____　　　_____

PERSONNEL INVOLVED AND NOTIFIED:

_Bill Ca_t_　　　_4/10/97_
Signature　　　　　　　　Date

_____　　　_____
Signature　　　　　　　　Date

Follow-up Completed by _____　　　Date _____

Reviewed by _____　　　Date _____

DEFENDANT'S
EXHIBIT NO. 8
FOR IDENTIFICATION
Mukasa
DATE: 5/1/08 RPTR: JW

Mukasa000086

→ but it had been typed "A Pos"
The lab-tech meant to use a different
unit #. sample.

Donor sample R31548-9 was pulled as the A₂B Positive
control tube and placed in the IB6 processing Ctrl rack.
On 4-8-97 The sample was used as the A₂B control
during the AM and PM processing run. Donor sample
R34548-9 was not an A₂B Positive sample but was An A Positive
sample and was typed as such on the IB6.
The control discrepancy was not discovered until the end of
the PM processing run on 4-8-97.

Mukasa000087



QC Record - IBG Automated ABO-Rh

Note: Record All reagent identifications in the appropriate columns for duplicate records. If changes occur during the week notate changes in the appropriate column.

Mukasa000258

04 R37548-9

--------------------------------------------------------------------------------

Test        mm/dd/yy  hh mm ss hh  Who  Type Rslt Updt   Description

--------------------------------------------------------------------------------

Antibody
            04/07/97  11 27 57 11  437       *    *  199704071275711437  Updated as NEGATIVE

RPR
            04/07/97  11:27 57 16  437       *    *  199704071275716437  Updated as NEGATIVE

HBsAg
            04/07/97  13.09:51.30  259   C   *    *  BH0812   A 8 12:01  Updated as NEGATIVE

Core
            04/07/97  13:09-51 19  259   C   *    *  CD0270   A 8 11:21  Updated as NEGATIVE

ALT
            04/07/97  13 08 25 89  976       *    *  199704071308258976  Updated as NEGATIVE

HTLV-I
            04/07/97  12.11 16 90  1250  C   *    *  04/07/9709:43.49D1  Updated as NEGATIVE

Cholesterol
            04/07/97  13 04.31 64  976      157      199704071304316497  Result (numeric value) updated

ALT--Numeric
            04/07/97  13 08.25 89  976       19      199704071308258997  Result (numeric value) updated

2HCV
            04/07/97  13 09:50 86  259   C   *    *  DC0663   A 8 11.28  Updated as NEGATIVE

HIV-1/2
            04/07/97  12 11 34.14  1250  C   *    *  04/07/9710-31:55C4  Updated as NEGATIVE

ABO-RH-DU
            04/07/97  10 34.20.45  1274  C   A +  04/07/97103420451274N+  Updated as A +

HIVAg
            04/07/97  13 09 51 03  259   C   *    *  JA0212   A 8 11:18  Updated as NEGATIVE

Mukasa000259

04 R30178-9

1:.....................................................................................
%:Test
        mm/dd/yy  hh mm:ss hh  Who  Type Rslt Updt   Description
1:.....................................................................................
1:
Antibody
        04/06/97  20:28.08 37  383        *    *  1997040620280837383  Updated as NEGATIVE
1:
RPR
        04/06/97  20:28.08 48  383        *    *  1997040620280848383  Updated as NEGATIVE
1:
HBsAg
        04/06/97  19:24.23.57 1107   C    *    *  BH0807   A 4 18:10  Updated as NEGATIVE
1:
Core
        04/06/97  22.04 47 45  1107   C    *    *  CD0238   A 4 17:38  Updated as NEGATIVE
1:
ALT
        04/06/97  19 51.44.97 1159   C    *    *  3861  Updated as NEGATIVE
1:
HTLV-I
        04/06/97  20.25:35 07  571   C    *    *  04/06/9717:37:36C5  Updated as NEGATIVE
1:
Cholesterol
        04/06/97  19 51.44 97  1159   C  329        3861  Result (numeric value) updated
1:                                                    ,
ALT--Numeric
        04/06/97  19 51.44 97  1159   C   34         3861  Result (numeric value) updated
1:
2HCV
        04/06/97  22 04.47.24  1107   C    *    *  DC0660   A 4 17.50  Updated as NEGATIVE
1:
HIV-1/2
        04/06/97  20.13 51 09  571   C    *    *  04/06/9717.25.19C3  Updated as NEGATIVE
1:
ABO-RH-DU
        04/06/97  20 06:37 34  763   C   AB+  04/06/9720063734763  Updated as AB+
1:
HIVAg
        04/06/97  22 04.47 34  1107   C    *    *  JA0207   A 4 17.45  Updated as NEGATIVE

1:

Mukasa000260

Complete Unit History Listing                    Run Date : 04/15/1997
                                                  Time :
                                                  Page :

--------------------------------------------------------------------------------
            Unit # : 0   Station # & Lab Results          Reason : 0
            Components : TRIPLE - RCRS - PLAT - FFP

Unit in Unit File : History                      BLK Group : 0
            SSN : 79527                           ABA : Y        HLA : N
Drawing Information : When : 04/06/1997 11:10 Where : 0    Unused Bags : 0  Expiry Bags : 0
            Blood Type : O +                      Bagtype : 0   Mod. Flag :
            Anticoagulant : 0 × CPD + 0          Volume :
Tests in Results Marked : M
            Pro.Sod. Screen : =         SGR (Syphilis) : =              -BsAg : =
                  HIV : =                      Core : =                   ALT : =
                  CMV :                     HTLV-I : =            Cholesterol : 157
            ALT--Numeric : 19                  HCV : =                   ZHCV : =
                HIV-2 : =                  HIV-1/2 : =           ABC-RH-DU : =
                HIVAg : =
Station 1 Time Stamp : ID :   AET 1188 Date : 04/06/1997 Time : 13:03
: Results Time Stamp : ID :   AMS 259 Date : 04/07/1997 Time : 13:09
================================================================================
Unit Code              04250 RCRS       12001 PLAT       18201 FFP
Unit in Product File   History          History          History
Line Made / Stored     0 / 0            0 / 0            0 / 0
TP Quant by            1                1                1
Line                   0 ml             0 ml             216 ml
Stat / Reason          2 / 0            2 / 0            2 / 0
Line CMV               N /              N /              N /
Bottle Code            53               6                0
Shipping Flag          0                0                0
Current ID             AET 1188         AET 1188         AET 1188
Current Date           04/06/1997 14:02 04/06/1997 14:01 04/06/1997 14:10
Shipping ID            JMS 155          JMS 155          JMS 155
Shipping Date          04/07/1997 14:15 04/07/1997 14:34 04/09/1997 07:26
--------------------------------------------------------------------------------
0 = Unit Status   : 1 = Product Made at Station 2,      2 = Product Moved to Inventory,    6 = Assigned to Pool Bottle
Codes Legend      : 7 = Pool Bottle Moved to Inventory,                       9 = Discarded
================================================================================
| Sequence | Where Transaction | Dest. | Stat. | Psn | Disposition | Discard | File | Quarantine |
|---|---|---|---|---|---|---|---|---|
| 04/06/98 13.03 | 0 | | 0 | 0 | JMS 04/29/97 07:06 | --- 00/00/00 00:00 | Current | |
| 04/07/97 02:59 | 0 | | 0 | 0 | JMS 04/07/97 14:15 | --- 00/00/00 00:00 | History | |
| 04/06/97 12:59 | 3 0-1197-04-3920 0TV | | 5 | 0 | THE 04/07/97 15:40 | -- 00/00/00 00:00 | History | |
| 04/07/97 07:03 | 0 | | 2 | 0 | JMS 04/07/97 14:24 | --- 00/00/00 00:00 | History | |
| 04/07/97 12:59 | 0 0-1197-04-3737 00058 | | 5 | 0 | THE 04/07/97 15:13 | -- 00/00/00 00:00 | History | |
| 04/07/97 12:59 | 0 0-1197-04-3931 00059 | | 2 | 0 | TLB1 04/07/97 17:54 | --- 00/00/00 00:00 | History | |
| 04/07/97 12:59 | 3 0-1197-04-0739 0790 | | 5 | 2 | SMM 04/29/97 13:00 | --- 00/00/00 00:00 | History | |
| 04/07/97 12:59 | 3 0-1197-04-1173 0790 | | 2 | 2 | EB7 04/09/97 16:01 | --- 00/20/00 00:00 | History | |
| 04/07/97 12:59 | 4 0-1197-04-1053 0TV | | 5 | 1 | SGR 04/10/97 08:41 | --- 00/00/00 00:00 | History | |
--------------------------------------------------------------------------------
                                    0 = Null Disposition,          3 = Change in Primary Product
                                    9 = Discarded                  10 = Product Discard at a Discard
                                    11 = Received for a Pending Shipment
================================================================================

Mukasa000261

```
                    Check : D   Status : D  Lab Results               Reason : 2
                    Comments : DOUBLE - PC25 - FFP
            Found On Unit File : History                              CLK Code : 2
                        SSN :     7697                               ABR :           FLG : Y
        Drawing Information : When : 04/04/1997 09:35 Volume : 9     Unused Bags : 0    Empty Bags : 0
                Blood Tube : 39-                                     Bagside :          Mod. Flag :
            Anticoagulant : 0 = CP0 - 1                              Kills :    N :
    ...
            Unused Containers :              APR (Synthesis) : =              HBsAg : =
                        RCY :                      Core : =                     ALT : =
                        CMV :                    HTLV-I : =            Cholesterol : 209
            ALT-Nucleic : 34                        HCV : =                    SHCV : =
                    HIV-2 :                     HIV-1/2 : =              ABO-RH-DU : =
                    HIVAg : =
Station 1 Time Stamp : ID :  CML1 534 Date : 04/04/1997  Time : 12:25
Results Time Stamp : ID :  SMH1 1107 Date : 04/06/1997  Time : 22:04
===========================================================================
Unit Code                    04250 PC25          18201 FFP
Found in Product File        History             History
Made / Stored                R / C               R / C
Quantity                        1                   1
Use                             0 ml               304 ml
Dis / Reason                  2 /  0              2 /  0
Exp                           N /                 N /
Alpha Code                      52                  2
Alpha Flag                       0                  0
Type ID                      MMG 1299            MMG 1299
Type Date                 04/04/1997 15:30    04/04/1997 15:30
Type ID                      AHS 577             3MB 786
Type Date                 04/06/1997 22:32    04/09/1997 07:03
---------------------------------------------------------------------------
Product Status : 1 = Product Made at Station 2,    2 = Product Moved to Inventory    9 = Assigned to Pool Bottle
Rules Legend   : 7 = Pool Bottle Moved to Inventory,                                 9 = Discarded
===========================================================================
  Code     Where Transaction    Dest.  Stat.  Rsn  Disposition        Discard         Rule  Disposition
  ...        ...                   ...    2      0   AHS 04/06/97 22:00  --- 00/00/00 00:00  Current
  ...        ...                   ...    2      0   3MB 04/03/97 07:00  --- 00/00/00 00:00  Current
  ...      9-1997-04-2060 CRBC     17     0   MMG 04/04/97 15:50  --- 00/00/00 00:00  History
  ...      9-1997-04-2635 CRBC     17     0    A7 04/05/97 11:43  --- 00/00/00 00:00  History
  ...      9-1997-04-7263 CRBC     17     2   MMG 04/04/97 15:53  --- 00/00/00 00:00  History
  ...      9-1997-04-2660 CRBC     17     9   MMG 04/05/97 11:47  --- 00/00/00 00:00  History
---------------------------------------------------------------------------
  ...  Status : 1 = One-Out            2 = Available Inventory        9 = Changed to Another Product
  ...         , 9 = Product Chipped   A = Discard                    9 = Product Unused in Discard
               10 = Discard Pending   11 = Restilled for a Pending Discard
===========================================================================
```

Mukasa000262

1221 NW 13th Street
Gainesville, FL 32601

**Reportable Event Form**

Location: _CRBC_  Log Number: _1997 04-107_

Reported By: _____  Date: _____

Completed By: _Ed Bunting_  Date: _4-9-97_

Unit Number: _04R20180-5_  Product: _Packed cell_

Date Occurred: _4-8-97_  Date Discovered: _4-8-97_

Individuals involved: _Sam Mukasa_

Procedure Name: _IBG processing._

**TYPE**

☑ Technical   ☐ Computer
☐ Clerical    ☐ Other _____
☐ Labeling

**AREA**

☐ Donor Registration   ☐ Inventory/Shipping
☑ Laboratory           ☐ Donor Collection
☐ Components           ☐ Other _____

DESCRIPTION: _Unit # 04R20180-5 was typed by IBG as Rh negative. Weak D testing was performed and revealed weak D positive reactivity_

ACTION TAKEN: _Manual testing was performed on sample tube and integral segment to confirm Rh typing_

NEEDS TO BE COMPLETED: _n/a_
_discrepancy to be resolved in CARBS_

FINAL DISPOSITION OF UNIT: _Unit to be made available to inventory_

ANALYSIS
Was SOP followed?  Yes ☐ , No ☑ , If No, why not?
_Tech was doing multiple tasks in IBG area and Immunohematology._

What can be done to prevent re-occurrence?
_increased staff attention to proper procedure and review of work. also train additional staff to help in the IBG and Immunohematology areas to enable Techs to give each work area the appropriate attention_

SEND COPIES TO: _____

PERSONNEL INVOLVED AND NOTIFIED: _Sam deleted his entry error and wrote a Computer problem report. Error was detected pre-labeling. 4/10/97_

Signature _____  Date _____

Signature _____  Date _____

Follow-up Completed by _____  Date _____

Reviewed by _____  Date _____



DEFENDANT'S
EXHIBIT NO. _9_
FOR IDENTIFICATION
_Mukasa_
DATE: _5/1/_ RPTR: _JW_

Mukasa000244

results of weak D testing were entered into IB6 as weak D negative and the sample was transferred to CRBCS as O negative.
Donor is O Positive

Mukasa000245

1: ...........................................................................................................
1:Test
        mm/dd/yy  hh mm ss hh  Who  Type Rslt Updt  Description
1:...........................................................................................................
1:
Antibody
        04/08/97  22 12 31 63  383       *    * 1997040822123163383  Updated as NEGATIVE
1:
RPR
        04/08/97  22 12 31 79  383       *    * 1997040822123179383  Updated as NEGATIVE
1:
HBsAg
        04/08/97  22 09.11.92  1056   C  *    * BH0818   B 3 22.04  Updated as NEGATIVE
1:
Core
        04/08/97  22.09 11 65  1056   C  *    * CD0246   B 3 21.33  Updated as NEGATIVE
1:
ALT
        04/08/97  22:34:16.33  806    C  *    * 63907  Updated as NEGATIVE
1:
CMV
        04/08/97  22 40.31 64  806    C  *    * 04/08/9720 55.10B2  Updated as POSITIVE
1:
HTLV-I
        04/08/97  22.05.08.44  700    C  *    * 04/08/9720:20:54E2  Updated as NEGATIVE
1:
Cholesterol
        04/08/97  22:34 16 33  806    C  196    63907  Result (numeric value) updated
1:
ALT--Numeric
        04/08/97  22.34 16 33  806    C  17     63907  Result (numeric value) updated
1:
2HCV
        04/08/97  22 09-09 89  1056   C  *    * DC0670   B 3 21:49  Updated as NEGATIVE
1:
HIV-1/2
        04/08/97  22:13.59 02  700    C  *.   * 04/08/9719:36:01D5  Updated as NEGATIVE
1:
ABO-RH-CU
        04/08/97  23 08 16 10  763    C  O +  04/08/972308161D763  Updated as O +
        04/08/97  23 50.01.03  763    C  O == 04/08/9723500101763  Blood type mismatch - NOTIFY SUPERVISOR
1:
HBVAg
        04/08/97  22.09 11.32  1056   C  *    * JA0217   B 3 21.34  Updated as NEGATIVE

*[handwritten note:]* donor is O Positive Confirmed by manual typing of sample tube and integral segment.

Mukasa000246

Donor Lookup Print Report

RUN DATE   04/09/1997
RUN TIME : 11:15
PAGE # :    1

SSN   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-1
Name   Fuller, Vera Lucille
          4137 SW 100th St  Rd
          Ocala            FL  34481
          (352) 854-6605
Work   Retired
          000: 000-0000  Ext

DOB  05/14/1923   Sex : F   Ethnic · 1   Blood Type : O +   CMV  + 04/07/97
Comment  ································· + By : 120 on 06/30/92 at 11 01
          |  Anti E                      |
          |                              |
          |                              |
          |                              |
          |                              |
          |                              |
          ································· +

| # | Unit Number | Date | Group | Site | Where | Credit | Type | Status | Registration Date | ID | Results Date | ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 Y51022-6 | 11/14/88 | Q108-3 | Q108-3 | 0 | 3 | 1 | 3 Good | 11/15/88 | 243 | 11/15/98 | 243 |
| 2 | 01 Y50346-8 | 07/11/88 | Q108-3 | Q108-3 | 0 | 3 | 1 | 3 Good | 07/12/88 | 153 | 07/12/88 | 153 |
| 3 | 01 Y51233-6 | 03/07/89 | Q108-3 | Q108-3 | 0 | 3 | 1 | 3 Good | 03/07/89 | 252 | 00/00/00 | 0 |
| 4 | 01 Y52329-5 | 10/23/89 | Q108-3 | Z002-X | 0 | 3 | 1 | 3 Good | 10/24/89 | 243 | 10/24/89 | 243 |
| 5 | 01 Y54622-3 | 03/14/90 | Q108-3 | Q108-3 | 0 | 3 | 1 | 3 Good | 03/14/90 | 331 | 03/14/90 | 331 |
| 6 | 01 Y55741-0 | 06/20/90 | Q108-3 | Q108-3 | 0 | 3 | 1 | 3 Good | 06/20/90 | 336 | 00/00/00 | 0 |
| 7 | 01 Y57334-2 | 09/14/90 | Q108-3 | Q108-3 | 0 | 3 | 1 | 3 Good | 09/14/90 | 374 | 00/00/00 | 0 |
| 8 | 01 Y54964-6 | 12/10/90 | Q108-3 | Q108-3 | 0 | 3 | 1 | 3 Good | 12/10/90 | 425 | 00/00/00 | 0 |
| 9 | 01 Y60327-1 | 02/20/91 | Q108-3 | Q108-3 | 0 | 3 | 1 | 3 Good | 02/20/91 | 386 | 02/20/91 | 386 |
| 10 | 01 Y61530-1 | 04/29/91 | Q108-3 | Q108-3 | 0 | 3 | 1 | 3 Good | 04/29/91 | 331 | 00/00/00 | 0 |
| 11 | 01 Y63219-8 | 07/24/91 | Q108-3 | Q108-3 | 0 | 3 | 1 | 3 Good | 07/24/91 | 312 | 00/00/00 | 0 |
| 12 | 01 Y63955-6 | 10/03/91 | Q108-3 | Q108-3 | 0 | 3 | 1 | 3 Good | 10/03/91 | 309 | 00/00/00 | 0 |
| 13 | 01 Y66992-9 | 02/27/92 | Q252-8 | Q252-8 | 0 | 3 | 1 | 3 Good | 02/27/92 | 328 | 00/00/00 | 0 |
| 14 | 01 261138-X | 04/30/92 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 04/30/92 | 374 | 00/00/00 | 0 |
| 15 | 01 261757-9 | 06/25/92 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 06/25/92 | 309 | 00/00/00 | 0 |
| 16 | 01 261849-6 | 08/21/92 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 08/21/92 | 467 | 00/00/00 | 0 |
| 17 | 01 263211-6 | 10/16/92 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 10/16/92 | 491 | 00/00/00 | 0 |
| 18 | 01 265455-1 | 12/10/92 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 12/10/92 | 367 | 00/00/00 | 0 |
| 19 | 01 264579-7 | 02/04/93 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 02/04/93 | 491 | 00/00/00 | 0 |
| 20 | 01 266420-6 | 04/01/93 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 04/01/93 | 491 | 00/00/00 | 0 |
| 21 | 01 267279-9 | 05/27/93 |  | Z007-9 | 1 | 1 | 1 | 11 Deferral 42 | 05/27/93 | 491 | 05/27/93 | 491 |
| 22 | 01 267279-0 | 06/01/93 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 06/01/93 | 491 | 00/00/00 | 0 |
| 23 | 01 268143-6 | 08/05/93 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 08/05/93 | 599 | 00/00/00 | 0 |
| 24 | 01 268229-7 | 09/30/93 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 09/30/93 | 491 | 00/00/00 | 0 |
| 25 | 01 272732-9 | 11/29/93 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 11/29/93 | 608 | 00/00/00 | 0 |
| 26 | 01 271972-0 | 02/03/94 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 02/03/94 | 491 | 00/00/00 | 0 |
| 27 | 01 273313-X | 04/06/94 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 04/06/94 | 680 | 00/00/00 | 0 |
| 28 | 01 274169-5 | 06/01/94 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 06/01/94 | 680 | 00/00/00 | 0 |
| 29 | 01 275325-1 | 08/03/94 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 08/03/94 | 680 | 00/00/00 | 0 |
| 30 | 01 275500-5 | 09/28/94 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 09/28/94 | 681 | 00/00/00 | 0 |
| 31 | 01 276198-3 | 11/23/94 |  | Z007-9 | 1 | 1 | 1 | 3 Good | 11/23/94 | 680 | 00/00/00 | 0 |

Mukasa000247

9: ..............................................................................

SSN    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-1

Name    Fuller, Vera Lucille

         8187 SW 100th St  Rd.

         Ocala                    FL  34481

         (352) 854-6605

Work    Retired

         (000) 000-0000  Ext


DOB   05/14/1923   Sex   F   Ethnic : 1   Blood Type . O +   CMV . + 04/07/97

Comment  ...............................+  By . 120 on 06/30/92 at 11 01

         |Anti E                       |
         |                             |
         |                             |
         |                             |
         |                             |
         |                             |
         |                             |
         .............................+

..............................................................................

|   |            |          |       |        |       |        |      |        | Registration |     | Results |     |
| # | Unit Number | Date     | Group | Site   | Where | Credit | Type | Status | Date         | ID  | Date     | ID  |
|---|-------------|----------|-------|--------|-------|--------|------|--------|--------------|-----|----------|-----|
| 32 | 01 Q77813-0 | 01/18/95 |      | Z007-9 | 1     | 1      | 1    | 3 Good | 01/18/95     | 680 | 00/00/00 | 0 |
| 33 | 01 Q79295-9 | 03/15/95 |      | Z007-9 | 0     | 1      | 1    | 3 Good | 03/21/95     | 671 | 00/00/00 | 0 |
| 34 | 01 Q80271-2 | 05/10/95 |      | Z007-9 | 1     | 1      | 1    | 3 Good | 05/10/95     | 686 | 00/00/00 | 0 |
| 35 | 01 Q80370-8 | 07/05/95 |      | Z009-2 | 0     | 1      | 1    | 3 Good | 07/05/95     | 680 | 00/00/00 | 0 |
| 36 | 01 Q81868-X | 09/20/95 |      | Z009-2 | 0     | 1      | 1    | 3 Good | 09/20/95     | 680 | 00/00/00 | 0 |
| 37 | 04 Q01327-0 | 11/15/95 |      | Z007-9 | 0     | 1      | 1    | 3 Good | 11/15/95     | 681 | 10/31/95 | 839 |
| 38 | 04 Q01596-0 | 01/17/96 |      | Z007-9 | 0     | 1      | 1    | 3 Good | 01/17/96     | 686 | 00/00/00 | 0 |
| 39 | 04 Q02195-4 | 03/13/96 |      | Z011-1 | 0     | 1      | 1    | 3 Good | 03/13/96     | 686 | 00/00/00 | 0 |
| 40 | 04 Q03684-X | 05/16/96 |      | Z011-1 | 0     | 1      | 1    | 3 Good | 05/16/96     | 686 | 00/00/00 | 0 |
| 41 | 04 Q04547-8 | 07/11/96 |      | Z011-1 | 0     | 1      | 1    | 3 Good | 07/11/96     | 490 | 00/00/00 | 0 |
| 42 | 04 Q05912-1 | 09/12/96 |      | Z011-1 | 0     | 1      | 1    | 3 Good | 09/12/96     | 490 | 00/00/00 | 0 |
| 43 | 04 M68075-2 | 12/09/96 |      | Z011-1 | 0     | 1      | 1    | 3 Good | 12/09/96     | 945 | 00/00/00 | 0 |
| 44 | 04 M90196-X | 02/10/97 |      | Z007-9 | 0     | 1      | 1    | 3 Good | 02/10/97     | 945 | 10/31/95 | 839 |
| 45 | 04 R20656-5 | 04/07/97 |      | Z007-9 | 0     | 1      | 1    | 3 Good | 04/07/97     | 945 | 10/31/95 | 839 |

Mukasa000248

ults in microplate order.        batch:- SM040897      page:- 1

| croplate | Sample No. | Pattern | Result | Status | Comments |
|----------|------------|---------|--------|--------|----------|
| 47078 | | | | | |
| 47078 | X 00001 -- -R ++ | | 0 | PENDING | Confirmed |
| 7078 | X 00002 +- +R -+ | | A | POS | Confirmed |
| 47078 | R 30223 -+ +R +- | | B | POS | |
| 47078 | R 30224 +- +R -+ | | A | POS | |
| 47078 | R 30225 +- +R -+ | | A | POS | |
| 47078 | R 30226 -- -R ++ | | 0 | PENDING | |
| 47078 | R 30227 +- +R -+ | | A | POS | |
| 7078 | R 30228 +- +R -+ | | A | POS | |
| 47078 | R 30229 -- +R -+ | | 0 | POS | |
| 47078 | R 20652 +- +R -+ | | A | POS | |
| 47078 | R 20653 -- +R ++ | | 0 | POS ?.SOR? | |

inappropriate
controls.

| 7077 | R 20654 -- +R ++ | | 0 | POS | |
| 7077 | R 20655 -- +R ++ | | 0 | POS | |
| 7077 | R 20656 -- +R ++ | | 0 | POS | |
| 7077 | R 20657 -- +R ++ | | 0 | POS | |
| 7077 | R 09917 -- +R ++ | | 0 | POS | |
| 7077 | R 09918 -- +R ++ | | 0 | PENDING | |
| 7077 | R 09919 -- -R ++ | | 0 | PENDING | |
| 7077 | R 09920 +- +R -+ | | A | POS | |
| 7077 | R 30230 -- +R ++ | | 0 | POS | |
| 7077 | R 30233 -- +R ++ | | 0 | POS | |
| 7077 | R 30234 -+ +R +- | | B | PENDING | |
| 7077 | R 30235 +- +R ++ | | +- +R ++ Anti-M | |

originally typed by
IB6 as 0 Positive.

Resolved on second run
see attached.

| 7076 | R 30236 -- -R ++ | | 0 | PENDING | |
| 7076 | R 30237 +- +R -+ | | A | POS | |
| 7076 | R 30238 +- +R -+ | | A | POS | |
| 7076 | R 30239 +- +R -+ | | A | POS | |
| 7076 | R 30241 -- +R ++ | | 0 | POS | |
| 7076 | R 30242 +- -R -+ | | A | PENDING | |
| 7076 | R 30243 -- +R ++ | | 0 | POS | |
| 7076 | R 27229 -- +R -+ | | 0 | POS | |
| 7076 | R 27771 -- +R ++ | | 0 | POS | |
| 7076 | R 27772 -- +R ++ | | 0 | POS | |
| 7076 | R 27773 -+ +R +- | | B | POS | |
| 7076 | R 27774 -- +R ++ | | 0 | POS | |

..... Continued

Mukasa000249

| Unit Number | | Result | |
|---|---|---|---|
| 04 | L07904-3 | ABO-RH-DU | ERR | No result | O + |
| 04 | L07905-5 | ABO-RH-DU | A + | Updated as A + |
| 24 | L07906-7 | ABO-RH-DU | A + | Updated as A + |
| 04 | L07907-9 | ABO-RH-DU | A + | Updated as A + |
| 04 | L07908-0 | ABO-RH-DU | A + | Updated as A + |
| 04 | L07916-X | ABO-RH-DU | A + | Updated as A + |
| 04 | M93465-2 | ABO-RH-DU | A + | Updated as A + |
| 04 | M93466-4 | ABO-RH-DU | ERR | No result |
| 04 | M93468-8 | ABO-RH-DU | A + | Updated as A + |
| 04 | M93469-X | ABO-RH-DU | ERR | No result |
| 04 | M93470-7 | ABO-RH-DU | ERR | No result |
| 04 | R09917-7 | ABO-RH-DU | O + | Updated as O + |
| 04 | R09918-9 | ABO-RH-DU | ERR | No result |
| 04 | R09919-0 | ABO-RH-DU | ERR | No result |
| 04 | R09920-8 | ABO-RH-DU | A + | Updated as A + |
| 04 | R17326-5 | ABO-RH-DU | O + | Updated as O + |
| 04 | R17327-7 | ABO-RH-DU | O + | Updated as O + |
| 04 | R17328-9 | ABO-RH-DU | ERR | No result |
| 04 | R17329-0 | ABO-RH-DU | B + | Updated as B + |
| 04 | R17330-8 | ABO-RH-DU | A + | Updated as A + |
| 04 | R17331-X | ABO-RH-DU | A + | Updated as A + |
| 04 | R17332-1 | ABO-RH-DU | O + | Updated as O + |
| 04 | R17333-3 | ABO-RH-DU | ERR | No result |
| 04 | R17486-4 | ABO-RH-DU | O + | Updated as O + |
| 04 | R17487-6 | ABO-RH-DU | O + | Updated as O + |
| 04 | R17488-8 | ABO-RH-DU | A + | Updated as A + |
| 04 | R17489-X | ABO-RH-DU | O + | Updated as O + |
| 04 | R17490-7 | ABO-RH-DU | O + | Updated as O + |
| 04 | R17491-9 | ABO-RH-DU | A + | Updated as A + |
| 04 | R17492-0 | ABO-RH-DU | O + | Updated as O + |
| 04 | R17493-2 | ABO-RH-DU | A + | Updated as A + |
| 04 | R17494-4 | ABO-RH-DU | ERR | No result |
| 04 | R17495-6 | ABO-RH-DU | B + | Updated as B + |
| 04 | R17496-8 | ABO-RH-DU | O + | Updated as O + |
| 04 | R17497-X | ABO-RH-DU | O + | Updated as O + |
| 04 | R17498-1 | ABO-RH-DU | ERR | No result |
| 04 | R17499-3 | ABO-RH-DU | O + | Updated as O + |
| 04 | R17502-1 | ABO-RH-DU | O + | Updated as O + |
| 04 | R20652-8 | ABO-RH-DU | A + | Updated as A + |
| 04 | R20653-X | ABO-RH-DU | O + | Updated as O + |
| 04 | R20654-1 | ABO-RH-DU | O + | Updated as O + |
| 04 | R20655-3 | ABO-RH-DU | O + | Updated as O + |
| 04 | R20656-5 | ABO-RH-DU | O + | Updated as O + |
| 04 | R20657-7 | ABO-RH-DU | O + | Updated as O + |
| 04 | R22334-1 | ABO-RH-DU | ERR | No result |
| 04 | R22336-5 | ABO-RH-DU | B + | Updated as B + |
| 04 | R22337-7 | ABO-RH-DU | A + | Updated as A + |
| 04 | R22338-9 | ABO-RH-DU | A + | Updated as A + |
| 04 | R22339-0 | ABO-RH-DU | A + | Updated as A + |
| 04 | R22340-9 | ABO-RH-DU | B + | Updated as B + |
| 04 | R22342-1 | ABO-RH-DU | O + | Updated as O + |
| 04 | R22343-3 | ABO-RH-DU | A + | Updated as A + |
| 04 | R22344-5 | ABO-RH-DU | O + | Updated as O + |

*Old Batch With incorrect Controls.*

*Run Repeated See attached discrepancy resolved with 620680 Will expedite problem to Varuna's report*

*EB 4-9-91*

*Transferred as O Pos*

Mukasa000250



| | | | | | |
|---|---|---|---|---|---|
| 7071 | R 30030 | -- +R ++ | O | POS | |
| 7071 | X 00001 | -- -R ++ | O | NEG | Confirmed |
| ¹071 | X 00002 | ++ +R -- | AB | POS | Confirmed |
| .071 | R 30223 | -+ +R ++ | B | POS | |
| 7071 | R 30223 | +- +R -+ | A | POS | |
| 7071 | R 30225 | +- +R -+ | O | POS | |
| 7071 | R 30226 | -- -R ++ | O | NEG | |
| 7071 | R 30227 | +- +R ++ | O | POS | |
| 7071 | R 30228 | +- +R ++ | A | POS | |
| 7071 | R 30229 | +- +R ++ | O | POS | |
| 7071 | R 20652 | +- +R -+ | A | POS | |
| 7071 | R 20653 | -- +R ++ | O | POS | |
| | | | | | |
| ⁷057 | R 20654 | -- +R ++ | O | POS | |
| 7057 | R 20655 | -- +R ++ | O | POS | |
| ⁷057 | R 20656 | -- -R ++ | O | NEG | |
| 7057 | R 20657 | -- +R ++ | O | POS | |
| ⁷052 | R 09917 | -- +R ++ | O | POS | |
| 7057 | R 09918 | -- -R ++ | O | NEG | |
| ⁷057 | R 09919 | -- -R ++ | O | NEG | |
| 7057 | R 09920 | +- +R -+ | A | POS | |
| 7057 | R 30230 | -- +R ++ | O | POS | |
| 7057 | R 30233 | -- +R ++ | O | POS | |
| ⁷057 | R 30234 | -+ -R +- | B | POS | |
| ⁷057 | R 30235 | +- +R -+ | A | POS | |
| | | | | | |
| .599 | R 30236 | -- -R ++ | O | NEG | |
| .599 | R 30237 | +- +R -+ | A | POS | |
| .99 | R 30238 | +- +R -+ | A | POS | |
| .99 | R 30239 | +- +R -+ | A | POS | |
| .599 | R 30241 | -- +R ++ | O | POS | |
| .599 | R 30242 | +- -R -+ | A | NEG | |
| .599 | R 30243 | -- +R ++ | O | POS | |
| .599 | R 27770 | -- +R ++ | O | POS | |
| .599 | R 27771 | -- +R ++ | O | POS | |
| .599 | R 27772 | -- +R ++ | O | POS | |
| .599 | R 27773 | -+ +R +- | B | POS | |
| .599 | R 27774 | -- +R ++ | O | POS | |

*Typed by IBI — es O negative on repeat run*

..... Continued

Mukasa000251

| ple No. | D | Ctrl | Dur | | Days | | Comm |
|---------|---|------|-----|---|------|---|------|
| L 07904 | O | | O | | | | 4-8-97 San |
| M 93466 | O | | O | | | | |
| M 93469 | O | | O | | | | |
| M 93470 | O | | O | | | | |
| R 09918 | O | | O | | | | |
| R 09919 | O | | O | | | | |
| R 17328 | O | | O | | | | |
| R 17333 | O | | O | | | | manually typed as weak B positive |
| R 17494 | O | | O | | | | |
| R 17498 | O | | O | | | | |
| R 20656 | O | | O 2+ | | O | ✓ | |
| R 22334 | O | | O | | | | |
| R 27777 | O | | O | | | | |
| R 27778 | O | | O | | | | |
| R 27779 | O | | O | | | | |
| R 30063 | O | | O | | | | |
| R 30226 | O | | O | | | | |
| R 30234 | O | | 2+ | | O | ✓ | |
| R 30236 | O | | O | | | | |
| R 30242 | O | | O | | | | |
| R 30800 | O | | O | | | | |
| R 30805 | O | | O | | | | |
| R 30808 | O | | O | | | | |
| R 30810 | O | | O | | | | |
| R 30957 | O | | O | | | | |
| R 30964 | O | | O | | | | |

end of 1)-
..... Continued

Mukasa000252

| | | | | | | | |
|---------|-------|-------|---|---|---|---|---|
| _ 07904 | B | NEG | ⊢ | − | = | + | |
| M 93466 | O | NEG | = | = | = | + | |
| M 93469 | O | NEG | = | = | = | + | |
| M 93470 | O | NEG | = | = | = | + | |
| R 09918 | O | NEG | = | = | = | + | |
| R 09919 | O | NEG | = | = | = | + | |
| R 17328 | O | NEG | = | = | = | + | |
| R 17333 | A | NEG | = | = | = | + | |
| R 17494 | A | NEG | = | = | = | + | |
| R 17498 | A | NEG | = | = | = | + | |
| R 20656 | O | NEG | − | = | − | + | |
| R 22334 | O | NEG | − | − | − | + | |
| R 27777 | A | NEG | − | = | − | + | |
| R 27778 | O | NEG | − | − | − | + | |
| R 27779 | O | NEG | − | − | − | + | |
| R 30063 | A | NEG | − | − | − | + | |
| R 30226 | O | NEG | − | − | − | + | |
| R 30234 | B | POS | − | − | + | + | DU POS DAT NEG |
| R 30236 | O | NEG | − | − | − | + | |
| R 30242 | A | NEG | − | − | − | + | |
| R 30800 | O | NEG | − | − | − | + | |
| R 30805 | O | NEG | − | − | − | + | |
| R 30808 | O | NEG | − | − | − | + | |
| R 30810 | AB | NEG | − | − | − | + | |
| R 30957 | O | NEG | − | − | − | + | |

*result entered as weak 0 negative variance computer problem report submitted.*

Continued

Mukasa000253

```
24  L07904-3  ABO-RH-DU    B  =  Updated as B +, previously entered
24  L07905-5  ABO-RH-DU    A  +  Blood type (A +) previously entered
    L07906-7  ABO-RH-DU    A  +  Blood type (A +) previously entered
    L07907-9  ABO-RH-DU    A  +  Blood type (A +) previously entered
24  L07908-0  ABO-RH-DU    A  +  Blood type (A +) previously entered
24  L07910-X  ABO-RH-DU    A  +  Blood type (A +) previously entered
24  M93465-2  ABO-RH-DU    A  +  Blood type (A +) previously entered
24  M93466-4  ABO-RH-DU    O  =  Updated as O +, previously entered
24  M93468-8  ABO-RH-DU    A  +  Blood type (A +) previously entered
24  M93469-X  ABO-RH-DU    A  =  Updated as A =
24  M93470-7  ABO-RH-DU       =  Updated as O +, previously entered
24  R09917-7  ABO-RH-DU    O  +  Blood type (O +) previously entered
24  R09918-9  ABO-RH-DU    O  =  Updated as O +, previously entered
24  R09919-0  ABO-RH-DU    O  =  Updated as O +, previously entered
24  R09920-6  ABO-RH-DU    A  +  Blood type (A +) previously entered
24  R17326-5  ABO-RH-DU    O  +  Blood type (O +) previously entered
24  R17327-7  ABO-RH-DU    O  +  Blood type (O +) previously entered
24  R17328-9  ABO-RH-DU    O  =  Updated as O +, previously entered
24  R17329-0  ABO-RH-DU    B  +  Blood type (B +) previously entered
24  R17330-8  ABO-RH-DU    A  +  Blood type (A +) previously entered
24  R17331-X  ABO-RH-DU    A  +  Blood type (A +) previously entered
24  R17332-1  ABO-RH-DU    O  +  Blood type (O +) previously entered
24  R17333-3  ABO-RH-DU    A  ==  Updated as A =
24  R17486-4  ABO-RH-DU    O  +  Blood type (O +) previously entered
    R17487-6  ABO-RH-DU    O  +  Blood type (O +) previously entered
24  R17488-8  ABO-RH-DU    A  +  Blood type (O +) previously entered
24  R17489-X  ABO-RH-DU    O  +  Blood type (O +) previously entered
24  R17490-7  ABO-RH-DU    O  +  Blood type (O +) previously entered
24  R17491-9  ABO-RH-DU    O  +  Blood type (O +) previously entered
24  R17492-0  ABO-RH-DU    O  +  Blood type (O +) previously entered
    R17493-2  ABO-RH-DU    A  +  Blood type (A +) previously entered
    R17494-4  ABO-RH-DU    A  ==  Updated as A =
    R17495-3  ABO-RH-DU    B  +  Blood type (B +) previously entered
    R17496-8  ABO-RH-DU    O  +  Blood type (O +) previously entered
    R17497-X  ABO-RH-DU    O  +  Blood type (O +) previously entered
    R17498-1  ABO-RH-DU    A  ==  Updated as A =
    R17499-3  ABO-RH-DU    O  +  Blood type (O +) previously entered
    R17500-1  ABO-RH-DU    O  +  Blood type (O +) previously entered
    R20651-8  ABO-RH-DU    A  +  Blood type (A +) previously entered
    R20653-X  ABO-RH-DU    O  +  Blood type (O +) previously entered
    R20654-1  ABO-RH-DU    O  +  Blood type (O +) previously entered
    R20655-3  ABO-RH-DU    O  +  Blood type (O +) previously entered
    R20656-5  ABO-RH-DU    O  ==  Blood type mismatch - NOTIFY SUPERVISOR
    R20657-7  ABO-RH-DU    O  +  Blood type (O +) previously entered
    R22334-1  ABO-RH-DU    O  ==  Updated as O =
24  R22336-5  ABO-RH-DU    B  +  Blood type (A +) previously entered
24  R22337-7  ABO-RH-DU    A  +  Blood type (A +) previously entered
24  R22338-9  ABO-RH-DU    A  +  Blood type (A +) previously entered
24  R22339-0  ABO-RH-DU    A  +  Blood type (A +) previously entered
    R22340-8  ABO-RH-DU    B  +  Blood type (B +) previously entered
24  R22342-1  ABO-RH-DU    O  +  Blood type (O +) previously entered
24  R22343-3  ABO-RH-DU    A  +  Blood type (A +) previously entered
24  R22344-5  ABO-RH-DU    O  +  Blood type (O +) previously entered
```

*(handwritten annotations in right margin: "New Batch with Correct Control", "Installed Procedure", "Unit typed manually Computer report Submitted for ABO/Rh correction")*

Mukasa000254

PATIENT WORKSHEET
ABO GROUPING, Rh TYPING, ANTIGEN TYPING,
DIRECT COOMBS, COMPATIBILITY, ANTIBODY SCREEN AND RPR

PATIENT NAME: Donor's

HOSP. NO.

DATE SPEC DRAWN

SPEC NO OR COMPONENT

AUTO DONOR NO. AB SCREEN

**FORWARD GROUP**

| | ANTI-A | ANTI-B | ANTI-A,B | ANTI-A₁ Lec. |
|---|---|---|---|---|
| | 0 | 0 | | |

ANTI-D — 0
Rh CONTROL — 0

**Rh TYPE**: ANTI-D, Rh CONTROL, ANTI-D saline, Dᵁ TEST, Dᵁ CONTROL

**R**: A₁ CELLS — 3+ ; B CELLS — 3+

Handwritten notes:
- Mh 04R20658-5 (tube)
- 97 04R20658-5 (segment)
- SM reagent rack QC 109 for Wed. 4-9-97

DATE: 4-9-97
INCUBATOR NO.
TEMPERATURE: 37

INTERP: O posi / O posi

**Reportable Event Form**

Location _____ CRBI _____  Log Number: _____

Reported By: _NCRH Hospital Staff_ Date: _4-24-97_

Completed By: _EBunting_  Date: _4-24-97_

Unit Number: _04R17271-7, 04L07823-1_  Product: _packed RBLs -_

Date Occurred: _4-24-97_  Date Discovered: _4-24-97_

Individuals involved: _Sam Mukasa_

Procedure Name: _Unit ABO/Rh typing / crossmatching_

**TYPE**
- ☑ Technical
- ☐ Clerical
- ☐ Labeling
- ☐ Computer
- ☐ Other

**AREA**
- ☐ Donor Registration
- ☑ Laboratory
- ☐ Components
- ☐ Inventory/Shipping
- ☐ Donor Collection
- ☐ Other _____

DESCRIPTION: _Patient sample received for crossmatching. Pt ABO/Rh type was A negative. 5 Units of blood were requested. Tech crossmatche_

ACTION TAKEN: _____
_____ (See reverse) _____

NEEDS TO BE COMPLETED: _n/a_____

_____

FINAL DISPOSITION OF UNIT: _____

ANALYSIS
Was SOP followed?   Yes ☐   No ☑   If No, why not?

_____

What can be done to prevent re-occurrence?

_____

_____

SEND COPIES TO: _____   _____

_____   _____

PERSONNEL INVOLVED AND NOTIFIED:

_____   _____
Signature                  Date

_____   _____
Signature                  Date

Follow-up Completed by _____  Date _____

Reviewed by _____  Date _____

DEFENDANT'S
EXHIBIT NO. 10
FOR IDENTIFICATION
Mukasa
DATE: 5/1/00 RPTR: JW

Mukasa000183

Two units of A Positive Packed cells for the patient and tagged units as A negative. Unit confirmations were documented as ABO/Rh by tech A negative (0 negative)..

Notified by Hospital staff at NCRH, of discrepancy. Segments from units were re-typed and confirmed as A Rh Positive.

Two O negative units were pulled and crossmatched for the patient.

Tech involved was terminated 4-24-97 due to this error and 8 subsequent typing errors since October 1996. all errors involved ABO/Rh typing discrepancies... probable cause: is Tech is not paying attention to detail.

Mukasa000236

# REQUEST REPORT FORM OF IMMUNOHEMATOLOGY SERVICES

**Civitan**
REGIONAL BLOOD SERVICES

Log # ‏١١٩٤٤٤
Date/Time
Rec'd CRBC

CRBC PREVIOUS RECORDS (✓)

SSN # 50-990

## Required Patient Information:

Name: Last, First ‏١٠٦٣١٢ ‏ﻫ، ﻣﻮﻛﺎﺳﺎ

Hospital Name ‏ﺍﻟﺮﻳﺎﺽ

SSN # ‏٥٢٧٠ - ‏٥٥ - ‏٢٠٢٦

Diagnosis/Comments ‏ﻧﺰﻳﻒ ﺑﻌﺪ ﺍﻟﻮﻻﺩﺓ

Race: Caucasian ☑ Black ☐ Oriental ☐ Other ☐

Medications Currently Prescribed

Transfusion History (Red cells and Components):

| Dates | |
|---|---|
| # Units | |

Obstetric History: Para ___4___ Gravida ___

Requesting MD ‏ﺍﻟﺮﻳﺎﺽ

Initials of person completing request form

Date/Time ‏٤/٣١/٩٧

CRBC Form 409

## Sample Requirements:

Minimum Quantity

(1) 7cc Anticoagulated Blood
(2) 10-15cc Red Top Tube

Label: Samples must be labeled with patient's full name, social security #, date collected and initials of person collecting samples.

**SAMPLES WILL NOT BE ACCEPTED IF ABOVE REQUIREMENTS ARE NOT MET OR IF LABEL INFORMATION DOES NOT MATCH REQUEST.**

## Services Requested:

☑ Type and Crossmatch
Component: ___5___ # units PC
☐ ABO/Rh
☐ Type & Screen
☐ Direct Coombs Evaluation
☐ Antibody Identification
☐ Neonatal Evaluation
☐ Rh Immune Globulin Candidate
☐ Other
☐ Emergency Release STAT
(uncrossmatched)
Date & Time
Needed

**All components are subject to blood availability.**

## REPORT

Patient ABO ___A___ / RH POS

Antibody Screen ‏ﺳﺎﻟﺐ

Antibody Identified

Direct Coombs

Poly ___ Anti IgG ___ Anti C'3 ___

Elution

Pt Antigen Testing

Comments:

Tech ‏٩٤ Date/Time ‏٤/٣١/٩٧

HOSPITAL - WHITE    LAB - YELLOW    CHARGE - PINK
HARD INDEX CARD - OVER

692

Mukasa000243

# CIVITAN REGIONAL BLOOD CENTER COMPATIBILITY TESTING RECORD

Name: Crexer George
Last | First | Middle

Hosp AIC 4/1

SSN # 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

CRBC Log #  02G 42696 3

| | | | Cell Typing | | | | | | | | Reverse Grouping | | | ABO/Rh Interpretation | Date/Tech |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Anti A | Anti B | Anti A,B | Anti D | D^u Cont | D^u | A_1 Cells | B Cells | | | | | A Pos | 4/29/97 5am |
| | 4+ | 0 | | 13 | 0 | 0 | 0 | 0 | 0+ | | | | | |

| Com ponent | Exp Date | Donor Number | ABO/ Rh | RETYPE | | | | Type | SPECIAL ANTIGEN | | | | LISS | | | INTERP | Tech / Date | Interp by |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Anti A | Anti B | Anti A,B | Du | | Anti A | Anti A,B | Anti B | Anti D | 37C | IAT | CK | | | |
| RBC | 5/4/97 | 104R17434-1 | A= | 4+ | 0 | | 0 | A | | | | | 0 | 0 | / | Comp | 6sm 4/29/97 | |
| RBC | 5/4/97 | 204R17271-7 ✓ | A= | 4+ | 0 | | 0 | A | | | | | 0 | 0 | / | Comp | 6sm 4/29/97 | |
| RBC | 5/4/97 | 104R20067-2 | A= | 4+ | 0 | | 0 | A | | | | | 0 | 0 | / | Comp | 6sm 4/29/97 | |
| RBC | 5/4/97 | 104R37401-4 | A- | 4+ | 0 | | 0 | A | | | | | 0 | 0 | / | Comp | 6sm 4/29/97 | |
| | 5/4/97 | 504L07823-1 ✓ | A= | 4+ | 0 | | 0 | A | | | | | 0 | 0 | / | Comp | 6sm 4/29/97 | |
| | | 6 | | | | | | | | | | | | | | | | |
| | | 7 | | | | | | | | | | | | | | | | |
| | | 8 | | | | | | | | | | | | | | | | |

24R17271-7 and 04L07823-1 are Apos RBCs and type as Apos from segment
LWJ 4/30/97

## ANTIBODY SCREEN

| | LISS | | |
|---|---|---|---|
| | 37C | IAT | CK |
| CELL 1 | 0 | 0 | / |
| CELL 2 | 0 | 0 | / |
| AUTO | 0 | 0 | / |

CRBC Form 409  8/93

## DIRECT ANTIGLOBULIN TEST

| Poly | Anti IgG | Anti C3 | Interpretation |
|---|---|---|---|
| | | | NEG ☐ |
| | | | POS ☐ |

Interpretation: NEG ☒  POS ☐   Date/Tech: 6sm 4/29/97

## ANTIBODY IDENTIFICATION

## COMMENTS:

Rev by: LWJ

Date: 4/30/97

KEY TO SYMBOLS
0 No Hemolysis or Agglutination
A Reactant
H Hemolysis
? Possible Control
C Cells Agglutinated
M Microscopic
W Weak Reaction
S Strong Reaction
mf Mixed Field
+ Addition strength of Agglutination
Abbreviation
Comp Compatible
IAT Indirect Ant. Glob
LISS Low Ionic Str
CK Check Cell
Pos Positive
Neg Negative
Sec Dept QC Status
Per Request Lot No. A
Exp Dec

## NATURE COAST STOCK INVENTORY SHEET

| DATE SENT & INIT. | DATE USED & INIT. | PATIENT NAME | UNIT # | Seg. # | Gr/Rh | OUTDATE |
|---|---|---|---|---|---|---|
| 4-3-97 | 4/24/97 | 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 Creter George | 04 L 07823 ① ✓ | 655X2109 | (A+) | 5-14-91 |
| 4-3-97 | | | 04 R 17271 ⑦ ✓ | 662J5190 | (A+) | 5-14-91 |
| 4-3-97 | | | 04 R 17439 ① ✓ | 662K4919 | A= | 5-14-97 |
| 4-3-91 | | | 04 R 32087 ② ✓ | 661C3132 | A= | 5-14-97 |
| 4-3-97 | ▽ | ◁ | 04 R 37401 ④ ✓ | 661C4495 | A= | 5-14-97 |
| 4-3-97 | | | 04 L 07825 ⑤ | 662K5350 | B+ | 5-14-97 |
| 4-3-97 | | | 04 L 07807 ① | 662J6988 | B+ | 5-14-97 |
| 4-3-97 | | | 04 R 30689 ⓪ | 661C3191 | B= | 5-14-97 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

ORM JS/12/94
ED EXCLUSIVELY BY GAINESVILLE LABORATORY

REVIEWED BY: _Liana_ _____ /DATE: 4/3/97

This form is to be initialed by the responsible individual at the DATE SENT and DATE USED boxes

Mukasa000238

**Civitan Regional Blood System**

**COMPATIBILITY AND TRANSFUSION RECORDS**

**To be completed by blood bank tech.**

### Patient Information
Name Creter George
NCRH
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          Sex M
                     Age
Doctor McCoy / Stamper   Room
ABO A  Rh Neg   Antibody Screen Neg
Antibody Identification

### Unit Information
Number 04R17439-1
Component RBC
Volume
Expiration Date 14 May 97
ABO A  Rh Neg
Negative Antigens

### CROSSMATCH INTERPRETATION
This unit is compatible with/suitable for this patient. Tech ___ Sam ___ Date 24 April 97

DO NOT INFUSE AFTER: Date 04/27/97   Time 2359.   AM (PM)

Work Performed at: CRBC- Gainesville

**To be completed by transfusionist.**

| TRANSFUSION | DATE | TIME |
|-------------|------|------|
| Started     |      |      |
| Ended       |      |      |
| Volume Infused |   |      |

I have properly identified the recipient with the above information and found the above information identical with unit label and patient identification.
Signature Administer By _____ MD/RN Date ___
Information Verified By _____ MD/RN

### REACTION
Time ___ / ___ MD/RN
If a reaction occurs STOP TRANSFUSION IMMEDIATELY. KEEP IV LINE OPEN WITH NORMAL SALINE, NOTIFY THE PHYSICIAN and follow the directions listed on back of tag.

*Record vital signs on patients chart flowsheet • Place top white copy on patient's chart. Return bottom tag to the blood bank.*

White - Chart Copy      Pink - CRBS Charge      Tag - Return to CRBS

---

**Civitan Regional Blood System**

**COMPATIBILITY AND TRANSFUSION RECORDS**

**To be completed by blood bank tech.**

### Patient Information
Name Creter George
NCRH
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          Sex M
                     Age
Doctor McCoy / Stamper   Room
ABO A  Rh Neg   Antibody Screen Neg
Antibody Identification

### Unit Information
Number 04R17271-7
Component RBC
Volume
Expiration Date 14 May 97
ABO A  Rh Neg
Negative Antigens

### CROSSMATCH INTERPRETATION
This unit is compatible with/suitable for this patient. Tech ___ Sam ___ Date 24 April 97

DO NOT INFUSE AFTER: Date 04/27/97   Time 2359   AM (PM)

Work Performed at: CRBC- Gainesville

**To be completed by transfusionist.**

| TRANSFUSION | DATE | TIME |
|-------------|------|------|
| Started     |      |      |
| Ended       |      |      |
| Volume Infused |   |      |

I have properly identified the recipient with the above information and found the above information identical with unit label and patient identification.
Signature Administer By _____ MD/RN Date ___
Information Verified By _____ MD/RN

### REACTION
Time ___ / ___ MD/RN
If a reaction occurs STOP TRANSFUSION IMMEDIATELY. KEEP IV LINE OPEN WITH NORMAL SALINE, NOTIFY THE PHYSICIAN and follow the directions listed on back of tag.

*Record vital signs on patients chart flowsheet • Place top white copy on patient's chart. Return bottom tag to the blood bank.*

White - Chart Copy      Pink - CRBS Charge      Tag - Return to CRBS

Mukasa000239

## Civitan Regional Blood System

**To be completed by blood bank tech.**

### Patient Information

Name Creter George
NCRH
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
Doctor McCoy/Stamper
ABO A   Rh Neg   Antibody Screen Neg
Antibody Identification

Sex M
Age
Room

### Unit Information

Number 04L07823-1
Component RBC
Volume —
Expiration Date 19 May 97
ABO A   Rh Neg
Negative Antigens

### CROSSMATCH INTERPRETATION

This unit is compatible with/suitable for this patient.   Tech _____ Sam   Date 24 April 97

DO NOT INFUSE AFTER:   Date 04/27/97   Time 2359.   AM (PM)

Work Performed at: CRBC - Gainesville

**To be completed by transfusionist.**

| TRANSFUSION | DATE | TIME |
|---|---|---|
| Started | | |
| Ended | | |
| Volume Infused | | |

I have properly identified the recipient with the above information and found the above information identical with unit label and patient identification.
Signature Administer By _____ MD/RN Date
Information Verified By _____ MD/RN

**REACTION**

Time _____ / _____ MD/RN
If a reaction occurs STOP TRANSFUSION IMMEDIATELY KEEP IV LINE OPEN WITH NORMAL SALINE, NOTIFY THE PHYSICIAN and follow the directions listed on back of tag.

Record vital signs on patients chart flowsheet • Place top white copy on patient's chart. Return bottom tag to the blood bank.

White - Chart Copy     Pink - CRBS Charge     Tag - Return to CRBS

**COMPATIBILITY AND TRANSFUSION RECORDS**

---

## Civitan Regional Blood System

**To be completed by blood bank tech.**

### Patient Information

Name _____
_____
_____
Doctor _____
ABO _____ Rh _____ Antibody Screen _____
Antibody Identification

Sex _____
Age _____
Room _____

### Unit Information

Number _____
Component _____
Volume _____
Expiration Date _____
ABO _____ Rh _____
Negative Antigens

### CROSSMATCH INTERPRETATION

This unit is compatible with/suitable for this patient.   Tech _____   Date _____

DO NOT INFUSE AFTER:   Date _____   Time _____   AM   PM

Work Performed at: _____

**To be completed by transfusionist.**

| TRANSFUSION | DATE | TIME |
|---|---|---|
| Started | | |
| Ended | | |
| Volume Infused | | |

I have properly identified the recipient with the above information and found the above information identical with unit label and patient identification.
Signature Administer By _____ MD/RN Date
Information Verified By _____ MD/RN

**REACTION**

Time _____ / _____ MD/RN
If a reaction occurs STOP TRANSFUSION IMMEDIATELY KEEP IV LINE OPEN WITH NORMAL SALINE, NOTIFY THE PHYSICIAN and follow the directions listed on back of tag.

Record vital signs on patients chart flowsheet • Place top white copy on patient's chart. Return bottom tag to the blood bank.

White - Chart Copy     Pink - CRBS Charge     Tag - Return to CRBS

**COMPATIBILITY AND TRANSFUSION RECORDS**

Mukasa000240

**Civitan Regional Blood System**

To be completed by blood bank tech.

**Patient Information**

Name: Creter George
NCRH
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
Doctor McCoy/Stamper
ABO A   Rh Neg   Antibody Screen Neg
Antibody Identification

**Unit Information**

Number 04R32087-2
Component RBC
Volume
Expiration Date 14 May 97
ABO A   Rh Neg
Negative Antigens

Sex M
Age
Room

**CROSSMATCH INTERPRETATION**

This unit is compatible with/suitable for this patient.  Tech _____ Sam _____ Date 24 Apr 97

DO NOT INFUSE AFTER:  Date 04 / 27 / 97   Time 2359 .   AM  PM

Work Performed at: CRBC - Gainesville

To be completed by transfusionist.

| TRANSFUSION | DATE | TIME |
|---|---|---|
| Started | | |
| Ended | | |
| Volume Infused | | |

I have properly identified the recipient with the above information and found the above information identical with unit label and patient identification.
Signature Administer By _____ MD/RN Date _____
Information Verified By _____ MD/RN

**REACTION**

Time _____ / _____ MD/RN
If a reaction occurs STOP TRANSFUSION IMMEDIATELY, KEEP IV LINE OPEN WITH NORMAL SALINE, NOTIFY THE PHYSICIAN and follow the directions listed on back of tag.
Record vital signs on patients chart flowsheet • Place top white copy on patient's chart. Return bottom tag to the blood bank.

White - Chart Copy      Pink - CRBS Charge      Tag - Return to CRBS

**COMPATIBILITY AND TRANSFUSION RECORDS**

---

**Civitan Regional Blood System**

To be completed by blood bank tech.

**Patient Information**

Name: Creter George
NCRH
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
Doctor McCoy/Stamper
ABO A   Rh Neg   Antibody Screen Neg
Antibody Identification

**Unit Information**

Number 04R37401-4
Component RBC
Volume
Expiration Date 14 May 97
ABO A   Rh Neg
Negative Antigens

Sex M
Age
Room

**CROSSMATCH INTERPRETATION**

This unit is compatible with/suitable for this patient.  Tech Sam   Date 24 Apr 97

DO NOT INFUSE AFTER:  Date 04 / 27 / 97   Time 2359   AM  PM

Work Performed at: CRBC - Gainesville

To be completed by transfusionist.

| TRANSFUSION | DATE | TIME |
|---|---|---|
| Started | | |
| Ended | | |
| Volume Infused | | |

I have properly identified the recipient with the above information and found the above information identical with unit label and patient identification.
Signature Administer By _____ MD/RN Date _____
Information Verified By _____ MD/RN

**REACTION**

Time _____ / _____ MD/RN
If a reaction occurs STOP TRANSFUSION IMMEDIATELY, KEEP IV LINE OPEN WITH NORMAL SALINE, NOTIFY THE PHYSICIAN and follow the directions listed on back of tag.
Record vital signs on patients chart flowsheet • Place top white copy on patient's chart. Return bottom tag to the blood bank.

White - Chart Copy      Pink - CRBS Charge      Tag - Return to CRBS

**COMPATIBILITY AND TRANSFUSION RECORDS**

Mukasa000241

## PATIENT WORKSHEET
### ABO GROUPING, Rh TYPING, ANTIGEN TYPING,
### DIRECT COOMBS, COMPATIBILITY, ANTIBODY SCREEN AND BFP

DATE: April 24 1997

INCUBATOR NO: 2 3/4

TEMPERATURE: (RANGE 37°C 5')

| HOSP NO | DATE SPEC DRAWN | SPEC NO OR COMPONENT | AUTO DONOR NO AB SCREEN | FORWARD GROUP | | | | REVERSE | | Rh TYPE | | | | | INCUBATION | | | | | | | INTERPRETATION TECH INIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ANTI-A | ANTI-B | ANTI-A,B | ANTI-A,Lec / ANTI-D CD05FR22 | ANTI-D CONTROL | A₁ CELLS | B CELLS | Rh CONTROL | ANTI-D TEST saline | Du TEST | Du CONTROL | BFP | DAT IGS/F | D:AG IGS/F | D:C,E IGS/F | SAL saline spin | IS2 | A&G | AHG | CCC | |
| | | | | 4+ 0 | 4+ 0 | | 2+ 0 / 4+ 0 | | | | | | | | | | | | | | | | | A positive / A positive |

REAGENT LOT NO: _____

Rack QC log for TWUWS 4-24-97



CIVITAN REGIONAL BLOOD CENTER
GAINESVILLE, FLORIDA

PATIENT WORKSHEET
ABO GROUPING, Rh TYPING, ANTIGEN TYPING,
DIRECT COOMBS, COMPATIBILITY, ANTIBODY SCREEN AND RPR

DATE: April 24, 1997
INCUBATOR NO 2
TEMPERATURE 37 (RANGE 17°C)

from segments

4/24/97  04L07/23-1  A positive
4/24/97  04R17271-7  A positive

See reagent rack Q.C. log for 7 runs 4-24-97

Mukasa000184



# Civitan

## REGIONAL BLOOD SYSTEM

### 1221 N.W. 13th Street • Gainesville, Florida 32601 • (352) 334-1000

| SSN | SEX | ETHNIC | STUDENT | NEW CARD | DATE DRAWN |
|---|---|---|---|---|---|
| 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-2 | M | 1 | | N | |

| CALL OK? | BIRTHDATE | # PREV DONATIONS | PREVIOUS REACTION |
|---|---|---|---|
| Y | 05/05/54 | 51 | |

| CALL STATUS | HLA TYPING |
|---|---|
| K | |

| CALL OK? | HLA TYPING DATE | LAST DONATION DATE |
|---|---|---|
| Y | | 10/14/96 |

**CREDIT FOR:**
INDIVIDUAL
FREE BLOOD PLAN

DOCUMENTS:
BAG: VECUN.

REMARKS

REFERRAL REASON | NUMBER | NEXT DONATION DATE | INITIALS

LAB ONLY

ANTIBODIES

POSITIVE ANTIGENS

NEGATIVE ANTIGENS

| LAB ONLY | | MADE | QUAR. | DISCARD |
|---|---|---|---|---|
| | RPFP | | | |
| | RPU | | | |
| | RPF | | | |
| | XFFP | | | |
| | FFP | | | |
| | CRYO | | | |
| | LEUK | | | |
| | PLAT | | | |
| | XPC | | | |
| | PC | | | |
| | WB | | | |
| INITIALS | | | | |

### DONOR ROOM ONLY

| EXAMINER | HLA | PULSE 44 | TEMP 43 | ARM INSPEC 46 |
|---|---|---|---|---|
| D | | 88 | 79.9 °F | |

| BAG TYPE | CuSO4 42 | HGB/HEMAT 42 | B/P 43 |
|---|---|---|---|
| | PASS | | 120/65 |

| | CPDA 1 | ADDITIVE | FIRST STICK |
|---|---|---|---|
| BAG PREP | VP | START TIME |

FRONT DESK
ENTERED

DC | AMOUNT DRAWN | END TIME
ML

DONATION RESULTS

| BAG PREP | VP | SECOND STICK |
| | | START TIME |

DC | AMOUNT DRAWN | END TIME

| CMV | CMV DATE | BLOOD TYPE |

**04 P 05754**

| LAB CMV | INITIALS | LAB TYPE | INITIALS |
|---|---|---|---|
| | | O Neg | Sam |

BAG LOT NUMBER

DONORMATIC ☐  FENWAL ☐

SCALE NUMBER

COMMENTS

SECOND UNIT NUMBER
SECOND STICK ONLY

SAM

CMV

Mukasa0C0287

# Schedule

Run Date 9/12/97

**Monday, September 01, 1997 to Tuesday, September 30, 1997**

| Name | Position | M 1 | T 2 | W 3 | H 4 | F 5 | S 6 | S 7 | M 8 | T 9 | W 10 | H 11 | F 12 | S 13 | S 14 | M 15 | T 16 | W 17 | H 18 | F 19 | S 20 | S 21 | M 22 | T 23 | W 24 | H 25 | F 26 | S 27 | S 28 | M 29 | T 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeff | Immuno | H | D | D | D | D | X | | D | D | D | D | D | | | D | D | D | D | D | | D | D | V | D | D | D | | | D | D |
| Leia | Immuno | H | D | D | D | D | | E | D | D | D | D | D | | E | D | D | D | D | | E | D | D | D | D | D | D | | E | D | D |
| Fang-zhu | | H | D | D | | | | | D | D | D | D | D | | | D | D | D | D | D | | D | D | D | D | D | D | | | D | D |
| Arlene | | D | D | D | D | D | | E | D | D | D | D | D | E | | D | D | D | D | D | E | D | D | D | D | D | D | E | | D | D |
| Sylvia | | H | D | D | D | D | | | D | D | D | D | D | | | D | D | D | D | D | | D | D | D | D | D | D | | | D | D |
| Denise | | H | D | D | D | D | X | | D | D | D | D | D | | | D | D | D | D | D | | D | D | D | D | D | D | | | D | D |
| Tammy | | D | D | D | D | D | | | D | D | D | D | D | | | D | D | D | D | D | | D | D | D | D | D | D | | | D | D |
| Marilyn | | H | D | D | D | D | | E | D | D | D | D | D | | E | D | D | D | D | D | E | D | D | D | D | D | D | E | | D | D |
| Audrea | | E | D | D | D | D | | | D | D | D | D | E | | | D | D | D | D | D | | D | D | D | D | D | D | | | D | D |
| Betty | 10 30-3 30 | | D | D | D | D | | | D | D | D | D | | | | D | D | D | D | D | | B | D | D | D | D | D | | | D | D |
| Earl | | H | E | E | E | E | E | | E | E | E | E | E | E | | E | E | E | X | X | | E | E | X | X | X | X | | | E | E |
| Tomy | | H | E | E | E | E | X | | E | E | E | E | E | | | E | E | D | X | X | | E | E | E | X | X | | | E | E |
| Shon | | E | E | E | E | E | | | E | E | E | E | E | E | E | E | E | E | E | E | | E | E | E | E | E | E | | | E | E |
| Mark | | E | H | H | E | E | | | E | E | E | E | E | | | E | E | E | E | E | | E | E | E | E | E | E | | | E | E |
| Cheryl | | H | V | V | V | V | | | E | E | E | E | E | | | V | E | E | E | E | | E | E | E | E | E | E | | | E | E |
| Jennifer | | H | E | E | E | E | | | E | E | E | E | E | | | E | E | V | E | E | | E | E | E | E | E | E | | | E | E |
| Barbara | | E | | E | E | E | | | E | E | E | E | E | E | E | E | E | E | E | E | | E | E | E | E | E | E | | | E | E |
| Strella | | | | | E | E | | | E | E | E | E | E | X | | E | E | E | E | E | | E | E | E | E | E | E | | | E | E |
| Ken | | | E | | | E | E | | | | | | E | E | E | E | | | | | | E | | | | E | E | E | E | E | E |
| Kelly | | | | | | E | E | | | | | | X | X | | E | | | | | | E | | | | | X | X | | E | E |

# Schedule

Friday, August 01, 1997 to Sunday, August 31, 1997

| Name | Position | F 1 | S 2 | S 3 | M 4 | T 5 | W 6 | H 7 | F 8 | S 9 | S 10 | M 11 | T 12 | W 13 | H 14 | F 15 | S 16 | S 17 | M 18 | T 19 | W 20 | H 21 | F 22 | S 23 | S 24 | M 25 | T 26 | W 27 | H 28 | F 29 | S 30 | S 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeff | Immuno | V | X | X | D | D | D | D | D | X | X | V | V | V | V | D | X | D | D | D | D | D | D |  |  | D | D | D | D |  | X | X |
| Leila | Immuno | D | E | E | D | D | D | D | D |  |  | D | D | D |  | D | X | D | D | D | D | D | D | E | E | D | D | D | D | D | X |  |
| Fangzhu | T-Immuno | D |  |  | D | D | D | D | D |  |  |  | D | D | D |  |  | D | D |  | D | D | D |  |  | D | D | D | D |  |  |  |
| Arlene |  | D |  | E | D | D | D | D | D |  |  | D | D | D | D | E | E | E | D |  |  |  | D |  |  | D | D | D | D | D | X |  |
| Sylvia |  | D |  | E | D | D | D | D | D | E | E | D | D | D | D | E |  | D | D | D | D |  | X |  |  | D | D | D | D | D | E |  |
| Denise |  | D | E |  | D | D | D | D | D | E | E | D | D | D | V | D |  | D | D | D | D | D | D | X | X | D | D | D | D | D | E |  |
| Tammy | T | T |  |  | D | D | D | X | D |  |  | D | D | D | V | V | D |  | D | D | D | V | V |  |  | D | D | D | D | D |  |  |
| Marilyn |  | D | E | E | D | D | D | D | D | E | E | D | D | D | E |  |  |  |  |  | D | D | X |  |  | D | D | D | D | D | E | E |
| Audrea |  | D | E | E | D | D | D | D | D | E | E | D | D | D | V | V |  |  | D | D | D | V | D |  |  | D | D |  | D | D | E | E |
| Betty | 10 30-3 30 | D | E | E | D | D | D | D | D |  |  | D | D | D |  | D |  |  | D | D | D | D | D |  | E | D | D | D | D | D | E | E |
| Renee |  | D |  |  | D | D | D | D | D |  |  | V | D | D | D |  |  | V | V | D | D | D | D |  |  |  |  |  | D |  |  | E |
| Earl |  | E | E | E | D | D | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E |  | E | E | E | E | E | E | E | E |
| Tomy |  | E | E | E | E | E | E | E | E | X | X | E | E | E | E | E | E | E | E | E | E | E | E |  | E | E | E | E | E | E | E | E |
| Shon |  | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E |
| Mark |  | E | E | E | E | E | E | E | E | E | E | V | E | V | E | E | E | E | E | E | E | E | E |  |  | E | E | E | E | E | X | X |
| Cheryl |  | X |  |  | D | D | E | X | E |  |  | E | E | E | T | E |  | E | E | E | E | E | E |  |  | E | E | E | E | X |  |  |
| Jennifer |  |  | E | E | T | T | T | D | E | E | E | T | T | T | T |  |  | E | E | E | E | E |  |  |  | T | T | T | T | T | E | E |
| Barbara |  | T | E | E | T | T | T | T | E | E | E | T | T | T | T | E | E | E | E | E | T | T | T | E | E | T | T | T | T |  | E | E |
| Strella |  |  | E | E | T | T | T | X |  | E | E | T | T | T | T | X |  | E | E | E | T | T | T | E | E | T | T | T | T |  | E | E |
| Ken |  |  | E | E |  | T | T | X |  | E | E |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | T | T | T | T | E | E |
| Kelly |  |  |  |  | D |  |  |  |  | E | E |  |  |  | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | E | E |

Mukasa1732

# Schedule

**Tuesday, July 01, 1997 to Thursday, July 31, 1997**

| Name | Position | T 1 | W 2 | H 3 | F 4 | S 5 | S 6 | M 7 | T 8 | W 9 | T 10 | F 11 | S 12 | S 13 | T 14 | W 15 | T 16 | H 17 | F 18 | S 19 | S 20 | M 21 | T 22 | W 23 | H 24 | F 25 | S 26 | S 27 | M 28 | T 29 | W 30 | H 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeff | Immuno | D | D | D | H | | | D | D | D | D | D | E | | | | | D | | | | D | D | D | D | D | X | X | V | V | D | V |
| Leila | Immuno | D | D | D | E | E | | D | D | D | D | D | | | | | | H | | | | D | D | D | D | D | E | E | D | D | D | T |
| Fangzhu | T-Immuno | D | D | | E | E | | D | D | T | T | D | E | D | D | D | D | D | | | | D | T | T | T | T | E | E | T | T | T | T |
| Arlene | | V | V | D | H | | E | D | D | V | V | D | | D | D | D | | | | | | D | D | D | D | D | | | D | D | D | D |
| Sylvia | | D | D | D | E | E | | D | D | D | V | D | E | D | D | D | | | | | | D | D | D | D | D | | | D | D | D | D |
| Denise | | D | D | D | E | | | D | D | T | V | D | | | D | D | | | E | | | D | D | D | D | D | | | D | D | D | D |
| Tammy | | V | D | D | V | | | D | D | T | V | D | | D | D | V | | | E | | | D | D | D | T | T | | | D | D | D | T |
| Marilyn | | D | D | D | H | | | D | D | D | D | D | | | | | | | | | | D | | | | | | | | | | D |
| Audrea | | D | D | D | H | | | D | D | D | D | D | | D | | D | D | D | | | | D | | | D | | | | D | D | D | |
| Betty | 10 30-3 30 | | D | D | H | | | D | D | D | D | D | | | | D | | | | E | E | D | D | D | D | | | | D | D | D | |
| Renee | | | | D | | | | | | D | D | | | | | | | | | | | | | | | | | | | | | |
| Earl | | E | E | E | E | | | E | E | | E | E | E | | E | E | E | E | E | E | E | E | E | E | E | E | | | E | E | E | E |
| Tomy | | E | E | E | E | | E | E | E | | H | E | E | | E | E | E | E | E | E | E | E | E | E | E | E | | E | E | E | E | E |
| Shon | | E | E | | | E | E | E | E | | | E | | | E | E | | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E |
| Mark | | E | E | | | E | E | E | E | H | | E | | | E | E | | E | E | | | E | E | E | E | E | E | E | E | E | E | E |
| Cheryl | | T | T | T | V | | E | T | T | T | T | T | E | | T | T | | E | E | E | E | T | E | E | E | E | | | T | T | T | T |
| Jennifer | | T | T | T | H | | | T | T | T | T | T | | | T | T | | E | E | | | T | | | | | | | T | T | T | T |
| Barbara | | T | T | T | H | | | T | T | H | H | T | E | | T | T | | E | E | | | T | | | | | | | T | T | T | T |
| Strella | | E | E | V | V | | | | X | X | E | | E | | | X | X | E | | V | V | X | X | | | | | | | | | |
| Ken | | | X | X | X | X | X | X | X | X | X | E | X | | | X | | X | X | X | X | X | X | X | | | | | | | | |
| Kelly | | | X | X | X | X | X | X | | | X | X | X | | | | | | X | X | X | X | X | | | | | | | | | |

Mukasa1733

| Name | Position | S 1 | M 2 | T 3 | W 4 | H 5 | F 6 | S 7 | S 8 | M 9 | T 10 | W 11 | H 12 | F 13 | S 14 | S 15 | M 16 | T 17 | W 18 | H 19 | F 20 | S 21 | S 22 | M 23 | T 24 | W 25 | H 26 | F 27 | S 28 | S 29 | M 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeff | | | D | D | D | D | D | | | D | D | D | D | D | | | D | D | | D | D | | | D | | D | D | D | | | V |
| Leila | | | D | D | D | D | D | | | D | D | D | D | E | | | D | D | D | D | D | E | | D | | D | D | E | E | E | D |
| Marilyn | | E | E | E | E | D | E | | | D | E | E | E | E | | E | D | D | | D | D | E | | D | D | D | D | E | E | | D |
| Fangzhu | | | D | D | D | D | D | | | D | D | D | D | D | | | D | D | D | D | D | | | D | D | D | D | D | | | V |
| Arlene | | E | D | D | D | D | D | E | B | D | D | D | D | D | | | D | | | D | D | E | | D | D | D | D | D | | | D |
| Sylvia | | | D | E | D | V | E | E | V | D | D | D | D | D | | | T | | V | V | | | | D | D | D | D | | E | E | V |
| Denise | | | T | T | D | D | E | E | D | T | D | D | D | T | | | T | | | D | D | | | D | D | D | D | | | | D |
| Tammy | | | T | T | T | T | T | | T | T | T | T | T | T | | | T | T | | T | T | | | T | T | T | T | | | | |
| Betty | 10 30-3 30 | | | D | | | | | | | D | D | D | | | | D | | | D | | | | D | | | D | D | | | |
| Audrea | | | | | D | | | | | D | | | | | | | | | D | D | | E | | | | | D | D | | | |
| Renee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Earl | | E | E | E | E | E | E | E | E | E | V | E | E | E | | E | E | E | E | E | E | E | | E | E | E | E | E | E | E | E |
| Tomy | | V | E | E | V | V | E | | V | V | E | E | E | E | | E | E | E | E | V | V | | | E | E | E | E | | | | |
| Shon | | | E | E | E | E | E | | E | E | E | E | E | E | | E | T | E | E | E | E | | | E | E | E | E | | | | E |
| Cheryl | | V | V | E | E | E | E | | E | V | E | E | E | E | | E | B | E | V | V | V | | | E | E | E | E | | | E | V |
| Mark | | E | E | E | E | E | E | | T | T | T | T | T | T | | T | T | T | T | T | T | | | T | T | T | T | | | E | E |
| Jennifer | | T | T | T | T | T | T | | T | T | T | T | T | T | | T | T | T | T | T | T | | | T | T | T | T | T | | | T |
| Barbara | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Strella | | | E | E | E | E | E | | E | E | E | E | SL | | | | T | | | V | | | | | | | | | | | |
| Ken | | E | E | E | E | E | E | E | E | E | V | E | E | E | | | T | T | | V | V | | | | | | | | | | |
| Kelly | | E | E | E | E | E | E | E | E | E | E | E | E | E | | | T | T | | X | X | E | | X | X | X | | X | X | X | X |

Mukasa1734



Mukasa1735



Mukasa1736



Mukasa1737



Mukasa1738

# Schedule

Wednesday, January 01, 1997 to Friday, January 31, 1997

*Handwritten annotations across the top of the grid:* Tamara — San — Marilyn — Bill Chancellor — Jeff

| Name | Position | W 1 | V 2 | 3 | 4 | S 5 | M 6 | T 7 | W 8 | T 9 | F 10 | S 11 | S 12 | M 13 | T 14 | W 15 | T 16 | F 17 | S 18 | S 19 | M 20 | T 21 | W 22 | H 23 | F 24 | S 25 | S 26 | M 27 | T 28 | W 29 | H 30 | F 31 |
|------|----------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeff | | H | | | | | D | D | D | D | D | | | D | D | D | D | D | | | H | D | D | D | D | | | D | D | D | D | |
| Leila | | H | D | E | E | | D | | | D | | | E | D | | D | | | E | E | H | E | | D | | E | E | D | D | D | D | D |
| Marilyn | | H | D | | E | | D | T | D | D | | | | D | | D | | | | E | E | D | D | D | D | E | E | D | D | D | D | D |
| Fangzhu | | H | V | D | E | | D | T | D | D | | | | D | | D | | | | E | H | D | D | D | D | | | D | D | D | D | D |
| Arlene | | H | D | | E | | | T | | | | | | T | T | T | T | T | | E | H | T | T | T | T | E | E | D | D | D | T | T |
| Sylvia | | H | D | | | | T | T | | | | | | T | T | T | T | T | | E | H | T | T | T | T | | | D | T | T | T | T |
| Denise | | H | D | | | | T | | | | | | | | | | | | | E | H | T | | D | D | | B | D | D | D | D | D |
| Linda | | H | D | | | | D | T | D | D | | | E | D | D | D | D | D | | | H | D | D | D | D | E | E | D | D | D | D | D |
| Audrea | | H | D | | | | D | | | | | E | D | | | D | D | D | | | H | | | | D | | | | | | D | |
| Renee | | H | | | | | | | | | | | D | | | | | | | | H | | | D | D | | | | | | D | |
| Earl | | H | E | E | E | | E | E | E | E | E | E | E | E | E | E | E | E | E | E | H | E | E | E | E | | E | E | E | E | E | E |
| Tomy | | H | E | E | E | | E | E | E | E | E | E | E | E | E | E | E | E | E | E | H | E | E | E | E | | E | E | E | E | E | E |
| Shon | | H | E | | E | | E | E | E | E | E | E | E | E | E | E | E | E | E | E | H | E | E | E | E | | B | E | E | E | E | E |
| Cheryl | | H | E | | E | | E | E | E | E | E | E | E | E | E | E | E | E | E | E | H | E | E | E | E | | | E | E | E | E | E |
| Sam | | H | V | | E | | E | E | E | E | E | E | E | E | E | E | E | E | E | E | H | E | E | E | E | | | E | E | E | E | E |
| Mark | | H | E | | | | E | E | | E | | | E | | | E | | | | E | H | E | | E | E | | | E | | E | E | E |
| Ken | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| William | | H | E | | E | | E | E | | E | | | E | | | E | | | | | H | | | | E | | | | | E | | |
| Kelly | | | | | | | E | | | E | | | | | | | | | | E | | | | | | | | | | | | |
| Stiella | | H | E | | E | | E | E | | E | | | E | | E | E | | | E | E | H | E | | E | E | | | E | E | E | E | E |
| Julia | | H | V | | | | | D | | | | | | D | D | | D | | | H | H | | | | D | | | | | | | B |
| Beujah | | H | D | E | E | | D | T | D | D | | | | D | | D | D | | | | H | H | D | D | D | | | D | D | D | D | D |

# Schedule

Sunday, December 1, 1996 to Tuesday, December 31, 1996

Run Time 2

| Name | Position | S 1 | M 2 | T 3 | W 4 | H 5 | F 6 | S 7 | S 8 | M 9 | T 10 | W 11 | H 12 | F 13 | S 14 | S 15 | M 16 | T 17 | W 18 | H 19 | F 20 | S 21 | S 22 | M 23 | T 24 | W 25 | H 26 | F 27 | S 28 | S 29 | M 30 | T 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeff | | D | D | D | | D | D | E | D | D | D | D | D | | | | D | | D | D | D | | | D | D | H | D | D | | D | D | D |
| Leila | | D | D | D | | D | D | D | D | D | D | D | D | | | | D | | D | D | D | | | D | D | H | D | D | | D | D | D |
| Marilyn | | D | D | D | D | D | D | E | D | D | D | D | D | E | | E | D | D | D | D | D | E | E | D | E | H | D | D | | E | D | E |
| Fangzhu | | D | D | D | D | D | D | E | D | D | D | D | H | | | | D | | D | D | D | | | D | D | H | D | D | | D | D | D |
| Arlene | | | D | D | D | D | D | E | D | D | D | D | D | | | | | | D | D | D | | | V | V | H | D | D | E | V | V | V |
| Linda | | | D | D | D | D | D | E | D | D | D | D | D | | | | D | D | D | | D | | | D | D | H | D | D | | D | D | D |
| Audrea | | D | D | D | D | D | D | E | D | D | D | D | D | | | | D | D | | D | D | | | D | D | H | | D | | D | D | D |
| Renee | | | | D | | D | D | E | D | D | D | D | D | | | | | | | | D | | | D | D | H | D | D | | D | D | D |
| Earl | | E | E | E | E | E | E | E | E | E | E | E | E | | E | | | E | E | E | E | E | E | E | E | H | V | V | E | E | E | E |
| Tomy | | E | E | E | E | E | E | E | E | E | E | E | E | E | | | | E | E | E | E | E | E | E | E | H | H | H | | E | E | E |
| Shon | | E | E | E | E | E | E | E | E | E | E | E | E | E | | | | E | E | E | E | E | E | E | E | H | E | E | | E | E | E |
| Cheryl | | E | E | E | E | E | | E | | | | | | E | E | E | | | | | | E | E | E | V | H | V | V | | V | V | V |
| Sam | | E | E | E | E | E | E | E | E | E | E | E | E | | | | | | E | E | E | E | E | | E | H | E | E | E | E | E | E |
| Mark | | E | E | E | | E | E | E | E | E | E | E | E | | | | | | E | E | E | | | E | E | H | E | E | | | E | E |
| Ken | | | | | | | | | | | | | | | | E | | | | | | E | | | | H | | | | | | |
| William | | E | | E | E | E | | E | | | E | E | E | E | E | | | E | E | E | E | E | E | | E | H | E | E | E | E | E | E |
| Kelly | | E | E | E | | E | E | E | E | E | E | E | E | | E | E | | | | | E | E | E | | | H | E | E | E | E | E | E |
| Strella | | E | | | | | E | | E | E | | | E | E | E | | | | | | | | | | | | | | | | | |
| Julia | | | | | | D | D | | | D | | | | | | | | | | D | D | | | D | D | | D | V | | D | D | D |
| Beulah | | D | D | E | D | D | D | D | D | E | D | D | D | | D | | | D | D | D | D | D | | | D | H | D | D | E | D | D | D |
| Verdena | | E | E | E | E | D | D | E | E | E | E | E | E | E | E | | | | | | | E | E | E | D | H | D | E | E | E | E | E |

Mukasa1740

Run Date 10/30/96

Schedule — Friday, November 01, 1996 to Sunday, December 01, 1996

| Name | Position |
|---|---|
| Jeff | |
| Leila | |
| Marilyn | |
| Fangzhu | |
| Arlene | |
| Linda | |
| Audrea | |
| Renee | |
| Earl | |
| Tonny | |
| Shon | |
| Cheryl | |
| Sam | |
| Mark | |
| Ken | |
| William | |
| Kelly | |
| Strella | |
| Julia | |
| Beulah | |
| Verdena | |
| Dan | |

Mukasa1741



Laboratory Schedule for the Month of November



Laboratory Schedule for the Month of October



Laboratory Schedule for the month of September

Mukasa1745

| | | |
|---|---|---|
| Samuel H. Mukasa | * | |
| | * | |
| *Plaintiff* | * | |
| | * | |
| v. | * | CASE NO: : 1:99-CV-190-SPM |
| | * | |
| LifeSouth Community Blood System | * | |
| f/k/a Civitan Regional Blood System | * | |
| A Florida Corporation | * | |
| | * | |
| Defendant | * | |
| | * | |

# AFFIDAVIT OF BRUCE HAGUEWOOD

STATE OF FLORIDA

COUNTY OF ALACHUA

BEFORE ME, the undersigned authority, personally appeared Bruce Haguewood, to me known, who after having been duly sworn, did hereby depose and say:

1.     I am over 21 years of age.  I have personal knowledge of all the facts contained in this Affidavit, am competent to testify about the matters contained herein, and am authorized to give this statement on behalf of LifeSouth Community Blood Centers, Inc.[1] f/k/a Civitan Regional Blood System, a Florida Corporation.

2.     I am voluntarily giving this Affidavit.

3.     I am Director of Facilities and Materials.

---

[1] The Complaint incorrectly lists the Defendant as LifeSouth Community Blood Systems.

Exhibit 3

4. Mr. Mukasa began working for LifeSouth in 1994. He began working for LifeSouth at the Ocala facility. When the Ocala facility closed he transferred to Gainesville.

5. LifeSouth had a no harassment policy and a grievance procedure in its employee handbook. A true copy of these policies from a 1996 handbook is attached as "A."

6. I certify that the following documents are from Mr. Mukasa's personnel file at LifeSouth and are routinely kept business records:

      a.     Information about tax levy, a true copy is attached as "B";

      b.     Employment History, a true copy is attached as "C"; and

      c.     Resignation letter, a true copy is attached as "D."

7. The decision to terminate Mr. Mukasa was made jointly by Nancy Eckert, CEO of LifeSouth; Elizabeth Crews; and me.

8. LifeSouth determined that the number, frequency, and type of errors represented unacceptable performance for a technologist with over ten years experience.

9. The decision to terminate Mr. Mukasa was based on performance, not his race or any other protected characteristic.

10. Rather than be terminated, Mr. Mukasa's resignation was accepted.

11. During this lawsuit, the Plaintiff, Mr. Mukasa, was given access to over twenty-seven (27) boxes of documents in response to his discovery requests. These boxes included the reportable event forms for other employees.

12. Mr. Mukasa did not complain to me about discrimination and, to the best of my knowledge, did not complain to anyone at LifeSouth about alleged discrimination on the part of LifeSouth or any of its managers.

Further Affiant Saith Not.

_____
BRUCE HAGUEWOOD

STATE OF FLORIDA

COUNTY OF ALACHUA

Sworn to and subscribed before me this 22 day of June, 2000 by Bruce

Haguewood.

_____
Signature of Notary

SUSAN G SHEWCHUK
_____
Name of Notary (Typed, Printed or Stamped)

Personally Known  ✔  OR  Produced Identification _____

Type of Identification Produced _____

Susan G Shewchuk
MY COMMISSION # CC754613 EXPIRES
June 25, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

## GRIEVANCE PROCEDURE AND DISCIPLINARY ACTIONS

**GRIEVANCE PROCEDURE:** Whenever people are placed in a work environment and are subjected to situations regarding extensive communications and pressure, misunderstandings or grievances may occur. To insure the prompt and constructive handling of such events, employees are required to follow this procedure:

1. Present the problem to your supervisor and attempt to resolve it at this level. If a settlement does not occur within five (5) working days of the discussion, proceed directly to Step 2. If your complaint is against a supervisor, proceed directly to Step 2.

2. Submit in writing a summary of the problem, the nature and outcome of the discussion and other pertinent information to the Chief Executive Officer of the Blood Center. If a settlement does not occur within five (5) working days after the problem has been submitted to the Chief Executive Officer, proceed to Step 3. If your complaint is against the Chief Executive Office, proceed to Step 3.

3. Submit all materials in writing to the Chairman of the Board of the Blood Center.

If you fail to follow the above steps or if the complaint is not presented to the next highest step within the prescribed amount of time, the complaint shall be considered dropped.

This grievance procedure is designed to assist all employees to maintain a professional working environment. The grievance procedure does not, and should not be construed, as a means of removing the authority of any supervisor or officer of the Blood Center from making employment decisions regarding any employee or resolving a grievance in a manner decided upon by the supervisor or officer.

**DISCIPLINARY ACTIONS:** Employees whose performance is found deficient or not up to the standards established by the Blood Center may be subject to disciplinary action up to and including discharge. Chronic negligence, unsafe practices, repeated mistakes, excessive absences, absence without authorized leave or poor attitude may be grounds for disciplinary action. This behavior over a length of time or a single event of significant import may be considered cause for severe action. Disciplinary actions will be determined by the nature of the behavior or event and the circumstances surrounding it. Your immediate supervisor has the authority and responsibility to initiate disciplinary actions and is required to document and to report all such events. If the problem is not corrected or if improvement does not occur in the manner and time specified, then additional disciplinary action may occur. In general, such actions will follow the sequence listed below; however, the Blood Center will always deal with such events individually and may initiate a more severe action immediately if such is indicated:

1. Warning Notice: A supervisor may verbally warn an employee his or her performance or behavior is unacceptable. The consequences of continuing such behavior will be explained and a goal in terms of the type of improvement expected and the time within

Mukasa1767

# SECTION IX

## SEXUAL HARASSMENT POLICY AND PROCEDURE GUIDELINES

**POLICY PURPOSE:** Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, and the American with Disabilities Act, prohibit discrimination because of race, color, religion, sex, or national origin, age or disability in all employment practices, including terms, conditions, and privileges of employment. The policy of the Blood Center is to avoid sexual harassment in the work place. Acts that constitute sexual harassment include, but are not limited to, sexual advances and suggestions where:

A.  Submission to such conduct is either an expressed or implied term or condition of employment.

B.  Submission to or rejection of such conduct is used as a basis for an employment decision affecting the harassed person.

C.  The conduct has the purpose or effect of substantially interfering with an affected person's work performance or creating an intimidating, hostile, or offensive work environment.

D.  A reasonable woman or man would be offended by the acts complained of.

Sexual harassment by any employee, manager, supervisor, or others will not be tolerated. Appropriate disciplinary action will be taken against any employee who violates this policy against sexual harassment.

All managers and supervisors, as part of their job requirements, will be responsible for preventing and eliminating sexual harassment in their respective departments or work areas.

**POLICY STATEMENT:** The policy of the Blood Center is that all personnel will work in an environment free from sexual harassment. The Blood Center will actively investigate any allegation of sexual harassment, and if it is determined that sexual harassment has occurred, the Blood Center will take appropriate disciplinary action, which may include discharge of the offending employee.

Sexual harassment consists of unwelcomed sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when an employee's response to such conduct affects that employee's job status or work environment.

Activities of this nature distract employees from legitimate Blood Center functions and serve no useful purpose within the Blood Center, and are illegal. Therefore, sexual advances, requests for sexual favors, or verbal or physical conduct that has sexual connotations will not be tolerated. Such behavior by contractors and other non-employees who have reason to be on Blood Center premises also will not be tolerated.

22

Mukasa1769



employee's family, the news media, or a prospective employer seeking a reference unless release of the information is deemed necessary by the Blood Center or is required or authorized by law. The purpose of this provision is to protect the confidentiality of the employee who files a complaint, to encourage the reporting of any incidents of sexual harassment, and to protect the reputation of any employee wrongfully charged with sexual harassment.

5. If the investigation reveals that the complaint is valid, prompt disciplinary action up to an including discharge designed to stop the harassment immediately and to prevent its recurrence will be taken.

Mukasa1771

## STATUS/PAYROLL CHANGE REPORT

DATE _____ PLEASE NOTE THE FOLLOWING CHANGE(S)

Effective Date *APRIL 21, 1956*    Clock No *1140*

Employee *SAMUEL MUKASA*

Social Security No _____    Department _____

| X | CHANGE(S) | FROM | TO |
|---|-----------|------|-----|
|   | Rate |  |  |
|   | Job |  |  |
|   | Department |  |  |
|   | Shift |  |  |
| X | TAX LEVY | $100.00 | $50.00 |

Leave of Absence From _____    Until _____

Reason _____

Authorized By _____

Approved By *BCl*    Date *4/12/56*

Tops

Mukasa000012

# STATUS/PAYROLL CHANGE REPORT

1140  4/25/90

DATE _____ PLEASE NOTE THE FOLLOWING CHANGE(S)

Effective Date *APRIL 7, 1996* Clock No _____ 1140

Employee *SAMUEL MUKASA*

Social Security No _____ Department _____

| X | CHANGE(S) | FROM | TO |
|---|---|---|---|
| | Rate | | |
| | Job | | |
| | Department | | |
| | Shift | | |
| X | *TAX LEVY* | *$100.00* | |
| | *IRS* | | |
| X | *GOAL AMOUNT* | *$3452.60* | |

| | | | |
|---|---|---|---|
| | | Sex | |
| | Date | | |
| | | | |
| | | | |
| Return to Job | | Vacation | |
| Resignation | | Retirement | |
| Layoff | | Discharged | |

Leave of Absence From _____ Until _____

Reason *APRIL PAYMENT*

Authorized By _____

Approved By _____ Date *4/19/90*

Tops

Mukasa000013

Date          In reply refer to:

Ltr21          April 1, 1996          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


(D)
Civitan Regional Blood Center,          Taxpayer Information:
Inc.          Samuel & Brenda Mukasa
Attn: Payroll          734 NW 89th Street
1221 NW 13th Street          Gainesville, FL 32607-1453342
Gainesville, FL 32601-0000

Dear Sir/Madam:

    On March 22, 1996, your employee agreed to a payroll
deduction agreement with a representative of the Internal Revenue
Service. This agreement was for taxes owed by your employee.
The terms are $100.00 per month starting in April until
the balance of $3,452.60 plus interest and penalty is paid.
This balance reflects the amount due for their 1994 tax
liability. When your records show that you have paid the full
amount please call 1-800-829-1040 for the pay off amount that
would include the accrued penalty and interest.

    These remittances should be received at the address below
by the 28th of each month. Please ensure that the taxpayer
identification number(s) at the top right of this letter is on
the face of each check or money order.

    There will be a one time $43 user fee charged when the
installment agreement is established. User fee charges will be
**deducted** from the first installment payment(s).

    If you have received a Form 668W, Notice of Levy on Wages,
Salary and Other Income, for this employee, this letter
supersedes any prior levy action and serves as a release of levy
under provisions of the Internal Revenue Code Section 6343.

    Thank you for your cooperation in facilitating the above
listed individual's payment plan. If you have any questions
please call 1-800-829-1954, Monday through Friday between 7:30
a.m. and 7:30 p.m.

                                   Sincerely,


Mail Payments to:
Internal Revenue Service          W.H. Gregory
P.O. Box 105572          ACS Branch Chief
Atlanta, GA 30348-5572

cc. Taxpayer


Mukasa000014

    (N)
Civitan Regional Blood Center          Taxpayer Information:
ATTN:  Payroll                         Samuel & Brenda Mukasa
1221 NW 13th St                        734-N W 89th St
Gainesville, FL  32601-0000            Gainesville, FL  32607

Dear  Sir/Madam:

    On April 18, 1997, your employee agreed to a payroll
deduction agreement with a representative of the Internal Revenue
Service.   This agreement was for taxes owed by your employee.
The terms are $100.00 per month starting in May until
the balance of $3,456.70 plus interest and penalty is paid.

    This balance reflects the amount due for their 1994 and 1995
tax liabilities.  When your records show that you have paid the
full amount please call 1-800-829-1040 for the pay off amount
that would include the accrued penalty and interest.

    These remittances should be received at the address below
by the 28th of each month.  Please ensure that the taxpayer
identification(s) number at the top right of this letter is on
the face of each check or money order.

    There will be a one time $43 user fee charged when the
installment agreement is established.  User fee charges will be
**deducted** from the first installment payment(s).

    If you have received a Form 668W, Notice of Levy on Wages,
Salary and Other Income, for this employee, this letter
supersedes any prior levy action and serves as a release of levy
under provisions of the Internal Revenue Code Section 6343.

    Thank you for your cooperation in facilitating the above
listed individual's payment plan.  If you have any questions
please call 1-800-829-1954, Monday through Friday between 7:30
a.m. and 9:00 p.m.

                                    Sincerely,

                                    W.H. Gregory
                                    ACS Branch Chief

Mail Payments to:
Internal Revenue Service
P.O. Box 105572
Atlanta, GA  30348-5572

cc:  Taxpayer

Mukasa000026

# PERSONNEL RECORD

Name MUKASA, SAMUEL HENRY     Clock No. 1140     W. T. Status

Address 734 NW 89th ST     Social Security No. 098640328

City and State GAINESVILLE FL 32607     Phone No (352) 332-9744     Citizen ☒ Yes ☐ No     Sex ☒ M ☐ F

Marital Status ☐ S ☒ M ☐ W     Date of Birth MAY 5, 1954     No. of Dependents

Date Employed AUGUST 22, 1984     Department 100052/11

Occupational Classification: MEDICAL TECHNOLOGIST II     Starting Rate 1505

Schooling and Previous Working Experience

LAST EVAL - AUG 1996 NEXT EVAL AUG 22, 1997

| Date | Salary or Hourly Rate | Occupation | REASON FOR CHANGE | Authorized By |
|------|----------------------|------------|-------------------|---------------|
| 8-22-84 | $15.05 | MEDICAL TECHNOLOGIST II | HIRED | |
| 12-17-84 | 15.35 | " " | PROBATIONARY PERIOD COMPLETED/MERIT | |
| 12-3-95 | 16.07 | " " | ANNUAL REVIEW/MERIT | |
| 12-17-95 | 16.07 | " " | TRANSFER OTS TO OVI/US | |
| 8-11-96 | 16.63 | " " | RPT TO FT STATUS | |
| 8-25-96 | 16.63 | " " | ANNUAL REVIEW/MERIT | |
| 4-24-97 | | | Resignation | BU |

Date Left Employ April 24, 1997     Reason For Leaving

FORM #00851  AMSTERDAM PRINTING AND LITHO CORP., Amsterdam, N. Y. 12010

MUKASA, SAMUEL HENRY

Mukasa000003

**LifeSouth**
Community Blood Centers

**Resignation Statement**

Date: 24 April 97

I, Samuel Mukasa. , am voluntarily resigning my

employment at Civitan Regional Blood Center, Inc. as of 24 April 97 for the

following reason(s):

I am having a hard time right now in
my life and I cannot Concentrate on my
work as I am supposed to be.

I have discussed my resignation with my supervisor and agree that my resignation is completely voluntary on my part.

Signature of employee

4/24/97
Date

Forwarding Address:

Mukasa000028

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


CASE NO.   1:99cv190-SPM


SAMUEL H. MUKASA,

**COPY**

          Plaintiff,

vs.

LIFESOUTH COMMUNITY BLOOD SYSTEM
f/k/a CIVITAN REGIONAL BLOOD CENTER,
a Florida Corporation

          Defendant.

---------------------------------------------------

     DEPOSITION OF:  SAMUEL H. MUKASA

     DATE:           7 APRIL 2000

     TIME:           8:50 a.m. - 12:30 p.m.

     LOCATION:       LifeSouth Community Blood System
                     1221 Northwest 13th Street
                     Gainesville, Florida

     REPORTED BY:    Cynthia L. Smith, Court
                     Reporter, Notary Public


**CERTIFIED COPY**

Exhibit 4

1    Q.    Have you obtained any other type of degree

2    or certificate?

3    A.    I have a certificate for -- it's called

4    American Society of Clinical Pathologists.

5    Q.    American Society of Clinical Pathologists?

6    A.    Right.  It's a certificate that you get

7    after you pass the exam.

8    Q.    Was that the hematology exam?

9    A.    No.  That was a general.

10    Q.    It was a general exam?

11    A.    Right.

12    Q.    When did you obtain that certificate?

13    A.    I got that certificate I think in 1982, I

14    believe, '81, '82.

15    Q.    Did that course of study, whatever it might

16    have been, that would have allowed you to obtain

17    that pathologist certificate, did that assist you in

18    your performance of your job at LifeSouth?

19    A.    Yes, it has.

20    Q.    Okay.  What specifically skills or

21    education related to that certificate related to

22    your job at LifeSouth?

23    A.    It's related exactly to clinical laboratory

24    science, what we're trained to do.

25    Q.    So, it dealt with laboratory science?

1      A.    Yes.

2      Q.    What particular aspects?

3      A.    Lab science is general.  You can do

4 chemistry, clinical chemistry.  You can do

5 immunohematology, hematology, microbiology, and the

6 immunology, and the -- when I came here to Florida,

7 I decided to specialize in immunohematology, and my

8 license in Florida, for the state, is in

9 immunohematology.

10     Q.    That's I-M-M-U-N hematology?

11     A.    Right.  That's blood banking otherwise.

12     Q.    Okay.  Beyond the post-graduate work that

13 you've had or the graduate work you've had at UF,

14 has there any other education you've had in medical

15 technology?

16     A.    No.

17     Q.    Let me ask you before we continue further

18 on the specifics of the lawsuit just some real

19 general questions, Mr. Mukasa.  It's not meant to be

20 intrusive or invasive.  It's just stuff I ask

21 everybody.  Are you currently married?

22     A.    Say what?

23     Q.    Are you married?

24     A.    Yes.

25     Q.    And I believe your wife's name is Brenda?

1        Q.    And we'll go over some of these documents

2    in a moment.  But it's also my understanding that at

3    some point in 1994 you were terminated from

4    employment but then later reinstated that same year;

5    is that correct?

6        A.    I will object to that, but that's correct.

7        Q.    Okay.  Through the period of 1986 through

8    1996 when you were working for Shands, tell me what

9    blood banking experience that you had?  Did you work

10   primarily in the blood bank there?

11       A.    Yes.  But I was -- because, as I said, my

12   license is in blood banking.  That's where -- the

13   only place I could work.

14            When I was hired for Shands, I was hired to

15   work in the blood bank.  Yes, I was working in the

16   blood bank at that time I was working for Shands,

17   yes.

18       Q.    And did you work in the blood bank until

19   the conclusion of your employment with Shands?

20       A.    That's correct.

21       Q.    What were you specific duties there?

22       A.    My specific duty would include preparing

23   blood component for transfusion.

24       Q.    All right.

25       A.    And that's mainly -- a blood bank

1  hemotechnologist usually that's what they do to

2  work -- to work on patient's component.

3      Q.    What precisely did you do?  Did you do

4  testing?

5      A.    Yes, I did testing.

6      Q.    What type of testing did you do?

7      A.    I did blood typing.  How can I put that?

8  Resolving complex immunohematology work-up.  By

9  that, I mean antibody work-up.

10      Q.    You did antibody testing?

11      A.    Uh-huh.

12      Q.    Did you do antigen testing?

13      A.    I did that.

14      Q.    What else did you do?

15      A.    I think I did -- I'm not going to sit here

16  and tell you I did this because, you know --

17      Q.    I'm just speaking generally, because you

18  would probably tell me a lot of things that I

19  wouldn't understand.

20      A.    That is exactly what I did basically, you

21  know, blood typing, antigen typing, antibody -- you

22  resolving antibody problems.  And occasionally I did

23  some filing, you know, stuff like that, as my

24  manager saw fit.

25      Q.    Okay.  Were the duties you performed for

1    Shands in your employment in 1986 through 1996

2    similar to the duties you performed while you were

3    employed by LifeSouth?

4         A.   I'm sorry.  Can you repeat that?

5         Q.   The duties that you performed for Shands

6    between 1986 and 1996 were those similar to the

7    duties you then performed when you came to work for

8    LifeSouth?

9         A.   Yes, it was.

10        Q.   Were there any significant differences?

11        A.   No.

12        Q.   Were you asked to do anything at LifeSouth

13   which you had not previously done in your employment

14   with Shands?

15        A.   No.

16        Q.   Okay.  Would it be a fair statement to say

17   that your ten-year experience with Shands prepared

18   you from experience for the work that you performed

19   at LifeSouth?

20        A.   Yes, it did.

21        Q.   Would it be fair to say that having had

22   some at least eight years of experience at Shands in

23   blood banking before you came to LifeSouth that you

24   would be better prepared, more experienced than

25   someone who didn't have those eight years of

1   experience?

2       A.   Yes, it did.

3       Q.   Were there any differences between the

4   procedures that were used between Shands and

5   LifeSouth?

6       A.   Yes.  I believe, as you understand, this is

7   a donor center and Shands is a hospital.  So, here

8   mainly do with the -- they deal with the donor

9   testing.

10      Q.   Okay.

11      A.   And Shands deals with patient testing.  So,

12  there's a difference.

13      Q.   What really is the difference, then,

14  between donor testing and patient testing?

15      A.   Mainly donor testing it doesn't involve a

16  lot of -- it does not involve a lot of major antigen

17  typing as we're talking about, you know, blood

18  banking.  But I also did some cross matches here on

19  an occasional basis.

20      Q.   Okay.  So let me -- this is for someone

21  who's not in the industry.  So, I need a simple

22  explanation.

23           Tell me precisely what would be done in

24  donor testing and then precisely what would be done

25  in patient testing so we can compare the two.

1      A.    Okay.   Donor testing mainly involves --

2      it's like donors come in to donate blood, and then

3      blood is drawn, and then that blood is taken to the

4      lab to be typed.  By that, I mean to specify,

5      identify what type of blood, what blood group this

6      particular donor has.

7      Q.    That would be, for instance, you telling me

8      whether I had A or B or O?

9      A.    Right.   That's all typing the RH factor

10     positive, negative.

11     Q.    Okay.

12     A.    And, occasionally, what I did here also was

13     crossmatching.   You know, Civitan does -- by that

14     time when I was working here, it used, you know, it

15     used to have hospitals that we are crossmatching --

16     had their blood crossmatched here.

17     Q.    What is crossmatching mean?

18     A.    Crossmatching means you take the patient's,

19     you know, serum and crossmatch it against the donor

20     cells to make sure it's compatible for transfusion.

21     Q.    Now, that's not done for the donors; that's

22     done for the patients; is that correct?

23     A.    Right.

24     Q.    All right.  So, when you mean

25     crossmatching, that would be a patient activity?

1     A.  That's correct.  Right.

2     Q.  All right.  So, let's focus just to keep it

3 straight here.  We talked about with regard to the

4 donors you did the RH typing?

5     A.  That's correct.

6     Q.  What else did you do with regard to the

7 donors?

8     A.  I did the ABO typing.

9     Q.  Okay.  The ABO typing?

10     A.  Right.  That's -- blood type is classified

11 as A, B, O.  So that's called the ABO.

12     Q.  Makes sense.

13     A.  Right.

14     Q.  All right.  What else did you do with

15 regard to donor testing?

16     A.  Well, the only difference here I did -- by

17 the way, we also do donor, you know, ABO typing at

18 Shands, because if Civitan give us a liter of blood,

19 we have to make sure, yes, this unit of blood is

20 type O or type B or whatever.  I think I might have

21 forgotten your question.

22     Q.  I was talking about what were donor testing

23 activities; and, if you would, specify to me what

24 were patient testing activities.

25     A.  Okay.  The donor testing we did here we did

1    them in a batch on the IBG System.

2        Q.   So, you did the testing by a batch?

3        A.   Right.

4        Q.   On an IBG System?

5        A.   Right.

6        Q.   Whereas, patient testing, and correct me if

7    I'm wrong, would involve doing individualized

8    testing of an individual sample?

9        A.   That's correct.

10       Q.   Okay.  Did you do any patient testing while

11   you were here at Civitan?

12       A.   Yes, I did.

13       Q.   Give me a breakdown in the amount of time

14   that you would spend doing donor testing versus

15   patient testing?

16       A.   The amount of time?

17       Q.   While employed by Civitan, did you spend

18   more of your time doing donor testing or patient

19   testing?

20       A.   Here at Civitan I kind of did both in my

21   department.  At the beginning, I think -- I want to

22   find a way how I can put this.

23         In my department here at Civitan, this was

24   a very busy department.  You do the donor testing on

25   the IBG System; and, at the same time, I used to do

1    patient typing.

2              Now, I believe at that time we had -- I had

3    someone who worked with me.  So, you know, I had

4    time to do the IBG donor testing, and then somebody

5    will do the patient testing.  Now, that person, Jeff

6    Fox -- you know -- okay.  He transferred to day

7    shift.

8         Q.   To a different shift?

9         A.   Right.  We were both working evening.  And

10   he -- at that time, I was left alone in the

11   department.  So, I was doing the IBG testing, and I

12   was doing the patient crossmatching, and I was doing

13   the antigen typing for hospitals because they kept

14   calling for blood.  At this very time, I asked Liz

15   that I needed more help in the department.

16        Q.   And that would be Liz Cruise (phonetic)?

17        A.   Yes, I believe now -- Liz Bunting

18   (phonetic).

19             MR. HAGUEWOOD:  She's been married since.

20        It's Bunting.

21        Q.   Bunting.

22        A.   Okay.  I told her I need help because

23   somebody had transferred to day shift, and somebody

24   should be, you know, request to help me.

25        Q.   Okay.

1     A.   And I believe at that point I talked to

2 Tommy, Tom Matthews and Matt King and Cheryl.

3 These are the people that used to work the evening,

4 and I used to ask them to come and give me -- you

5 know, help me in the immunohematology department.

6 And they told me they were not trained.

7        I specifically asked Liz if I could train

8 these people to help me; and according to Liz, she

9 told me that someone else would train them, and that

10 someone else was supposed to be Jeff Fox.

11        At that time, I started making mistakes.

12 But, some of the mistakes they told me I made, I

13 followed the SOP that was in place.

14        The SOP that was in place was: If you make

15 a mistake and you catch a mistake, the mistake is

16 caught.

17     Q.   Excuse me.  What was that?

18     A.   If I caught a mistake -- if I made a

19 mistake and I caught it --

20     Q.   And you caught it?

21     A.   Right.  These are the types of procedures

22 you are supposed to follow.  You quarantine the

23 blood, make sure the blood is quarantined, make sure

24 if you have the computer problem report, and the

25 supervisor is notified.

1       And the mistake that I made, under the

2  circumstances, I did that.  And, for that reason, I

3  didn't believe that I should have been written up

4  for those mistakes because I followed the SOP that

5  was in place.  Case in point --

6       Q.   Well, let me -- we're going to talk

7  extensively about this.

8       A.   About that.  Okay.

9       Q.   Let me go back so we're not out of complete

10  sequence here.  We were talking about your

11  employment with Shands.  And I have asked you to

12  distinguish between donor testing and patient

13  testing.  Have you indicated all of the activities

14  that went on with donor testing and patient testing?

15       A.   Have I told you all of the activities?

16       Q.   Uh-huh.

17       A.   Well, donor testing has a lot more to ABO

18  typing because it deals with, you know, serology

19  testing, and I was not involved with serology

20  testing.

21       Q.   What type of testing?

22       A.   Serology testing.

23       Q.   Serology?

24       A.   Right.  HIV, hepatitis testing.  I was not

25  involved in that.  So, for me to tell you -- you

1    know, what I was giving you is what I was doing, but

2    donor testing involves other type of things.

3        Q.    All right.  So, what you were doing though

4    is what you have been describing.  You may not have

5    been doing serology testing, but you had described

6    what you did.

7        A.    Exactly.  Exactly.

8        Q.    And, just to summarize, was there anything

9    that you were asked to do anything here at LifeSouth

10   which you hadn't previously done at your employment

11   at Shands?

12       A.    No.

13       Q.    Now, I understand at some point that you

14   came to work for LifeSouth in 1994; is that correct?

15       A.    That's correct.

16       Q.    Did you have dual employment, meaning you

17   worked for Shands and you also were working for

18   LifeSouth at the same time?

19       A.    That's correct.

20       Q.    What hours were you working for Shands?

21       A.    I believe I was working from 6:00 to 2:30.

22       Q.    6 a.m.?

23       A.    Right.

24       Q.    To 2:30?

25       A.    Right.

1      Q.   And then you worked an evening shift for

2   LifeSouth?

3      A.   Right.

4      Q.   Were both of those full-time positions?

5      A.   At times, yes.  Most of the time, yes.

6      Q.   Why did you decide to come to work with

7   LifeSouth at the same time you had a job with

8   Shands?

9      A.   When I came to work here at LifeSouth, I

10  had no job.  I was terminated from Shands in '94.

11      Q.   It's my understanding that you were

12  terminated from Shands in April or May of '94 and

13  then reinstated in September of '94; is that

14  correct?

15      A.   That's about right.

16      Q.   So, when you applied for your employment

17  here at LifeSouth it was during that interim period

18  when you were not working for Shands.  Correct?

19      A.   That's correct.

20      Q.   Why did you keep both employments at the

21  time -- after you were reinstated at Shands?

22      A.   I object to that.  But it was financial

23  security; and, secondly, I wasn't sure if I was

24  going to keep my job at Shands because of what the

25  circumstances had just taken place.

1      Q.   What were the circumstances for you

2  ultimately leaving the employment of Shands in 1996?

3  I understand your resigned your employment?

4      A.   It was constructive discharge.  I'm not

5  calling it I resign.  It was constructive discharge.

6      Q.   Regardless of what I call it resignation or

7  you call it constructive discharge, what were the

8  circumstances of you leaving to make you ultimately

9  leave that employment?

10     A.   I felt like I was discriminated --

11     Q.   You were discriminated --

12     A.   -- against.  And I believe that at that

13  time Shands had a selective enforcement of their

14  discipline.  And, because of that, I felt I was not

15  treated right, and I resigned.

16     Q.   And you were alleging discrimination on the

17  basis of your national origin and race.  Correct?

18     A.   I believe so.

19     Q.   Okay.  I want to show you now, Mr. Mukasa,

20  some records that are from your Shands employment.

21  We have subpoenaed your records from Shands.  That's

22  how we got them so you'll know.  I'm not going to go

23  over the substance with you.  If it's acceptable

24  with you, we have put what we call bates numbers or

25  sequential numbers on the bottom of these documents.

1    here, a full-time job.  So I decided to leave

2    Shands.

3        Q.   Okay.  While you were still employed by

4    Shands, were you telling any employees of LifeSouth

5    what was going on with you at Shands?

6        A.   Perhaps I did.

7        Q.   Do you recall who you might have told?

8        A.   I don't recall specifically who I told.

9    But I told -- you know, I talked to people.

10       Q.   But do you recall anybody specifically

11   today that you said something about, "Here's what's

12   going on with me at Shands," and you told them about

13   it?

14       A.   I believe I talked specifically.  I mean, I

15   wasn't hiding anything.  So, I believe anybody who

16   was working -- excuse me -- anybody who was working

17   on my shift here at LifeSouth had an idea of what

18   was going on at Shands.

19       Q.   Was anything in your employment with

20   LifeSouth in any way related to what was going on

21   with you at Shands?

22       A.   Exactly what do you mean?

23       Q.   Well, it's a broad question so you have to

24   kind of fill in the blanks?  But, for instance, did

25   you have any belief or suspicion that somehow an

1          Q.   You were hired as a Medical Technologist

2     Two; is that correct?

3          A.   That's correct.

4          Q.   And is this essentially the same position

5     you were working at with Shands?

6          A.   Most likely, yes.  Shands does not

7     categorize technologists 1, 2, 3.  They don't.  At

8     the time I worked there.

9          Q.   Were you pleased to accept employment with

10    LifeSouth?

11         A.   I'm sorry.  Can you say that again.

12         Q.   Were you pleased to accept employment with

13    LifeSouth?

14         A.   Yes, I was.

15         Q.   Did you have any fear at the time you were

16    applying for or at the time you were being hired to

17    LifeSouth that somehow you would be subjected to

18    discrimination?

19         A.   No, I did not.

20         Q.   Did you have any feeling of discrimination

21    during the interview process?

22         A.   No, I did not.

23         Q.   Okay.  Now, I understand you were going to

24    be working the Ocala branch; is that correct?

25         A.   That's correct.

1      Q.   Did you apply for a position in the Ocala

2    branch or in Gainesville, and they asked you to go

3    to Ocala?

4      A.   I applied in Gainesville.  And then they

5    told me my position would be in Ocala.

6      Q.   So, even though you physically applied here

7    in Gainesville, you always knew the position was

8    going to be in Ocala?

9      A.   I didn't know at the time that I came to

10   apply for the position.  I thought I was going to

11   work here.

12     Q.   Okay.  When you were told you were going to

13   be working in Ocala, did you somehow suspect that

14   discrimination played a key factor in the decision

15   to have you work in Ocala?

16     A.   No.

17     Q.   Were you assigned to Ocala because they

18   were opening a new branch, and that's where they

19   needed you to go?

20     A.   I was going to go where they needed me to

21   work.

22     Q.   And, at the time you were hired, Belinda

23   Scott was going to be your full-time -- your direct

24   supervisor?

25     A.   That's correct.  Yes.

1    discrimination?

2         A.   At this time, I had no idea it was because

3    I had nothing to compare with, so --

4         Q.   Okay.  Now, were you originally hired for a

5    full-time or part-time position?

6         A.   Full-time.

7         Q.   Okay.  And that would be 40 hours a week?

8         A.   I believe so.

9         Q.   Did you work much overtime?

10        A.   Yes, I did.

11        Q.   How much?  Give me an idea of, you know --

12        A.   I believe I work a lot of hours in Ocala

13   lab because we had to start the lab right from the

14   beginning to make it running.  And the most of the

15   time I had to cover because Ocala branch was

16   understaffed, so we had to overlap, you know, to

17   help each other out.

18        Q.   You originally were hired to work on the

19   second shift; is that correct?

20        A.   That should be the evening shift.

21        Q.   Yes.  Evening shift.

22        A.   That's correct.

23        Q.   What were your hours of employment?

24        A.   I believe from three to midnight.

25        Q.   Do you recall being on a probationary

1    stress. I don't know if that is stress to somebody

2    who is from this country. But, to me, that was

3    usual. That's what we do in Africa: Work, work,

4    work.

5        Q.   Okay. So, your testimony is working that

6    much didn't cause any particular stress in your

7    life?

8        A.   Not related to the job. I don't believe

9    so.

10       Q.   Was there any other thing going on in your

11   life in 1996 that was causing you a lot of stress?

12   Any financial difficulties?

13       A.   Financial difficulties?

14       Q.   Uh-huh.

15       A.   No, I don't believe so.

16       Q.   You were subject to a tax lien in 1996; is

17   that correct?

18       A.   I'm sorry what?

19       Q.   You were subject to a tax lien in 1996. Do

20   you understand what that is?

21       A.   Oh, yes.

22       Q.   Okay. Were you subject to a tax lien?

23       A.   Yes, I was.

24       Q.   Was that for unpaid taxes?

25       A.   That's correct.

1     Q.   And was that causing any particular stress

2 in your life?

3     A.   No, it did not.

4     Q.   For what years did that tax lien cover, do

5 you know, unpaid taxes for what years?

6     A.   What year?  I think '94, '95.

7     Q.   Were you having any other type of financial

8 difficulties at this time?

9     A.   No, I did not.  I don't know what you mean

10 financial difficulties, but I was, you know, living

11 a better life.

12     Q.   What do you mean by that?

13     A.   I wasn't in financial trouble.  So, I was

14 living, you know -- because of my employment, I was

15 living, you know -- I had no financial problems.

16     Q.   Al right.  When you moved to full-time

17 employment in August of 1997, who told you you were

18 going to be doing that?  Who did you discuss that?

19     A.   To move full-time?

20     Q.   Yeah.  You went from regular, part-time

21 status to full-time status with LifeSouth in August

22 of 1996.  Did you discuss that with Bill Martinez,

23 with Belinda Scott?  Who did you talk to about that?

24     A.   Bill Martinez, I believe, and Liz Bunting,

25 I think.

1          Q.   Well, I'm talking about -- you work in the

2     blood banking department.  Correct?

3          A.   That's correct.

4          Q.   On the evening shift?

5          A.   That's correct.

6          Q.   I take it there was a first shift?

7          A.   I'm sorry.  What?

8          Q.   I take it there was a first shift?

9          A.   Yeah.  The day shift.  Right.

10         Q.   Okay.  How many people -- how many medical

11    technologists were on the day shift?

12         A.   I will not tell you exactly how many

13    because, you know --

14         Q.   Do you know what the volume was on the day

15    shift?

16         A.   They had like four in the hematology in the

17    day shift.

18         Q.   Do you know what the volume was, the volume

19    of work that they performed?

20         A.   I think it was the same.

21         Q.   Okay.  So --

22         A.   I think on the evening it was more work

23    because of hospital demand for antigen typing units.

24         Q.   So, you're stating that there was more

25    volume of testing that was performed on the evening

1  The error was detected before anybody." He repeated

2  his type." But, again, I was written up. You see

3  the report. I followed the SOP. Again, I was

4  written up.

5      Q. All right. Let me -- before we go over

6  those documents, let me ask you some more questions.

7      Did you talk to anyone besides Liz Bunting

8  about needing additional help or needing further --

9  more medical technologists in your department?

10      A. I think I did call at times -- when we were

11  very busy, Bill used to be on call, and I used to

12  page him to come and help me. I believe also Bill

13  knew.

14      Q. Bill Martinez?

15      A. Yes.

16      Q. Would Bill Martinez would occasionally

17  provide help to you?

18      A. Yes. When I, you know, when I paged him to

19  come and help.

20      Q. Did anyone else provide help to you?

21      A. Um.

22      Q. In other words, was there anybody else you

23  could call, and they came and helped you out?

24      A. No.

25      Q. How often did Bill Martinez help you out?

1    A.    Maybe once a week.

2    Q.    Did Liz ever suggest to you that there was

3    any financial reason why another medical

4    technologist had not been hired to work with you on

5    the second shift?

6    A.    I don't believe so.  Because, after I was

7    terminated, they hired, I think, two to three people

8    to work in that department.

9    Q.    I'm talking about while you were employed

10   there, did she ever suggest to you that there was a

11   financial reason?

12   A.    No.  She never told me.

13   Q.    Did she ever suggest to you any other

14   reason why people had not been hired to serve as a

15   medical technologist?

16   A.    No.

17   Q.    Up until August of 1996, had anyone ever

18   said anything to you that you think was somehow

19   derogatory about you because of your race, color or

20   national origin?

21   A.    Not that I'm aware of.

22   Q.    No one ever made a direct comment to you

23   about that?

24   A.    No.

25   Q.    At any point in time when you were employed

1   at LifeSouth, did anyone make a comment directly

2   relating to your race, national origin or color?

3      A.   No.

4      Q.   Do you think that there was any type of,

5   I'll use the word environment, that was somehow

6   hostile toward you because of your race, national

7   origin or color?

8      A.   I believe when I used to ask for help I was

9   never given help.  When other departments asked for

10   help, they were being provided with help.

11      Q.   What other departments are you aware of

12   where people asked for help and they received it?

13      A.   I believe chemistry -- chemistry testing.

14   That's a department.

15      And I believe -- I strongly believed for

16   being written up by Liz and then Bill -- Bill

17   Martinez will contradict what was going on.  So,

18   there was a conflict between either me and Liz

19   Bunting that was not right because she would write

20   me up for this mistake.  The same people do the same

21   mistake and are not written up.  And then I'm

22   following the SOP in place but I still got written

23   up.

24      Q.   Let me ask you a kind of end of the day

25   question.  Let me go ahead and ask it now.

1          Is it your testimony that the

2    discrimination which you're alleging is that you

3    were written up for things that other employees were

4    not written up for?

5          A.    That's correct.

6          Q.    Give me the names of some employees that

7    were not written up for committing the same or

8    substantially the same acts as you.

9          A.    Okay.  Let me go through here.  This is

10   your own discovery.  If I can go through this.  Lila

11   mistyped units.

12         Q.    That's Lila Neal?

13         A.    That's correct.  Earl Lindham (phonetic).

14         Q.    Earl Lindham.  Okay.

15         A.    And I believe Eileen Schroeder (phonetic).

16         Q.    Eileen Schroeder.

17         A.    The list goes on and on from what I've got.

18         Q.    Well, we need to get the names.

19         A.    Those are the type, you know, I can give

20   you right now.  But I'll be glad to send you a list

21   of people who make similar mistakes.

22         Q.    And are you developing a list from the

23   documents you reviewed?

24         A.    Yes.

25         Q.    Why don't we take a break now and have you

1    look through those documents.

2    A.    Because I have some documents at home.    I

3    have been doing -- going through this discovery

4    since Tuesday.  So, this does not indicate -- this

5    indicates portion of employees, white employees, who

6    make similar mistakes that were not written up.

7    MR. HYDE:   Okay.  Let's go off the record

8         for a moment.

9         (Thereupon, a brief recess was taken.)

10   BY MR. HYDE:

11   Q.    Mr. Mukasa, during our break, we had a

12   discussion about the continuation of our deposition.

13   I think is this is what we've agree to, and tell me

14   If I'm wrong.

15        You testified that the reason you believe

16   you were discriminated against is that because other

17   employees, who are not of your same national origin,

18   not of your same race or your same color, committed

19   either the same or substantially the same acts, and

20   they weren't disciplined the same way as you; is

21   that correct?

22   A.    That's correct.

23   Q.    Is there any other thing besides that that

24   believe supports your allegation of discrimination?

25   A.    No.  That's the documentation I have, and

1    my being -- I believe I was, you know -- how can I

2    put it?  I believe I was selectively punished --

3         Q.    For what?

4         A.    -- for the same mistake.  Severely punished

5    for the same mistake.

6         Q.    In other words, your punishment was more

7    severe than another person not of your same race,

8    same color or same national origin.  They committed

9    the same thing, but they weren't punished as much as

10   you?

11        A.    That's correct.

12        Q.    Okay.  So, let me just summarize that, and

13   then I'll talk about our continuation.  So, your

14   allegations of discrimination are limited to certain

15   acts you committed and for which you were

16   disciplined and believing that other people not of

17   your same race, color or national origin committed

18   the same acts and were not equally disciplined; is

19   that correct?

20        A.    That's correct.

21        Q.    And we have throughout this week, I guess

22   on Tuesday, Wednesday and Thursday of this week,

23   provided documents to you for review, and you have

24   also requested documents from the FDA that you think

25   will show certain errors which occurred and people

1    suffering that was going on.

2        Q.   Mr. Mukasa, prior to your termination of

3    employment with Shands --

4        A.   Yes, sir.

5        Q.   -- were you seeing a Carl Jacobs (phonetic)

6    a psychologist?

7        A.   Yes, I was.

8        Q.   Okay.  What was the reason that you went to

9    see Mr. Jacobs or Dr. Jacobs?

10       A.   I went to see Dr. Jacobs because I was

11   having problems with Shands and the --

12       Q.   Well -- go ahead.

13            When you were talking to Dr. Jacobs, did

14   you mention anything relating to your employment

15   with LifeSouth?

16       A.   No.  I told him I was working both jobs at

17   that time.  This was before Liz Bunting came.  I

18   told Dr. Jacobs, you know, that I was working two

19   jobs.

20       Q.   And did you indicate that you felt that

21   there was any problems with discrimination or

22   anything as it relates to LifeSouth?

23       A.   At that time, no.

24       Q.   Okay.  How long did you treat with

25   Dr. Jacobs?

1    Q.   Did you ever receive anything from the

2    Florida Commission on Human Relations?  It's a

3    separate agency.

4    A.   Once you file with the Florida Commission,

5    it's automatically filed by the EOC.

6    Q.   Right.  The EOC.  So, you've not received

7    anything from the Florida Commission?

8    A.   I did to tell me my case was deferred to

9    the EOC.

10    Q.   Okay.  Now, we've mentioned some names of

11    people at LifeSouth that you contend discriminated

12    against you, Liz Bunting?

13    A.   That's correct.

14    Q.   Okay.  Do you contend that Bill Martinez

15    discriminated against you?

16    A.   I don't believe so.

17    Q.   What about Mr. Haguewood?

18    A.   I believe Mr. Haguewood did not

19    discriminate against me but failed to look into my,

20    you know, charges, why I'm being discharged.

21    Q.   What about Nancy Eckerts?

22    A.   I believe they were all aware of the

23    problems that was going on in my department, because

24    I had my immediate supervisor and the, you know --

25    that's the only line of communication I had.

1          So I cannot tell you Mr. Haguewood

2    discriminated against me.  I don't believe he did.

3          Q.    Other than Liz Bunting, can you think of

4    any employee which you think did discriminate

5    against you, any employee of LifeSouth?

6          A.    I don't think there is anyone except, you

7    know, the management, the new management changing to

8    Liz Bunting.

9          Q.    Okay.  If you had to put a dollar figure on

10   it today, what would you specify your damages to be?

11         A.    Well, in the complaint, I think I have

12   asked a half a million dollars.

13         Q.    Do you still hold to that figure?

14         A.    Yes.  If we go to trial, yes.

15         Q.    Without regard to whether the case goes to

16   trial, what do you today specify your damages to be?

17   You've discussed this back pay and gave us a very

18   precise number.

19         A.    Well, I'm -- I would like to settle this

20   case, but I cannot give a you precise number unless

21   you give me a precise number because I've already

22   offered.  And when I came to take it, you know, look

23   through these boxes, the first thing I was told that

24   Mr. Haguewood is not interested in my offer.

25         Q.    Well, I'm not talking about any

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                 GAINESVILLE DIVISION

 3               CASE NO.: 1:99cv190 SPM

 4

 5   SAMUEL H. MUKASA,

 6            Plaintiff,

 7   vs.                                    VOLUME II

 8   LIFESOUTH COMMUNITY BLOOD SYSTEM,
     f/k/a CIVITAN REGIONAL BLOOD CENTER,
 9   a Florida Corporation,

10            Defendant.       CERTIFIED COPY

11   _____

12          CONTINUED
            DEPOSITION OF:    SAMUEL H. MUKASA
13
            DATE:            May 1, 2000
14
            TIME:            9:00 - 11:30 a.m.
15
            PLACE:           LifeSouth
16                           1221 Northwest 13th Street
                             Gainesville, Florida
17
            REPORTED BY:     Jennifer R. Witwer, RPR
18

19   APPEARANCES:

20          Foley & Lardner
            BY:  DABNEY D. WARE, ESQUIRE
21          200 Laura Street
            Jacksonville, Florida  32202
22          Attorneys for the Defendant

23          SAMUEL H. MUKASA, pro se
            734 Northwest 89th Street
24          Gainesville, Florida  32607

25   ALSO PRESENT:
            Elizabeth Crews
```

---

VANLANDINGHAM, DURSCHER & VANLANDINGHAM

1   deposition.

2        A.   Okay.

3        Q.   But you can take a look at this and if for some

4   reason I haven't put the pages together correctly, for

5   instance, if I have a page in here that does not belong

6   with that particular group, please let me know.  So what

7   we're going to mark as Exhibit 1 begins with Bates number

8   198 and has 199 and then additionally Bates numbers 319,

9   323, 316.   And if you'll let me do this, let me hand it

10  back to the court reporter so she can put a sticker on it.

11            (Defendant's Exhibit Number 1 was marked.)

12       A.   Okay.  This error I was alleged to have made

13  on October 16, 1996.  This is not an error.  I dispute this

14  to be an error because I followed the standard of practice.

15  I followed the procedures that were in place.  Okay.  I

16  caught this error.

17       Q.   I'm sorry, you what?

18       A.   I found the error, like, I caught the error.

19       Q.   You're saying that you discovered the error

20  yourself?

21       A.   Right.  I discovered this error and I

22  quarantined the products.  And here it says Unit Number

23  04M61229 was in-house and all components quarantined

24  pending resolution.  I submitted a computer problem

25  report.  Here it says computer problem reports filed on

1 October 16, '96, for ABO and Rh correction. Now, if you

2 look, I have this request for -- I repeated that error

3 times two. I got the same results and I quarantined this.

4 This is my handwriting.

5     Q. And I have that here.

6     A. So this is the deposition (sic) for computer --

7 where I quarantined the unit, that's the deposition,

8 computer deposition.

9     Q. Now, what's at the top of the page that you're

10 looking at? Does it have a unit number?

11     A. You mean this one here?

12     Q. No, this. (Indicating.)

13     A. Okay. It has the unit number there, M61229-4

14 which is here. (Indicating.)

15     Q. Well, Mr. Mukasa, are you disputing that the

16 underlying error was made that there was a clerical error

17 in recording the results?

18     A. This is not an error. According to the

19 procedure that was in place it should not be an error. It

20 would have been an error if I did not catch it or if

21 somebody else caught the error but it cannot be a mistake

22 when you catch your own error and then you get written up

23 and you followed the SOP, standard operating procedure.

24     Q. Okay. But there was a mistake that required

25 you to step in and intervene?

1      A.   There was a mistake and that mistake, the

2   reason why I didn't correct it because it was already

3   entered in the computer.

4      Q.   I didn't catch what you were trying to tell me.

5   Can you say it again?

6      A.   Okay.  According to procedures that were in

7   place, if a test results is entered in the computer and

8   then you discover the error, you are not to go back and

9   redo that error because the computer won't let you change

10  it.  So what you have to do is to quarantine the product,

11  fill out a computer problem report and then notify your

12  supervisor.  Now, the purpose of quarantining the product

13  is to make sure that that product does not go out to the

14  hospitals.

15           Now, that was the procedure that was in place.

16  I repeated the test twice.  I got the same results.  I

17  left -- I pulled out the tube, the blood tube and I left it

18  out for Jeff to repeat because I had already repeated this

19  test twice and I had gotten two same results.  So I left it

20  for somebody else to repeat it.  And for me to be written

21  up for that mistake and that mistake, how did it get to me?

22  I don't think it was fair on my, you know -- so I'm

23  disputing this error.  This is not an error on my part.

24     Q.   But my understanding is that the problem in

25  this involved not just one but two units, the numbers of

1   those units were very similar and that it appeared as

2   though you recorded results under the wrong unit number.

3       A.    That's correct.  The second unit was not here

4   at this center.  It was not here.  It was in Alabama.  And

5   according to the procedures you only quarantined the

6   product that if you have it in your hands.  This second

7   unit was in Alabama.  I could not quarantine it because it

8   was not physically here.  So I called Alabama and I talked

9   to I think Joanne, the name sounds similar, it's been quite

10  some time, and that unit was quarantined in Alabama.  So

11  that unit never left the lab until the problem was

12  resolved.

13      Q.    Did you record results under the proper unit

14  number or was there an error in the unit number that you

15  used to record the results?

16      A.    There was an error.  There was an error but

17  that error, if you're not given a chance to correct your

18  error and you've seen the error, I mean, you know,

19  everybody will be making mistakes but the purpose that I

20  caught this error before, I mean, we all make errors but

21  the purpose is to catch the error.

22      Q.    You continued to test the same unit.  Did you

23  ever catch the fact that you were using the wrong unit

24  number?

25      A.    I was not using the wrong unit number, no.

1          Q.    Okay.  I thought the question I asked you

2    before had to do with use of a wrong unit number that was

3    very similar to the correct unit number.  This mistake

4    involves confusing unit numbers that are off by two digits

5    in the test digit.  Is that not correct?

6          A.    That's correct.

7          Q.    Were the results of the test you conducted

8    attributed to the correct unit number?

9          A.    Yes.

10         Q.    So are you saying that there wasn't any

11   confusion about the unit numbers?

12         A.    It was during the writing down but the test

13   that was done on the unit was the right test.  If you want

14   to go back on this here --

15         Q.    I understand that you're saying the test was

16   correct and that you caught your own error.

17         A.    Right.

18    ·     Q.    My understanding is that it's not the test

19   results that are being questioned, it is the recording of

20   the test to the correct unit number.  And that was not done

21   correctly; is that right?

22         A.    Right.

23         Q.    Okay.

24         A.    But I want to put this on for the record.  This

25   was done within the procedures that we have here, the

1  mistake.

2       Q.    I understand.  You're saying that you followed

3  the correct procedures --

4       A.    Yes.

5       Q.    -- as you understood them to follow up on this

6  error.

7       A.    Yes.

8       Q.    Is that right?

9       A.    Yes.

10       Q.    Now, did you look at Exhibit 1?  Are these all

11  documents that relate to this same occurrence?

12       A.    I'm sorry, can you say that again?

13       Q.    Sure.  I just want to make sure that we agree

14  that the documents I've included in here relate to the same

15  occurrence because I think that, for instance, you've

16  indicated that one of the documents I have separately is

17  related to that.

18    ·    A.    Okay. · On this one I think you have one of

19  those.  You're missing this on that.  (Indicating.)

20       Q.    And this appears to be that same page.  We'll

21  attach it.  Is that correct?

22       A.    Yes.

23       Q.    Okay.

24       A.    You are missing I left this for Jeffrey

25  Beatty (phonetic).  You are missing that page.

1      Q.    Okay.  What do you call that page?

2      A.    I'm sorry?

3      Q.    What would it be called?

4      A.    This one, it doesn't have the Bates number.

5      Q.    Right.

6      A.    This one was given to me when I made the

7   mistake.

8      Q.    Okay.  Have you turned that over to us in

9   discovery?

10      A.    I'm sorry, what?

11      Q.    Have you turned that over to us as part of the

12   discovery?

13      A.    No.

14      Q.    What do you call that page?

15      A.    It has no --

16      Q.    But does that form have a name?

17      A.    Yeah, it's compatibility testing record.  Now,

18   I want to make sure to clear this up.  When I was accused

19   to make this mistake I came here and I asked for copies of

20   my mistakes and this came with that, you know, request.

21   And then you don't have this computer deposition.  This was

22   given to me by Bill Martinez the last time when I was

23   here.  This is the same computer deposition showing my

24   initials here, quarantined by S.H.M. on October 11th, 1996,

25   after midnight.

1      Q.   And I'm going to attach the one page I had that

2  you indicated was missing to the exhibit.

3      A.   You want to make a copy of this?

4      Q.   Well, I think I have what you have except for

5  those three other pages; is that correct?

6      A.   Right.  This one Bill Martinez is going to give

7  it to you.  He gave it to me from the computer.  I don't

8  think you have this.  (Indicating.)

9      Q.   Yeah, I would like to copy that if we can do

10 that maybe on a break.

11     A.   Okay.

12     Q.   And this I'm going to make Exhibit 2 but why

13 don't we do this before I have the court reporter mark it.

14 If you'll take a look, see if these documents all fit with

15 the same occurrence.

16     A.   Okay.

17     Q.   Does it look like all of the papers I've given

18 you are related to the same occurrence?

19     A.   Yes, this is the same.  You've got the same

20 mistake here.  This mistake is the same one as this one,

21 two different Bates numbers but it's the same.

22     Q.   You're saying I've got duplicates of the same

23 documents within that package but different Bates numbers?

24     A.   Yes, right, and you have a lot of those.

25     Q.   Okay.

1      A.   My mistakes were duplicated.  I mean, you've
2   got different Bates for the same mistake.
3      Q.   Okay.  Well, let's get it down to a single
4   set.
5      A.   This is what I have, 307 and then 79.
6      Q.   Okay.  I have different Bates numbers but
7   that's okay, I've got those pages.
8      A.   I have 308.
9      Q.   Okay.
10     A.   312.
11     Q.   Okay.
12     A.   This is -- Bill Martinez is giving me this so
13  you don't have it.  And this one you don't have.
14  (Indicating.)
15     Q.   And that's that computer --
16     A.   Computer, right.
17     Q.   Okay.  And I've got some additional pages in
18  here but they're related to the same incident; is that
19  right?
20     A.   Yes.
21          MS. WARE:  So we'll mark this as Exhibit 2.
22          (Defendant's Exhibit Number 2 was marked.)
23     Q.   This regards an error that occurred on October
24  16th, 1996, and was discovered the next day on the 17th.
25  And is there any dispute as to whether or not this error

1 occurred?

2          A.    Yes, I dispute this error.  This error, this

3  was not an error as far as the procedures.  I followed the

4  procedures on this particular error.  And if you look at

5  this writing here, this was done by Bill Martinez.  It says

6  Sam repeated du type, the unit tested negative for du times

7  two, Sam quarantined unit, Sam feels sure the unit number

8  was accurate.

9          Now, if you go where it says action taken it

10  says unit is quarantined, Rh typing was repeated on this

11  sample and is one plus weak.  Now, if you go down here,

12  Ms. Crews wrote gave to P.J. to be reported, copy to be

13  reported to FDA on October 21st, 1996.  P.J. wrote not FDA

14  reportable, unit did not leave --

15          Q.    Mislabeled I think.

16          A.    -- mislabeled, right, excuse me.  Now, if you

17  go to Page 79 --

18    ·       Q.    And that's what is the second page of the

19  reportable event form?

20          A.    Yes, yes.  Okay.  In the right-hand corner Bill

21  McNee wrote Sam did the appropriate -- I can't read the

22  latter, the appropriate thing in this case I believe.  Now,

23  if you go on to Bate 308, that's my initials, Sam.  I

24  repeated the test twice and I quarantined the unit.

25          Q.    Was your testing on this unit correct?

1    A.   The testing?

2    Q.   Right.  Were your results correct?

3    A.   No.  Now, after I quarantined that unit I left

4    it for someone else to repeat it because you always have to

5    get a second opinion.  I left this unit for Jeff and Jeff

6    repeated it on Bates 301.  And the last two pages shows

7    that I quarantined the unit.

8    Q.   Now, let's do the same thing.  If you'll take a

9    look at that, see whether or not all the documents go with

10   the same occurrence.  Then once we've satisfied that they

11   do we'll mark it as Exhibit 3.

12   A.   Again this one is all duplicates of the same

13   mistake.

14   Q.   Okay.

15   A.   You actually have it three times.  Okay.  I

16   dispute this error again.

17   Q.   Let me do this.  Let me whittle down the

18   exhibit to the right papers.  So everything here does

19   relate to the same occurrence, it's just a matter of

20   duplicates; is that correct?

21   A.   Yes.

22        MS. WARE:  Mark that as Exhibit 3.

23        (Defendant's Exhibit Number 3 was marked.)

24   Q.   Now, in this case, Mr. Mukasa, I understand

25   that you were written up because of the way that the

1 problem was reported; is that correct?

2        A.    That's correct.

3        Q.    And are you disputing that you wrote up the

4 problem correctly?

5        A.    I dispute that this was a mistake.  After the

6 unit was transferred, after the results were transferred I

7 called -- I discovered the error, excuse me.  Ms. Crews

8 wrote after discovering discrepancy tech edited IBG, unit

9 was manually typed to confirm ABO or Rh.  And I personally

10 retyped that unit.  Now, if you look at Bates 301 I did

11 that test correctly, manually typed.

12        Q.    Right.  But my understanding is that this is

13 documenting an error in how the problem was recorded, not

14 with how the test was done.

15        A.    On how the what?

16        Q.    On how the problem was recorded into the

17 computer.

18        A.    No.

19        Q.    So you're saying you documented everything

20 regarding this test and the discrepancy correctly?

21        A.    I documented everything correctly.

22        Q.    And if you'll just verify that all of these

23 documents are on the same occurrence, I'll enter that as

24 Exhibit 4.  Do these documents all relate to the same

25 occurrence?

1      `A.    That's right.

2           (Defendant's Exhibit Number 4 was marked.)

3      Q.    And in this situation are you also --

4      A.    Right, I dispute this error.

5      Q.    You're saying that you did record the test and

6 any discrepancies correctly?

7      A.    Let me look at this one.  Okay.  This was not a

8 mistake according to the procedures.  Here where it says

9 action taken, tech repeated the type manually and confirmed

10 the ABO and the Rh, I submitted a computer problem report

11 as required by the procedures.  And if you look at Bates

12 292, that's where I repeated this test manually and this

13 was the correct results.

14     Q.    Right.  But my understanding is that there's

15 not an issue regarding this matter on the test that you

16 did, it has to do with how you handled the discrepancy.  In

17 particular it states that you should have deleted the

18 sample from the IBG testing run and notified a supervisor

19 of the discrepancy prior to completing the run.  Are you

20 disputing that that's the proper procedure or are you

21 disputing that you did do that which the documentation

22 indicates you did not do?

23     A.    According to the procedures that were in place,

24 this should not have been written up as a mistake.  That's

25 what I'm trying to say.  According to the procedure, the

1 procedures say you discover your mistake.

2      Q.   Did you understand that the IBG testing run

3 should have been deleted?

4      A.   Should have been deleted?

5      Q.   Correct.

6      A.   What do you mean should have been deleted?

7      Q.   The sample, that particular sample should have

8 been deleted from the batch.

9      A.   It wasn't supposed to be deleted.

10      Q.   So you're disagreeing as to whether it should

11 have been deleted?

12      A.   I don't understand if I get what you're trying

13 to ask me but my reason for disputing this as a mistake,

14 the unit was quarantined, computer problem report was

15 submitted, I repeated the test manually and I got the

16 correct testing.  So I don't understand why I was written

17 up for this mistake.

18      Q.   Well, and again I'm just looking at the second

19 page of this form and it says that you should have -- you

20 should not have deleted.  I realize now I've been reading

21 it incorrectly and my questions have been wrong so let's go

22 back and try this again.  Forget everything I said.

23      A.   Okay.

24      Q.   Now I'm just reading more carefully to make

25 sure I get it right this time.

1        A.    Okay.

2        Q.    My point is that there's a discrepancy, whether

3   or not I read it correctly or not, as to whether or not you

4   should have deleted the sample from the testing run.  My

5   understanding of this error is not whether or not the

6   testing was correct and not whether or not you caught your

7   discrepancy but in how you recorded the results of that

8   discrepancy and that there was a problem with the testing

9   run.

10       A.    If there was a problem with the testing run?

11       Q.    Right.  I mean, explain to me the very last

12   paragraph --

13       A.    Okay.  I'm sorry.  According to the IBG, I

14   believe that's the machine that is testing blood.

15       Q.    Okay.

16       A.    You test a lot of samples in one batch, okay.

17   Once you test, once it's recorded in the computer you

18   cannot change it. ‘

19       Q.    Okay.

20       A.    Okay.  You might have put everything right but

21   if something -- you know, if the computer is wrong, it's

22   already recorded, okay.  So if -- this mistake if it

23   happened as you are saying, recording, it was due to the

24   IBG, not particularly me because --

25       Q.    When you say IBG and not you, I mean, what does

1 that mean?

2      A.   That means the machine that runs -- that you

3 put the batch on to run, okay.  Sometimes it's the

4 computer.  Sometimes it types different results, okay.

5 Now, once it reads it's already recorded to my

6 understanding.  I might be wrong.  And you cannot I think

7 by then -- but before then you could delete and put it

8 right, enter the correct results, okay, but what came

9 off -- when the run came off -- let me repeat myself.

10         When the run was finished I went back and

11 looked at the results and one of them was not correct.  So

12 I repeated it manually as I was supposed to do.  And that's

13 what I did and I got this -- actually the IBG, the IBG made

14 a mistake and I went back and corrected it.

15      Q.   Okay.  Did you delete the original typing

16 results?

17      A.   Yes.

18      Q.   Okay.  Was that the correct procedure?

19      A.   There was no procedure.  As I said, by that

20 time there was no procedure saying you should not delete or

21 you should delete.

22      Q.   Was there documentation that went with those

23 original results?

24      A.   Was there what?

25      Q.   Was there any paperwork that went with the

1  original results?

2      A.   What do you mean paperwork?  These are all the

3  original results.  This was a donor test.  It wasn't, like,

4  a patient.

5      Q.   Okay.  So it was your understanding at the time

6  you did this that the proper procedure was to delete that

7  run from the batch?

8      A.   There was no -- I mean, at that time there was

9  no procedure telling us not to delete anything from the

10 batch.

11     Q.   Did you have a procedure as to how to properly

12 deal with the problem when the IBG results were wrong?

13     A.   Yes.

14     Q.   And did that indicate that you should delete

15 them?

16     A.   That indicates you should repeat the testing

17 manually.

18     Q.   So you followed the standard procedure for

19 repeating the test but took the additional step which was

20 not in the procedure of deleting that batch, of deleting

21 that run from the batch?

22     A.   I don't know if I understand exactly what you

23 are --

24     Q.   Well, you've told me that there wasn't anything

25 that told you not to delete that run; is that correct?

1      A.   That's correct.

2      Q.   But there's not anything in the procedure that

3  told you to delete the run; is that also correct?

4      A.   And also there was nothing in the procedure

5  telling me I should not delete the results.

6      Q.   I understand.  But you followed the procedure

7  to the extent that it told you to retest manually, correct?

8      A.   Right, right.

9      Q.   And then you took the additional step of

10 deleting the run and that additional step of deleting the

11 run was not in -- was not part of the standard procedure of

12 what to do to correct the discrepancy.

13     A.   Okay.  As you file that particular statement

14 there was no procedure telling you to delete the sample.

15     Q.   I understand that.

16     A.   Neither were there any procedure telling you

17 not to delete.

18     Q.   But you had a procedure which indicated that

19 you were supposed to retest manually, correct?

20     A.   That's correct.

21     Q.   Nowhere in that procedure did it indicate to

22 delete that run from the batch; is that correct?

23     A.   That's correct.

24     Q.   Okay.  Why don't you just take a look at these

25 and tell me if these are all related to the same occurrence

1  and, if so, we'll mark it Exhibit 5.

2      A.    That's the same.

3          MS. WARE:  All right.

4      (Defendant's Exhibit Number 5 was marked.)

5      Q.    Now, the way I understand it, this error

6  involves aligning the labeling machine?

7      A.    That's correct.

8      Q.    And is there any dispute about this error?

9      A.    This is an error involving labeling and at this

10 time this error was made I was training on labeling.  This

11 was my first time to work on labeling and that was my last

12 time to do that.  I was training.

13     Q.    So this was the first and the last time you did

14 any labeling?

15     A.    Yes, yes.  And I remember very well because

16 that night I think I asked -- I asked to help Verdena

17 Manning, I forgot the name maybe, because I was not busy at

18 that time and I asked if I could help her, okay.  And this

19 was when the mistake happened when she was showing me how

20 to align the printer.

21     Q.    Okay.

22     A.    Excuse me, on that one we just said, Exhibit 5,

23 I have duplicate Bates.  The one you gave me is not

24 duplicate but there's another duplicate Bates for that.

25     Q.    Okay.  As long as we have one copy and it's

1  accurate it doesn't matter particularly which Bates number

2  it is.

3       A.   Okay.

4       Q.   Sometimes we get multiple versions and we just

5  go ahead and put everything in our file.  Will you take a

6  look at this and see if all of those documents relate to

7  the same occurrence?

8       A.   (Witness complies.)  You want this as an

9  exhibit?

10      Q.   Sure.  This will be Exhibit 6.  And all the

11 documents related to the same occurrence?

12      A.   Yes.

13       (Defendant's Exhibit Number 6 was marked.)

14      Q.   And my understanding is that this error had to

15 do with antigen typing; is that correct?

16      A.   That's correct.

17      Q.   Is there any dispute about the error itself?

18  ·    A.   No dispute.

19      Q.   And after this error did you write something to

20 Bill and Liz?

21      A.   Yes, I did.

22      Q.   And is this what you wrote?  (Indicating.)

23      A.   Yes, this is me.  Now, I wrote this note to

24 Bill and Liz because at that time I realized I was about to

25 lose my job because I was being written up for mistakes

1   that I considered not to be mistakes. And this was a

2   desperate move on my part to keep my job because I had

3   asked for help and there was -- no help was, you know,

4   forthcoming so I had to do everything possible to hold on

5   to my job.

6            MS. WARE: Mark that as Exhibit 7.

7           (Defendant's Exhibit Number 7 was marked.)

8        Q. And what gave you the impression that you were

9   about to lose your job?

10       A. Because I was being written up for mistakes

11   that I really didn't think they were mistakes and this was

12   one of the mistakes I felt that I made a mistake.

13       Q. So why write that letter in response to a

14   mistake that is not disputed?

15       A. Okay. I was being written up for mistakes that

16   were not really mistakes, okay. Now, after I made this

17   mistake which is a true mistake I was concerned because if

18   I was written up for something when I followed the SOP, how

19   about something when you -- when I did not follow the SOP?

20   So I had a fear of losing my job because I knew that, yes,

21   this is a true mistake that I made and I knew that I was

22   going to lose my job.

23       Q. Will you take a look at these and make sure

24   that they all relate to the same occurrence?

25       A. Okay. I don't think I can find my -- okay.

1      Q.   They all relate to the same occurrence?

2      A.   Yeah.

3           MS. WARE:  Mark that Exhibit 8.

4           (Defendant's Exhibit Number 8 was marked.)

5           THE WITNESS:  But that one, on that

6    particular -- can I have it back, please?  Okay.  This one

7    it involved two people, myself and Fangzhu.  I believe the

8    morning shift switched the controls.  And when I came on

9    the evening shift I used the same control as the day shift

10   because I believe controls we are good for three days when

11   I used to work here.  I'm not sure.  So when I came on the

12   evening shift I used the same controls as the day shift and

13   then later on I think at the end of the night I discovered

14   those controls were the wrong controls that was set up by

15   the day shift.

16          Q.   Were you responsible to check the controls when

17   you came on at the start of the second shift?

18          A.   No.  If the controls are already run by one

19   shift, you use the same controls.  But at the end of my

20   run, there's no way you can find out if the controls are

21   wrong until the end of the run.

22          Q.   Was Fangzhu on the first shift?

23          A.   Yes.

24          Q.   Mr. Mukasa, will you take a look at this group

25   and make sure that they all relate to the same occurrence.

1          A.    (Witness complies.)  I dispute this error.

2          Q.    All these documents are related to the same

3    occurrence?

4          A.    Right.

5                MS. WARE:  That's Exhibit 9.

6          (Defendant's Exhibit Number 9 was marked.)

7          Q.    And what it is that you dispute about the

8    error?

9          A.    Okay.  On this IBG, as I told you before, the

10   IBG testing machine, it came off with the wrong result and

11   then I discovered the error.  I repeated it manually and I

12   got the right results on Bates 252, manually typed as weak

13   D positive.  And then it was repeated by another

14   technologist on April 9th, '97, and we both had the same

15   results.  So I don't understand why I got written up for

16   this mistake.

17               And also down here it says tech was doing

18   multiple tasks in IBG area and immunohematology.  And

19   further Bill Martinez wrote Sam detected his entry error

20   and wrote a computer problem report, error was detected

21   prelabeling.  And also Ms. Crews wrote increased staff

22   attention to proper procedure and review of work, also

23   train additional staff to help in the IBG and

24   immunohematology areas to enable tech to give each work

25   area the appropriate attention.  This is not a mistake.

1      Q.    Was there a problem in that the sample was
2 transferred before it should have been?
3      A.    Yes.  As I've explained to you on the IBG, once
4 you put on the run and the run goes you cannot tell if you
5 made a mistake until the end of the run.  And once you find
6 out that you've made a mistake because you have to go
7 through and check, then you have to repeat that testing
8 manually which I did.
9      Q.    I want you to look at this set of documents and
10 see that these all relate to the same occurrence.
11      A.    Okay.
12      Q.    They all relate to the same occurrence?
13      A.    Right.
14           MS. WARE:  We'll mark this as Exhibit 10.
15        (Defendant's Exhibit Number 10 was marked.)
16      Q.    And is there any dispute about --
17      A.    That one, it's a mistake, no dispute.
18    ·        MS. WARE:  I tell you what, why don't we take a
19 break for just a few minutes.
20           THE WITNESS:  A break?  Thank you.
21             (A brief recess was held.)
22 BY MS. WARE:
23      Q.    Mr. Mukasa, I understand that it's after the
24 last error that we looked at, April 24th, 1997, that your
25 employment with LifeSouth ended.  Can you tell me how that

1  came about?

2       A.   When my --

3       Q.   How it came about that your employment with

4  LifeSouth ended.

5       A.   Okay.  When I came in to work on that day I was

6  told to go upstairs to Bruce Edwards' office I think by

7  Ms. Crews.  And when I was there I think it was me,

8  Ms. Crews and Bruce Edwards and I was informed that my

9  employment was terminated.  And I was told that three

10  people were involved in making the decision, that was

11  Ms. Crews, Bruce Edwards and the CEO, Nancy Eckert.  At

12  that time I was told that I had a choice to resign or be

13  fired.

14       Q.   And what was your response?

15       A.   I was just devastated I'm going to be fired so

16  in order to get -- I was given a form of resignation to

17  write my comments on and I signed that resignation form

18  because I didn't want to be fired to be on my record for my

19  next job search.

20       Q.   And who wrote what was on the resignation form?

21       A.   I don't remember what I wrote.

22       Q.   Did somebody write it for you?

23       A.   No.  I wrote it myself.

24       Q.   Did anybody tell you what to say or indicate

25  that you should say anything in particular?

1          A.    No, they didn't.

2          Q.    Do you recall, and I'm looking for the document

3    but do you recall stating that you were having trouble

4    focusing and other things in your life were interfering

5    with your ability to concentrate?

6          A.    I don't remember what I wrote.

7          Q.    Mr. Mukasa, you're looking at Bates

8    number -- I can't read upside-down, it's covered by your

9    fingers -- 28.  Is this the letter of resignation that you

10   wrote?

11         A.    Yes, I did.

12         Q.    And can you explain to me what you meant by

13   you're having a hard time right now in your life?

14         A.    I wrote this resignation because I think at

15   that time I was aptly confused.  In the morning you come to

16   work and somebody tells you you are fired and then you have

17   to write, you know, a note, you don't think what you are

18   writing, you know.  Someone just tells you you are fired

19   and I just wrote whatever that came to my mind.

20         Q.    Before you filed your charge alleging

21   discrimination did you complain to anyone within LifeSouth

22   that you thought you were being discriminated against?

23         A.    No.

24         Q.    And based on the first part of your deposition

25   I understand that the reason you think you were

1  discriminated against is because you think that other

2  people made similar mistakes but weren't written up or

3  treated the same way; is that correct?

4        A.   That's correct.

5        Q.   Okay.  Can you walk me through who those people

6  are that you think were treated differently?

7        A.   Okay.  This is from Earl Lanham, okay.  On

8  February 19, '97, Earl made a mistake, IBG procedure run

9  accepted with conflict control results.  This is one of the

10 same mistakes that I was written up because of the IBG

11 problem.

12       Q.   Is this one of the mistakes that you contend

13 actually didn't constitute a mistake?

14       A.   Right, right, because of the IBG.

15       Q.   Okay.  So Earl was written up for a similar

16 error; is that correct?

17       A.   That's correct.  On July --

18       Q.   Are these all relating to Earl?

19       A.   Yes.

20       Q.   Okay.

21       A.   On July 26th, '97 --

22       Q.   And when you give me the date are you giving me

23 the date -- we're looking at a reportable event form,

24 correct?

25       A.   Right.

1    Q.   And is it the date that it was written up or

2  are you giving me the date it occurred or date discovered?

3    A.   Okay.  Here, possible date was May 15th, '97,

4  the second one.  The one I gave the correct date occurred,

5  the mistake.

6    Q.   Okay.  And so the second one is also the date

7  occurred?

8    A.   Right, May 15, '97.

9    Q.   Okay.

10    A.   ABO and Rh discrepancy, the same, similar to.

11  And on May 29, '97, the same mistake by the same person.

12    Q.   And that's an ABO discrepancy?

13    A.   This was used expired controls.  And on July

14  23rd, '97, ABO discrepancy.  This is the same individual,

15  September 22nd, '93, ABO discrepancy.  The same person,

16  June 26th, '96, ABO discrepancy.  The same person, October

17  3rd, '97, ABO discrepancy.  The same person, August 7th,

18  '94, ABO discrepancy.

19    Q.   Do you know how Mr. Lanham's employment -- let

20  me start over.  Do you know what Mr. Lanham's employment

21  status is?

22    A.   Lanham.

23    Q.   Lanham.

24    A.   I'm sorry, what was that?

25    Q.   Do you know what his employment status is?

200 200

1       A.    I think he by the time -- he was there working

2  full-time when I was here.

3       Q.    Do you know whether or not he works for

4  LifeSouth anymore?

5       A.    People tell me he's working at Shands.

6       Q.    Do you know how his employment ended with

7  LifeSouth?

8       A.    No.

9       Q.    Do you know whether or not he was a Medical

10 Technologist II?

11      A.    He was a I think Medical Technologist

12 II, right.  And I checked in his file.  There was

13 nothing -- his file said he's referring to Shands I

14 believe, his personnel file.

15      Q.    Okay.  Who else?

16      A.    Arlene --

17      Q.    Lynn?

18      A.    Arlene.

19      Q.    Arlene?

20      A.    Right, Soeldner, S-O-E-L-D-N-E-R.  This was

21 done on March 13th, '98, ABO discrepancy.  On July -- I'm

22 sorry, May 7th, '96, wrong result entered.  Wrong result

23 entered, that's what it says.  On October 23rd, '97, wrong

24 result for CMV results were entered.  On February 21st,

25 '97, ABO discrepancy due to IBG, processing run batching

1  number 022197AS.

2          September 16, '97, ABO discrepancy; June 5,

3  '97, units were switched; September 17th, '97, ABO

4  discrepancy; January 19, '95, ABO discrepancy; July 25,

5  '94, ABO discrepancy; August 31st, '93, ABO discrepancy;

6  July 25, '94, ABO discrepancy; September 13th, '93, ABO

7  discrepancy.

8          Q.   And that's all for Arlene Soeldner?

9          A.   That's correct.

10         Q.   Do you know if she is still employed by

11 LifeSouth?

12         A.   I believe so because I saw her last time when I

13 came here.

14         Q.   And do you know what her position is?

15         A.   I think she was a senior tech because she was

16 here before, I mean, longer than me.

17         Q.   Okay.  Who else?

18         A.   Shon Heston, October 3rd, '97, units were

19 switched, results were switched; July 22nd, '98, ABO

20 discrepancy; October 7th, '97, incorrect results entered;

21 September 22nd, '97, ABO discrepancy.

22         Q.   Do you know whether or not Ms. Heston is still

23 employed by LifeSouth?

24         A.   She works with me at RTI.

25         Q.   And do you know what her position was when she

1  was at LifeSouth?

2      A.    I believe she was a medical technologist.  I

3  don't know.

4      Q.    Okay.  Who else?

5      A.    Okay.  This is Fangzhu.  October 1st, '97,

6  failure to document daily maintenance in the abort area,

7  this by Sylvia Hodge on October -- I mean October 2nd, '97,

8  the same mistake.  Mark King, October 1st, '97.

9      Q.    Are the other names who wrote it up?

10     A.    Yeah, the same people on the same mistake.

11     Q.    Okay.

12     A.    And Barbara Anderson, October 2nd, '97.

13 Fangzhu, do you want me to spell Fangzhu?

14           THE COURT REPORTER:  Please.

15           THE WITNESS:  F-A-N-G-Z-H-U, last name's Rao,

16 R-A-O.  This mistake was made on April 4th, '97, ABO

17 discrepancy; July 26th, '97, ABO discrepancy.

18     Q.    Are we moving to a new person?

19     A.    Yes.

20     Q.    Do you know what Fangzhu's position was?

21     A.    Medical technologist.

22     Q.    And do you know whether or not she's still

23 employed by LifeSouth?

24     A.    She left.  Someone told me she left.

25     Q.    And who else?

1        A.    This is Sylvia Hodge, ABO discrepancy due to

2   IBG on August 12, '97.  May 13th, '97, Sylvia Hodge and

3   Andrea Salazar spelled S-A-L-A-Z-A-R, I think, wrong

4   results entered.

5        Q.    Is that all for Ms. Hodge?

6        A.    Yes.

7        Q.    And do you know what her position was?

8        A.    No.

9        Q.    Do you know whether she's still employed by

10  LifeSouth?

11       A.    No.

12       Q.    Okay.  Who else?

13       A.    Leila Neel, I think it's L-E-I-L-A, N-E-E-L,

14  mistyped Unit Number 03625065-0 for little c antigen.  This

15  unit was taken to Shands Hospital where it was retyped and

16  found to be little c positive, returned to LifeSouth here

17  and reantigen typed and found to be c positive.

18       Q.    Do you know what date that occurred?

19       A.    August -- I mean February 8th, '95.  This

20  was by I believe Leila again, unit was sent to Shands

21  for -- let me go back.  This unit was antigen typed as M

22  negative, Unit Number M75675-1, sent to Shands and was

23  reconfirmed to be M positive at Shands, unit was sent back

24  to LifeSouth.

25       Q.    And do you know what date that second unit --

1       A.    It doesn't tell me but it has a date when it

2  was returned to center, January 9th, '97.

3       Q.    Okay.  Who else?

4       A.    I have a total of 26 mistakes made due to IBG,

5  antigen typing due to IBG mistakes.  Do you want me to

6  go -- this was by Leila Neel.

7       Q.    Are these various individuals?

8       A.    Right.  This is also Leila Neel.

9       Q.    Okay.

10      A.    This was done ABO discrepancy September 7th,

11  '95.  Now, the rest are various individuals.  There's 26

12  ABO discrepancies and I have 124 antigen type errors made

13  by different individuals.

14      Q.    Mr. Mukasa, is it your contention that the

15  write-ups that you're referring to are evidence that people

16  made the same mistakes but were treated differently?

17      A.    My contention is that I was punished severely

18  for the same mistakes that other employees made.

19      Q.    Do you think that there is another employee who

20  made a similar amount of mistakes in the same period of

21  time that you did and was not punished as severely?

22      A.    I think the dates I gave you, most of them were

23  '97 so I'm not going to, you know --

24      Q.    Well, I mean, part of what we've gone over this

25  morning is documentation about various errors you made and

1  in some cases not the -- the error might not have been a

2  testing error, might have been an error in terms of

3  documenting or follow-through on your own error that you

4  caught.  But there are a number of those.  We started in

5  October and we went over nine I believe that were made in a

6  six-month period.

7       A.   Right.

8       Q.   Do you think that anyone else made a similar

9  number of mistakes in the same period?

10       A.   First of all I would dispute all those mistakes

11  that I was written up.  And secondly I was understaffed.

12  That's the time most of those mistakes were made.

13       Q.   Do you think that other people made similar

14  mistakes that were not written up?

15       A.   Do I think what?  I'm sorry.

16       Q.   In other words, you've talked to me -- when we

17  started with Earl Lanham you indicated that he was written

18  up for some of the same things you contended weren't really

19  errors.  Did I understand that right?

20       A.   Were written up the same thing like I did.

21       Q.   Okay.

22       A.   Okay.  And they were not punished as severely

23  as I was.

24       Q.   Okay.  Do you contend that anyone made the same

25  errors and there was no documentation written up?

1        A.      Then how can I prove if there was no

2   documentation?  Of course there was.

3        Q.      Well, that's certainly my question.  And I'm

4   trying to ask whether or not you have any indication that

5   people made -- took similar actions and weren't written up,

6   similar actions to what you did.

7        A.      All I have given is from documentation so those

8   errors were documented.

9        Q.      Okay.  Do you have any indication or belief

10  that other people made similar mistakes or took similar

11  actions and they weren't written up at all?

12       A.      No.

13       Q.      When you mentioned that there are 24 mistakes

14  due to IBG or 26 mistakes due to IBG and 24 due to antigen

15  typing errors --

16       A.      No, 124.

17       Q.      124.  What period of time does that cover?

18       A.      It covers from I believe '94 through '98 I

19  believe.

20       Q.      And do you know how many -- let me start over.

21  To the extent we've talked about particular individuals

22  that you think weren't treated as severely, does this

23  include errors they made that were antigen typing mistakes?

24       A.      Yes.

25       Q.      So am I correct in presuming that the others of

1  the 124 that we didn't talk specifically about with an

2  individual, are you contending that those people were

3  treated differently?

4      A.   Okay.  Those 124 mistakes particularly show a

5  pattern on that IBG machine where you catch your mistake on

6  the IBG machine and you have to go back and repeat it

7  manually just like I did.  So this material of 124, these

8  are mistakes due to the IBG machine I believe, the majority

9  of them.

10     Q.   Now, I was thinking the 124 were antigen.  Are

11 these all due to IBG?  I had two numbers, 26 and 124.  Is

12 it two separate?

13     A.   Okay.  Antigen involves a lot of different

14 typing.  On the IBG the ABO and Rh is part of antigen

15 typing and the other typing, that's done -- not done on the

16 IBG.  So it's all part of antigen typing.

17     Q.   Okay.  I'm just trying to make sure I have the

18 right numbers and the right categories.  On the IBG testing

19 how many errors are you showing?

20     A.   26.

21     Q.   And what period of time is that for?

22     A.   This is from '96 through '97.

23     Q.   And then it's 124 antigen?

24     A.   Typing errors from '94 through '98.

25     Q.   Do you know how many people were involved in

1  the IBG mistakes?

2      A.   No.

3      Q.   Do you know how many people were involved in

4  the antigen typing errors?

5      A.   How many?  No.  I haven't, you know --

6      Q.   But we've talked about all the people that you

7  think were treated differently; is that correct?

8      A.   That's correct.

9      Q.   Mr. Mukasa, one of the things that you have

10  sent me is a witness list.  And what I'd like to do is go

11  over that and have you tell me what you expect each of

12  those individual to testify about.  Earl Lanham?

13      A.   Now, this is a proposed list.  I haven't

14  had -- I haven't given a final list.  Some of them might

15  come, some of them not.  So I'm expecting Lanham to testify

16  if he had ever made similar mistakes I've made.

17      Q.   Is there anything else you expect him to

18  testify about?    ·

19      A.   Not on the top of my head.

20      Q.   What about Shon Heston?

21      A.   The same thing.

22      Q.   Leila Neel?

23      A.   The same.

24      Q.   Tom Matthews?

25      A.   The same.

08 APRIL 97

Liz/Bill

I am very sorry for the mistake that I mate on 03-07-97. I take full responsibility and if this letter could do is to re-assure you that such a mistake was would not occur in the future.

I take pride in my work and job and also my proffessione depends on my reputation.

I am still trying to figure out how that mistake might have occured. Possibly I did NOT add the reagent in the tube and I would more time and be very carefull next time to make sure that reagents are added. The reason I am writting this letter is to re-assure you that I am a better Technologist and I have never made a mistake of that magnitude as longe as I remember.

I am ready to listen and learn from your advises inorder to avoid such error in the future.

Sam Mukasa. MT. ASCP.



DEFENDANT'S
EXHIBIT NO. 1
FOR IDENTIFICATION
Mukasa
DATE: 5/1/00   RPTR: JW

Mukasa000265